Exhibit A



US008166173B2

(12) **United States Patent**   (10) **Patent No.:**   **US 8,166,173 B2**
Low et al.   (45) **Date of Patent:**   **Apr. 24, 2012**

(54) **INVITING ASSISTANT ENTITY INTO A NETWORK COMMUNICATION SESSION**

(75) Inventors: **Colin Andrew Low**, Wotton-Under-Edge (GB); **Rycharde Jeffery Hawkes**, Clifton Bristol (GB); **Lawrence Wilcock**, Malmesbury (GB)

(73) Assignee: **Hewlett-Packard Development Company, L.P.**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1617 days.

(21) Appl. No.: **09/977,497**

(22) Filed: **Oct. 16, 2001**

(65) **Prior Publication Data**

US 2002/0055973 A1   May 9, 2002

(30) **Foreign Application Priority Data**

Oct. 17, 2000   (GB) .................................. 0025458.1

(51) **Int. Cl.**
**G06F 15/16**   (2006.01)
(52) **U.S. Cl.** ...................................... 709/227; 709/224
(58) **Field of Classification Search** ................. 709/227, 709/203, 224; 379/261, 265.01, 265.02, 379/265.03, 265.04, 265.05, 265.11; 370/259–265
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,758,281 | A | | 5/1998 | Emery et al. |
| 5,838,682 | A | | 11/1998 | Dekelbaum et al. |
| 5,848,143 | A | * | 12/1998 | Andrews et al. ......... 379/265.09 |
| 5,884,032 | A | | 3/1999 | Bateman et al. |
| 5,907,547 | A | * | 5/1999 | Foladare et al. .............. 370/352 |
| 5,914,951 | A | * | 6/1999 | Bentley et al. ................ 370/352 |
| 5,941,957 | A | * | 8/1999 | Ingrassia et al. .............. 709/248 |
| 5,954,798 | A | | 9/1999 | Shelton et al. |
| 5,956,027 | A | | 9/1999 | Krishnamurthy |
| 6,006,269 | A | | 12/1999 | Phaal |
| 6,035,332 | A | | 3/2000 | Ingrassia et al. |
| 6,069,890 | A | * | 5/2000 | White et al. .................. 370/352 |
| 6,076,100 | A | | 6/2000 | Cottrille et al. |
| 6,166,730 | A | | 12/2000 | Goode et al. |
| 6,167,432 | A | | 12/2000 | Jiang |
| 6,181,697 | B1 | | 1/2001 | Nurenberg et al. |
| 6,259,701 | B1 | | 7/2001 | Shur et al. |
| 6,295,550 | B1 | | 9/2001 | Choung et al. |
| 6,295,551 | B1 | | 9/2001 | Roberts et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

EP   0 820 028 A2   1/1998

(Continued)

OTHER PUBLICATIONS

Todd Neff, *The Multimedia Contact Center: Corporate Façade or Human Face*, Apr. 10, 2000, pp. 1-69 Cobrow Homepage—www.cobrow.com, Jan. 21, 2000.

*Primary Examiner* — Ario Etienne
*Assistant Examiner* — El Hadji Sall

(57) **ABSTRACT**

A method is provided for inviting an assistant entity, such as a customer service representative acting through a endpoint system, into an existing network communication session established by a service system. The service system controls the joining of endpoint entities to the session and enables endpoint entities joined to the session to communicate with each other. The method involves a first party associated with an endpoint system already joined to the session, indicating to the service system that the presence of an assistant entity is required. The service system selects an appropriate assistant entity taking account of the current context of the communication session, and joins the selected assistant entity to the session.

**20 Claims, 21 Drawing Sheets**



**US 8,166,173 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,311,231 | B1 | 10/2001 | Bateman et al. |
| 6,349,290 | B1 * | 2/2002 | Horowitz et al. ............... 705/35 |
| 6,353,851 | B1 * | 3/2002 | Anupam et al. .............. 709/204 |
| 6,385,646 | B1 * | 5/2002 | Brown et al. ................. 709/217 |
| 6,418,471 | B1 | 7/2002 | Shelton et al. |
| 6,430,567 | B2 | 8/2002 | Burridge |
| 6,442,590 | B1 | 8/2002 | Inala et al. |
| 6,487,195 | B1 | 11/2002 | Choung et al. |
| 6,490,349 | B1 * | 12/2002 | Garfinkel et al. ........ 379/265.02 |
| 6,611,501 | B1 * | 8/2003 | Owen et al. .................... 370/254 |
| 6,618,476 | B1 * | 9/2003 | Szeto et al. ................... 379/198 |
| 6,654,457 | B1 | 11/2003 | Beddus et al. |
| 6,654,815 | B1 | 11/2003 | Goss et al. |
| 6,665,395 | B1 | 12/2003 | Busey et al. |
| 6,678,718 | B1 * | 1/2004 | Khouri et al. ................. 709/204 |
| 6,687,241 | B1 | 2/2004 | Goss |
| 6,687,877 | B1 | 2/2004 | Sastry et al. |
| 6,690,654 | B2 | 2/2004 | Elliott et al. |
| 6,697,858 | B1 | 2/2004 | Ezerzer et al. |
| 6,707,811 | B2 * | 3/2004 | Greenberg et al. ........... 370/352 |
| 6,711,241 | B1 * | 3/2004 | White et al. ............... 379/88.17 |
| 6,714,987 | B1 | 3/2004 | Amin et al. |
| 6,747,970 | B1 | 6/2004 | Lamb et al. |
| 6,748,420 | B1 | 6/2004 | Quatrano et al. |
| 6,771,766 | B1 | 8/2004 | Shafiee et al. |
| 6,807,564 | B1 | 10/2004 | Zellner et al. |
| 6,810,405 | B1 | 10/2004 | LaRue et al. |
| 6,826,194 | B1 | 11/2004 | Vered et al. |
| 7,069,304 | B1 * | 6/2006 | Eichstaedt et al. ........... 709/207 |
| 2004/0028213 | A1 * | 2/2004 | Goss ........................ 379/265.09 |
| 2004/0059841 | A1 * | 3/2004 | Bateman et al. .................. 710/6 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 829 996 A2 | 3/1998 |
| EP | 0 838 770 A2 | 4/1998 |
| GB | 2 320 843 A | 7/1998 |
| GB | 2 342 529 A | 4/2000 |
| GB | 2 359 215 A | 8/2001 |
| WO | WO 98/37687 A1 | 8/1998 |
| WO | WO 98/59461 A2 | 12/1998 |
| WO | WO 98/18514 A1 | 4/1999 |
| WO | WO 99/26153 A2 | 5/1999 |
| WO | WO 00/03329 A1 | 1/2000 |
| WO | WO 00/41118 A2 | 7/2000 |
| WO | WO 00/58867 A1 | 10/2000 |
| WO | WO 01/03036 A1 | 1/2001 |
| WO | WO 01/08061 A1 | 2/2001 |
| WO | WO 01/24092 A1 | 4/2001 |
| WO | WO 01/28206 A1 | 4/2001 |

* cited by examiner



*Figure 1*



*Figure 2*



*Figure 3*



**Fig. 4**



**Fig. 5**



*Figure 6*



*Figure  7*



*Figure 8*



Fig. 9



**Fig. 10**

**Fig. 11**

**Fig. 12**



*Figure 13*



*Fig. 14*



**Fig. 15**



*Fig. 16*

**Fig. 17**



*Figure 18*



*Figure 19*



Figure 20



*Figure 21*



Figure 22



**Figure 23**

**Figure 25**



*Figure 24*



*Figure 26*



*Figure  27*

US 8,166,173 B2

**1**

## INVITING ASSISTANT ENTITY INTO A NETWORK COMMUNICATION SESSION

### FIELD OF THE INVENTION

The present invention relates to inviting an assistant entity into an existing communication session between entities over a network. In particular, but not exclusively, the present invention relates to a method and service system for enabling a customer service representative at a contact center to be invited into a communication session established over the Internet between parties that are co-browsing the web. As used herein, the term "web" or 'World Wide Web' means a network of systems running applications using the HTTP protocol (any version) and similar and successor protocols.

### BACKGROUND OF THE INVENTION

The Internet and the World Wide Web (WWW) have made it possible for enterprises to sell products and services by using the WWW to describe offers, using various means such as WWW forms or electronic mail to conduct transactions. This form of selling is based around the catalogue model that originated in the 19th Century, where the WWW site substitutes for the paper catalogue, and the postal service is replaced by the modern online equivalent.

Many enterprises currently use the telephone to replace or augment the catalogue model. A customer can call the organisation and purchase goods and services interactively over the telephone. This has the advantage that a customer can interact directly with a Customer Service Representative ("CSR"), but has the disadvantage that the telephone is a non-visual medium.

The need to handle large numbers of customers simultaneously, and the concurrent need to manage a pool of CSRs, has led to the development of the call centre, and the development of specialised software control packages to determine how incoming customer calls are routed to CSRs.

It is possible to combine the catalogue model of WWW selling with the telephone call centre (and other communication channels) to produce what is often called contact centre. The contact centre is like a telephone call centre, but instead of CSRs handling only telephone calls, they may be expected to handle customer communications in a variety of formats: FAX, electronic mail, telephone and WWW are typical. A contact centre is characterised by multiple contact or communication channels, and a pool of CSRs who interact with customers to provide services, products or support. The contact centre provides the illusion of a single point of contact for customers on a regional, national or even international basis. U.S. Pat. No. 5,848,143 (Geotel Communications) discloses a contact center capable of handling both traditional telephone calls and Internet calls where, in the case of the latter, the customer contact can involve multimedia exchanges.

The current dominant method for a customer to contact an enterprise for help is to dial an 800 telephone number. Accordingly, it is known to provide for the establishment of telephone contact between a person browsing a website and a CSR associated with the site. For example, U.S. Pat. No. 5,838,862 (Bell Atlantic Network Services) discloses a system in which a web server provides a telephone number which the customer's browser recognises as such and passes to an autodialler where it is used to automatically dial into a contact center.

The internet, as well as giving rise to the emergence of contact centers, has also made online communication between private individuals commonplace. The vast amount

**2**

of information available from websites has meant that a particularly powerful communication mechanism is one involving "follow-me page push" between a group where one group member can "push" a web page URL to other group members so that all members can colocate on the same web page.

It is known to provide such a mechanism in the context of a "shop with a friend" experience for co-browsing web sites. Example services are those offered by Land's End (www.landsend.com) and Webline (www.webline.com)

However, such co-browsing may still give rise to queries that the participants would like assistance in answering. Accordingly, it is an object of the present invention to provide a method and service system for facilitating the invitation of an assistant entity into a communication session conducted over the internet or other network.

### SUMMARY OF THE INVENTION

According to the present invention, there is provided a method of inviting an assistant entity into an existing communication session established by a service system with an associated transport mechanism for the exchange of data across a network between endpoint entities joined to the session; wherein:

(a)—a first endpoint entity already joined to the session and constituted by a party having an endpoint system connected to the network, sends a request to the service system requesting the presence of an assistant entity in the session, the request directly or indirectly indicating the identity of the existing session;

(b)—the service system selects an appropriate assistant entity from a group of assistant entities taking account of context data concerning the existing session, and joins the selected assistant entity to the session.

Typically, the assistant entity is a customer service representative and associated endpoint system; however, the assistant entity may also be a software automaton.

The present invention also encompasses a service system for use in implementing the above method.

### BRIEF DESCRIPTION OF THE DRAWINGS

A web interaction system embodying the invention will now be described, by way of non-limiting example, with reference to the accompanying diagrammatic drawings, in which:

FIG. **1** is a diagram of a communication session abstraction of the web interaction system;

FIG. **2** is a diagram of a session transport of the web interaction system;

FIG. **3** is a diagram showing the functional layers of the system;

FIG. **4** is a diagram of a "Shop with Friends" session scenario;

FIG. **5** is a diagram of a "Page is Place" session scenario;

FIG. **6** is a diagram showing in detail the sequence of operations involved in routing a customer to a session and participants to the session;

FIG. **7** is a diagram of one possible physical configuration of the web interaction system in the situation where a contact center is connected up to the system;

FIG. **8** is a diagram illustrating the interactions between the components of the FIG. **7** system upon a customer seeking to contact a call-center customer service CSR;

FIG. **9** illustrates a customer service CSR (CSR) graphical user interface (GUI) desktop, the desktop having both a call-

US 8,166,173 B2

**3**

management GUI component for managing multiple calls, and customer-interaction GUI component for interacting with a specific customer;

FIG. **10** shows a text-chat GUI sub-component of the FIG. **9** customer-interaction desktop component when no call is selected;

FIG. **11** shows the text-chat GUI sub-component during use for a selected call;

FIG. **12** shows a page-push GUI sub-component of the FIG. **9** customer-interaction desktop component;

FIG. **13** is a diagram illustrating the functionality of the CSR desktop;

FIG. **14** shows the FIG. **9** call management desktop component showing a new call;

FIG. **15** shows the call-management desktop component upon a second call being answered by the CSR;

FIG. **16** shows the text-chat GUI sub-component when no media channel of this type is present for the selected call;

FIG. **17** shows the call-management desktop component upon a call being dropped;

FIG. **18** is a diagram of a customer GUI desktop based on applet technology;

FIG. **19** is a diagram of a customer GUI desktop based on the use of a desktop proxy provided by the web collaboration service;

FIG. **20** is a diagram illustrating the sequence of events carried out in executing a Deferred Rendezvous service using the web interaction service system of FIG. **7**;

FIG. **21** is a diagram illustrating the sequence of events carried out in extending a telephone session with a web rendezvous using the web interaction service system of FIG. **7**;

FIG. **22** is a diagram illustrating the sequence of events carried out in executing a 'Shop with Friends' service using the web interaction service system of FIG. **7**;

FIG. **23** is a diagram illustrating the sequence of events carried out in inviting a CSR into a 'Shop with Friends' session using the web interaction service system of FIG. **7**;

FIG. **24** is a diagram illustrating the sequence of events carried out to alert a CSR to the presence of a valued customer in a 'Page as Place' service implemented using the web interaction service system of FIG. **7**;

FIG. **25** is a diagram illustrating a session browser available to a CSR using the web interaction service system of FIG. **7**, and the sequence of events carried out when the CSR decides to join a particular session;

FIG. **26** is a diagram of the functional components of a marketing BOT; and

FIG. **27** is a diagram of the functional components of a content-monitoring BOT.

### BEST MODE OF CARRYING OUT THE INVENTION

General Structure of Communications Mechanism

FIGS. **1** to **3** illustrate the basic functional concepts and elements of the web interaction system by which multiple parties can communicate with each other across the web (World Wide Web) using multiple media types.

As will be more fully described below, the basic high-level abstraction used by the system is that of a communication session **11** (FIG. **1**) to which one or more entities **12** A, B, C (participants) can be added or removed. as directed by a web interaction service **26** (FIG. **3**) to provide a required communication service behaviour. The communication session itself is generic and service-independent. The communication session abstraction **11** is modelled in the web interaction system by appropriate data structures and methods (for example,

**4**

implemented as instances of a communication session object) for keeping track of a current session and its participants, and for effecting operations such as the adding and removal of participants. The functionality for creating, managing and implementing session instances is provided by a communications session manager **14** (shown in dashed lines in FIG. **3**).

Associated with each communication session **11** is a session transport **15** (FIG. **2**) which is an abstraction of functionality for actually effecting data communication between endpoint systems **16** A, B, C corresponding to the session participants **12** A, B, C, this communication being through one or media channels **17***a*, **17***b*, etc. The session-transport functionality is typically embodied as a central session-transport manager **19** (FIG. **3**) and communication components associated with the end-points, the manager being responsible for creating and managing a respective session-transport object instance for each session transport where state data is held for that session transport.

Thus, the communication session manager **14** is concerned with the high level management and control of sessions whereas the session-transport functionality is concerned with the establishment and maintenance of the required media channels for the session transport that underlies each communication session.

The on-going operation of the session-transport functionality is largely independent of the corresponding communication session manager **14** except for when session creation/destruction results in the creation/destruction of an underlying session transport, and for when the addition/removal of session participants results in the addition/removal of channels to/from the corresponding endpoint systems. The session manager **14** and the session-transport functionality are kept in step through 'leg controllers' **20** (shown in FIG. **3**) which provide a way for a session **11** to pass to endpoint systems the information required to join a session transport, and to receive back related status information.

The communication session **11**, session transport **15**, media channels **17**, and leg controllers **20** are considered in more detail below with particular reference to FIG. **3**.

This Figure presents a layered view of how the various elements of the web interaction system inter-relate to each other, the specific scenario shown being that of two session entities connected to the same communication session. As is typical for a layered model, the functionality of the higher layers is implemented using that of lower layers.

Communication Session

A communication session **11** is a representation of the state of a set of communicating entities. An entity (participant) **12** will in most cases be a person, although software automata or Bots can also be participating entities. By communicating is meant that entities are using one or media types to communicate, such as speech (audio), video, plain text, diagrams and illustrations, graphics, animations and 3D content, the kind of communications that are appropriate between human beings who want to share information. By state is meant the collective attributes of a specific session: the identities of the communicating entities, the media types in use, the pattern of distribution of information, global session properties (such as admission criteria), privileged members of the set, etc.

Associated with each instance of a communication session is a service instance that imparts service specific behaviour to the session by how it exercises the basic operations associated with the session (these operations are outlined below). It is the service instance that initiates creation of a corresponding communication session instance by making a request to a communication-session factory **13** functionally embodied in the communication session manager **14**. Destruction of the

US 8,166,173 B2

**5**

communication session instance is also controlled by the associated service instance and uses a "Destroy" operation of the session instance. The combination of the communication session instance (and its associated leg controllers described below) and the corresponding service instance, form a service-session functional entity that manages group communication for a particular instance of a particular service.

Each communication session instance has associated functionality for carrying out the following operations in respect of the session it represents:

1. Maintain the set of session entities currently in the session, together with individual connection states to the session (as reported through the session leg controllers see below) and the various items of data that may have been collected about the entities.

2. Create a session transport instance using session-transport factory functionality **18**. The session transport is preferably created in a lazy fashion, only when required. The identity (ID) of the session transport instance and address forms part of the state of the communication session.

3. In response to requests from the associated service instance, carry out a small number of session operations in respect of session entities, the results of the operations being reported in session events. Generally, the operations involve communication with the session entity (participant) concerned to cause changes in the connection state of the entity, these changes then being reported back to the session by the leg controllers and resulting in the generation of an appropriate event to inform the associated service instance of the result of the operation. The basic session operations and their corresponding events are:

Add identified participant to the session—this results in an invitation being passed to the identified participant system followed by the generation of an "Added" event; if the invitation is accepted (as notified to the session through the corresponding leg controller) a "Connected" event is produced whereas if the invitation is declined (again, reported through the leg controller) a "Declined";

Remove identified participant from the session—the identified participant is removed from the session (and session transport) and a "Removed" event generated (if the participant was the last remaining participant, then an "All Removed" event is generated instead);

Transfer between two identified participants—the second identified participant is invited into the session and if this participant accepts to join, then the first participant is removed from the session. Successful transfer results in a "Transferred" event being generated.

If appropriately authorised in the context of a particular service, session entities (participants) can also perform simple autonomous operations that affect the communication session. Thus, a session entity can autonomously Join a communication session, if the connection details of the communication and session transports are known and the session entity has the appropriate privileges. Session entities can autonomously Leave the session. Both autonomous operations are arranged to cause the state of the communication session, including the set of session entities, to be updated with appropriate communication session events.

**6**

The service instance associated with a communication session instance has access to the data held by the session instance, including the participant data and session transport data.

The Session Transport

As already indicated, each communication session requires an underlying session transport instance to communicate data (both real-time, and non-real-time) between session entities. The session transport provides for the transport of various media types in the form of un-interpreted messages of digital information. Any media type that can be reduced to a stream of bytes can be transported in the form of variable length messages. A session transport can be implemented, for example, by an IP multicast group, a unicast IP conference, or, as in the specific embodiment to be described hereinafter, a tightly-coupled, group communication server.

The session-transport functionality (in particular, session-transport manager **19**) maintains state data on the state of each session transport. The state of a session transport is the collective attributes of a session transport, namely the connection, authentication and authorization parameters required to join in the data transport mechanism, the set of channels in the session transport, and the set of channel endpoints connected to the channels.

Session-transport factory functionality **18** of the session-transport manager **19** is responsible for creating instances of a session-transport object used to represent and permit the set up of each session transport (in particular, a session-transport object will hold the state data for the session transport it represents). Requests from a communication session object to the session transport factory functionality to create a session transport are parameterised with the characteristics of the required session transport. The session transport factory **18** uses this information to create an instance of the session transport object that satisfies those characteristics.

Media Channels

A session transport encompasses one or more media channels **17** where a channel is an instance of a multi-party communications path between channel endpoints **22**. Typically, a channel is used to disseminate information of a given media type. Examples of media types are textual chat, voice chat, shared whiteboard, collaborative browsing, and real-time voice and video. A channel can be used for sending control information, e.g. media-channel signalling information, queue status information, or positional updates in a 3D virtual environment. A channel can be used to deliver any digital information that can be reduced to a sequence of bytes, and will deliver this information as a sequence of messages to multiple channel endpoints.

An instance of a channel is created within the context of a single session transport. A channel has a unique name within the session transport. A channel defines a communication path between the connected channel endpoints, that is orthogonal to all other channels associated with the session transport.

A channel endpoint **22** is an instance of an addressable communication source or destination. A channel endpoint has a unique name within the context of a channel. An instance of a channel endpoint is bound to a single, named channel.

A media client **24** (FIG. **3**) is an instance of a specialized function to send and receive data of a specific media type, using a channel endpoint **22** bound to the channel for the media type. The media client **24** provides a specialized programmatic interface to the channel for communicating with other media clients of the same type. An application **25** wishing to communicate using a particular media type, does so by creating a corresponding media client **24** which then creates a

US 8,166,173 B2

7

channel endpoint that contacts the session-transport manager **19** to establish a named channel appropriate for the specific media type, if one does not already exist. The media client **24** then tries to join the channel by creating a channel endpoint **22** and binding it to the channel. The application **25** can then use the media client to send data to and receive data from other applications that are associated, via their respective media clients, with the other channel endpoints connected to the channel.

There are three modes for sending data on a channel **17** from a channel endpoint **22**:

1. Data is sent to all channel endpoints connected to the channel, including the sender.
2. Data is sent to all channel endpoints connected to the channel, excluding the sender.
3. Data is sent to a specific channel endpoint in the channel, by specifying the channel endpoint address. No other channel endpoints connected to the channel receive that data.

An application **25** may join any number of sessions. For each session the application joins, it will seek to bind to a set of media channels previously specified to it by the communication session manager **14** in a media description.

The media description specifies the number and media type of channel instances in a session transport, and the connection details required to join the session transport (these connection details include the address and type of the session transport, and the authentication and authorization information required to join the session transport). The Session Description Protocol (SDP, RFC **2327**) defined by the IETF is an example of a standard scheme that can be used to specify the media description. Other ways of specifying the media description are also possible, of course,—for example, the media description can simply identify the set of media clients to be instantiated by media applications, the address of the session transport, and the authentication information required to join the session transport.

Typically, the application **25** creates one media client for every media type supported by the session.

Leg Controllers

Each communication session instance maintained by the communication session manager **14** needs to be able to communicate with the endpoint systems **16** that correspond to its session entities **12** in order to invite the endpoint systems to connect up with the session transport, and to monitor the states of connectivity of the endpoint systems and thereby the connection state of each session entity **12** to the communication session **11**. A small number of connection states are defined that model the stages of a session entity joining and leaving a communication session. The states correspond to the notions of inviting a called entity to a session, alerting the called entity of the invitation, connecting to the session transport, being in a state of connection to the session transport, requesting a disconnect from the session transport, and being disconnected from the session transport.

The communication between a session instance and an endpoint system **16** corresponding to one of its session entities **12** is effected through a pair of leg controllers **20**, one in the communication session manager **14** and the other in the endpoint system **16**. (The term leg is used because session diagrams, such as shown in FIG. **1**, have a number of legs attached to a session body, each leg representing a participant). The leg controllers **20** provide the signalling functionality and state machine functionality for inviting an endpoint system into a session transport and subsequently change and monitor the connection state of the entity.

More particularly, to invite an endpoint system to connect up with a session transport, the inviting entity creates a leg

8

controller and contacts the endpoint system at a connection endpoint **21** of the system (the connection endpoint provides a unique address for the endpoint system and is used in a similar way as a telephone number in the PSTN). This results in a corresponding leg controller being established at the endpoint system after which the pair of leg controllers exchange "leg messages" that carry a variety of data, the most important of which is the media description of the session transport which the endpoint system uses to set up media channels as already described. The state of connectivity of the endpoint system is also reported via the use of leg messages. As already indicated, the connection-state abstractions exchanged by the leg controllers represent high-level, logical participation in the session transport, and are independent of the communication mechanism used by the session transport. Typically, the connection states are:

For the inviting entity:

- an inviting state between when an invitation has been sent to an endpoint system to join a session and when a message is received back indicating whether the invitation has been accepted or declined and entered the established state;
- a connecting state between the acceptance of the invitation by the endpoint system and when an indication is received that the endpoint system has connected to the session transport;
- an established state between when the endpoint system connects to the session transport and either when the endpoint system disconnects from the session transport or the inviting entity sends a message to the endpoint system requesting disconnection;
- a requesting disconnection state between when the inviting party requests disconnection by the endpoint system and when disconnection is reported back;
- a final state entered after disconnection has been reported from the endpoint system or the joining process fails before reaching the established state.

For the invited endpoint system:

- an initial state up until when an invitation to join a session is accepted. The significance of this state may vary depending on the role of the endpoint system. Thus, where the endpoint system is the initiator of a communication service request, the initial state effectively corresponds to the period between when the request is issued and when an invitation to join a session is received back since the invitation will generally be automatically accepted by the endpoint system (note that the invitation may be either explicit or implied by the passing to the endpoint system of the information necessary to join a session). In contrast, where the endpoint system is one receiving an invitation which it did not instigate, the initial state lasts between when the invitation is received and when it is accepted by the human or automated operator of the system. In either case, the acceptance/rejection of the invitation is reported back in a leg message to the inviting system.
- a connecting state between the acceptance of the invitation by the endpoint system and when the endpoint system has connected to the session transport;
- an established state between when the endpoint system connects to the session transport and either when the endpoint system disconnects from the session transport or the inviting entity sends a message to the endpoint system requesting disconnection.

US 8,166,173 B2

**9**

a disconnecting state between when either the inviting party or endpoint system user requests disconnection from the session transport and when disconnection is achieved;

a final state entered after disconnection from the session transport or upon the joining process failing before reaching the established state.

Both leg controller instances only exist for the duration of the participation of the invited endpoint system in the session transport.

The external interface to, and logical signalling used by, the leg controllers is independent of the mechanism used to transport the leg messages carrying the signalling information. Many different transport mechanisms for leg controller messages are possible. For example, Java Message Service (JMS) can be used or a system such as described in our co-pending patent application GB 9920834.0 filed Sep. 4, 1999 that enables communication to the customer desktop through a firewall. Internet protocol (IP) socket and Session Initiation Protocol (SIP) transports are other possible alternative implementation choices.

By using the above mechanisms, a communication session instance can implement the session operations by translating operations into a sequence of operations on instances of leg controllers to change the connection state of the affected session entities. The net effect of operations can be described in terms of a simple leg algebra of addition and subtraction of legs into the communication session and are reported in appropriate session events.

Layered Model

Having described in turn the basic concepts and elements of the web interaction system, it is worth considering from a broader perspective the layered model of the system shown in FIG. **3**. This layered view organises the system into four layers, each representing a different logical view of the connectivity and communication between the various entities.

The four layers of the model are described below:

1. The Service Layer represents the service logic written by application developers to intelligently conference session entities into a communication session. A service **26** manipulates the connection state of a set of session entities **12** to a communication session **11**, using only the elements of the Communication Session Layer. A service uses the communication session operations to invite entities to or disconnect them from the session, and uses the communication session events to monitor changes in connection state of the session entities. Many different services can be written, each using the underlying Communications Session Layer. At the service level, each endpoint system communicates with the service **26** via a service interface **29** that typically takes the form of service-specific web pages running in a browser application.

2. The Communication Session Layer offers a high-level view of the participation of session entities **12** in a communication session **11**. Users of this layer deal only with very high-level abstractions of participation in a conference. The communication session **11**, communication session factory **13**, and session entity **12** are the principal elements of this layer. The communication session **11** and session entity **12** uses the leg controller **20** to invite the remote participant to join the session transport **15**.

3. The Connection Layer represents the protocol, messages, events, state machine and operations used to invite a participant **12/16** to a session transport **15**, and subsequently manipulate the connection state of the participant to the session transport. The leg controller **20** is

**10**

the principal element in the connection layer. Connect and disconnect procedures offered by the connection layer are independent of the implementation mechanisms used for the transport layer. The connection layer elements use the operations, and consume the events offered in the transport layer. The events generated by the connection layer are used by the communication session layer to update the state of session entities **12** and the communication session **11**.

4. The Transport Layer represents the elements involved the exchange of application data between session participants. The session transport **15** is instantiated by the communication session **11** using the session transport factory **18**. Channels **17** and channel endpoints **22** can be instantiated by any entity with sufficient privilege. For example, both entities in the connection layer and media clients can be authorised to instantiate channels.

The messages exchanged between functional entities in the connection layer can contain information from other layers, in addition to the specific information of the connection layer itself. Services in the service layer are able to pass arbitrary information as key-value pairs to session participants in the add and remove operations. The communication session layer uses the transport layer messages to send information to invited session participants describing the current state of the communication session abstractions, allowing session participants to reconstruct the current view of the communication session layer.

Service Scenarios

The above-described architecture of the web interaction system allows considerable flexibility in how a request from a user to communicate with one or more other participants is satisfied. How the request is handled depends on the characteristics of the service **26** to which the request is directed, it being the service that controls what session is involved in the communication (including whether this is a new or an existing session) and what other participants are invited to join the selected session.

A service is embodied as functionality for providing the desired service behaviour using the session resources available to it in the communication session manager **14** (session creation/destruction, the session operations described above for adding and subtracting session participants, and the feedback of session state information in event messages generated in response to session events).

Before describing the mechanisms used for routing a call initiator to a session and inviting other participants to that session, a number of service scenarios will be outlined to illustrate the breadth of applications possible using the above-described communications architecture. Three general types of services will be described, namely:

One-to-one customer/CSR interactions where a customer wishes to interact with a CSR at a contact center;

"Shop with friends" where several people wish to conduct coordinated browsing; and

"Page is Place" where concurrent visitors to the same web page can communicate.

In outlining the service scenarios, the following terms are used:

Text Chat. Each member of a session can type lines of text into a chat GUI at any time. These are sent to other session members in real time (which in practice may mean a delay of up to a few seconds) via a text media channel and displayed in a chat window, interleaved with the name of the person sending the text.

Page Push. The page corresponding to a WWW URL is displayed in a reserved browser window of each session

US 8,166,173 B2

11

member. A media channel is used to convey URLs between participants to the session. In a "Follow-Me Tour", clicking on a hyperlink on the page in the Page Push window results in all session members following that link in synchrony. Page Push, and its variants, is a way for session members to share WWW content.

Callback or Dialback. A Web session member can be called-back at their telephone number. This feature is common in telephony contact centers, and a telephony contact center will have dedicated hardware for terminating and routing incoming telephone calls to CSRs. This hardware will usually have the ability to originate calls, making it possible to set up a dialback call between a CSR and a customer. The capability of adding a dialback connection to an ongoing Web interaction is an example of hybridization between existing contact centers, which are oriented around telephony, and the next generation of Internet Relationship Management centers which use Internet technology for communication with a customer.

Deferred Callback. A customer is called back at a nominated time.

Customer/CSR 1:1 Interactions

A number of different interactions are possible and each can be considered as constituting a service. These interactions include:

Online Help—A customer is browsing WWW pages belonging to an enterprise and wants to talk to a CSR in that enterprise. The page will have some kind of "Help" button hyperlink which the customer clicks on. The customer browser then progresses through a WW dialog which makes it possible for the customer to identify themselves by submitting a small number of personal details (e.g. name, customer reference, email address etc). The customer browser then launches graphical user interfaces (GUI) for each of the media types used in a session. This will typically be page push, and text chat or voice chat. An available CSR is discovered, joins the session, and the customer and CSR can then begin to discuss the issue that caused the customer to request help. The session can be extended by inviting-in additional CSRs, and the "call" can be transferred to another CSR. The session can also be extended to include additional customers.

Online Help with Dialback—As in the "Online Help" service, but the customer provides a Public Switched Telephone Network (PSTN) number so that the CSR (in fact, the telephone callback hardware referred to above) can dial back to the customer, so creating a voice channel in addition to the other communication channel. The PSTN, rather than the internet, is normally used for voice traffic because it provides a higher quality channel for voice communication than Voice over IP at the current time.

Online Help with Deferred Dialback and Web Rendezvous—As in "Online Help with Dialback", the difference being that the customer wants to communicate to a CSR at some future specified time. This is useful, for example, when all CSRs are allocated, or the customer wants to reserve a callback at a convenient time. The customer goes through the initial dialog, provides personal details including a telephone number, and is provided with the URL of a page to return to at a later time. When a CSR calls back by telephone, the customer goes to the specified page and is joined to a session to which the CSR is also invited. How this is achieved is described later in this document.

Deferred Dialback—The customer uses the initial WWW dialog to select a telephone callback at a specified time. No web interaction session is created, and the internet is not used as a communication technology.

12

Web Rendezvous—The customer is speaking with an CSR over the telephone and decides to do a web based communication for page push or chat. At this point the CSR presses the "Rendezvous" button which will generate a session identifier/password for the CSR to give to the customer. The customer goes to a URL that is the "Rendezvous page" and is joined to a session to which the correct CSR is also invited. How this is effected will be described later onin this document

Shop with Friends (FIG. 4)

This scenario assumes that two or more friends want to browse and make purchases online. They want to communicate with each other using text or audio chat, and see the same WWW pages in a "Follow Me" tour as described above. In FIG. 4, three friends 12 J, K, L are depicted as viewing the same web page together, discussing its content (via an audio media channel), and they have invited a CSR 12X to answer some questions. From the customer perspective this scenario is identical to the "Online Help" scenario, with the exception that the session members are customers and not a mix of customers and CSRs. How a "Shop with friends" session is established and the parties joined to it will be described hereinafter.

It is to be understood that the label "Shop with Friends" is used herein simply for convenience and it will be appreciated the techniques described herein relating to the "Shopwith Friends" scenario are also applicable to other group sessions between users that are not in the privileged positions of CSRs or other parties having special access to the interaction service system.

"Page as Place" (FIG. 5)

The "Shop with Friends" scenario uses a fixed multi-party session, and a succession of WWW pages "flow throw" the session using follow-me page push. Session participants effectively wander around the WWW, the session maintaining its coherence as it travels. An alternative is the "Page as Place" scenario, where a communication session is immutably associated with a specific web page. In this scenario, as customers move from page to page, they move from session to session. FIG. 5 shows four women 12 J, K, L, X looking at two different pages 30A and 30B, each being associated with a respective session 11A, 11B. The woman 12L is viewing page 30B and is in session 11B by herself. The two women 12 J, K are both viewing page 30A and are therefore in the same communication session 11B and can communicate with each other via appropriate media channels; these women 12 J, K have been joined by a third person 12X—a CSR who is monitoring activity on page 30A.

The advantage of this scenario is serendipity: it corresponds closely to what happens when a person wanders around a mall, meeting a different set of people in each shop. Wandering into a page showing lawnmowers, one can choose to see whether anyone else is also looking at lawnmowers, and engage them in conversation. One might see a CSR just "standing around" on the page, or one could listen in on what a CSR was telling another customer.

There is a great deal that can be done with this simple concept. Instead of thinking of a WWW site as a catalogue, it can be organized like a department store or a mall into a set of places—the perfume department, the coffee shop, ceramics, cooking and so on. Instead of a customer having to decide whether their query is important enough to justify contacting a CSR, they can see CSRs "standing around" when they move from page to page. It is not considered an imposition to approach an idle sales assistant in a shop even for the most trivial of queries, because we know that is what they are there for.

US 8,166,173 B2

**13**

Session Routing

A description will next be given, with reference to FIG. **6**, of how a party at an endpoint system **16** initiates participation in a service-specific communication session. For simplicity, in the following, no distinction is made between endpoint system **16** and the participant party using the system.

In general, the initiating party **16** will be requesting a specific service that is centred around a particular target subject such as a person, page, catalogue item, or any other concept that is meaningful both to the requesting party and the routing functionality that handle the requests. The selected service will involve communication with another participant or participants who are in some way associated with the target subject. The process of joining the desired communication service for the requesting party is a two-step routing process:

The first step is to select a communication session **11** for the initiating party **16** to join on the basis of factors such as the service selected, the target subject and the requesting party. The selected session will be either a pre-existing session or one created for the new call; in either case, there is an associated service instance **26** providing the service specific behaviour associated with the selected session. This first step is carried out by session initiation functionality **35** which creates a temporary initiation instance **37** for routing the requesting party to the appropriate session with the aid of session routing functionality **46**. Of course, the operation of adding a party to a session is initiated by the session service instance so that, in fact, the result of the session routing step is to pass the details of the requesting party to the session service instance which then takes care of initiating addition of the party to the session. Nevertheless, it is still appropriate to refer to this routing step as a session routing step since what is of interest is the identity of the session to be joined

thus in the situation of there being more than one session associated with a service instance (as is potentially possible with complex services), the routing functionality serves to identify to which session the requesting party should be routed, the identity of the session being passed to the service instance to enable it to initiate adding the party to the right session.

The second step (which is not always needed) is to extend the participants in the communication session **11** by selecting one or more other parties to invite to the session. **11**. The second step is carried out by the service instance **26** associated with the selected session.

More particularly, when a requesting party **16** selects a specific service via a web interface in their browser **29**, they are passed service-specific pages **34** from a web server **33** that provides a service front-end. These pages, and associated server-side scripts and servelets, are used to collect data about the requesting party, service options, target subject etc, which is passed to a service-specific initiation instance **37** that was created (by functionality **36**) in response to the initial selection of the service concerned by the requesting party. This initiation instance **37** resides on the communication session manager **14** and its identity is returned to the server **33** so as to enable data collected from the party **16** to be correctly passed back to the instance **37** (by way of example, this identity could be held in an endpoint-system-specific session object on the server **33** with session cookies, including a unique requesting-entity identifier, being used to link received HTTP requests from system **16** with the session object). The initiation instance **37** is operative first to carry out a data collection and collation task **38** to establish enough information to enable the right communication session to be

**14**

selected, and (if appropriate) the right participants to be invited to join; this body of information is herein called the initiation context **40**. Collecting the information necessary to complete the initiation context **40** is primarily done through the web pages **34** but may also involve lookups in a customer database **39** holding information about the requesting party, and potentially other relevant databases.

The information contained in the initiation context **40** will to some extent be service specific but will generally involve information grouped into the following data sets:

1. Requesting party. This data set is used to describe the characteristics of the requesting party. Examples are the name, e-mail address, physical address, country of origin, telephone number, gender, and profession. Other attributes could relate to preferences of the requesting party, such as an interest in sport and music. An important (though not necessarily essential) attribute of the requesting party is a unique user identifier, used by the system to identify the requesting party, and used as a key to database **39**. Typically, this unique identifier is created the first time the requesting party visits the site, and identifies the requesting party for all subsequent interactions with the site (for example, it is stored on the requesting entity's system in the form of a cookie.).

2. Communication endpoint system. This data set is used to describe the communicating device **16** used by the requesting party, for example the media capabilities and name of the device.

3. Target Subject. This data set is used to describe the entity the requesting party wishes to establish a communication session with. For example, the abstract entity may simply be 'customer service representative', with additional attributes that describe a marketing campaign such as 'Vacuum cleaners'.

4. Service data. This data set is used to describe additional information required by the specific service associated with the selected called abstract entity. For the example of the 'customer service representative' abstract entity, described by the 'Vacuum cleaners' campaign, the service data could correspond to a specific product range, feature set, or price range.

5. Communication option. This data set describes the preferred communication mechanism of the requesting party. The requesting party may wish to communicate by Internet or non-Internet channel, or some combination of the two. Non-Internet channels could be telephone, or fax. Internet channels represent a variety of multimedia data types such as text or voice chat, collaborative web browsing, Internet voice and video telephony. Often the communication option is service-specific. For example, the requesting party may want to communicate with other individuals with similar interests, with a customer service representative, or with an automated bot. The communication option may relate to the immediate or future establishment of a communication session, depending on the service concerned; thus the communication option could comprise a desired future communication time, specified by the requesting party.

The sets of parameterised data, described above, are derived and collated from several sources:

Referrer URI. The URI of the page that held the link to the first service-specific web page **34** for a particular service can provide valuable information as it represents a simplification of the browsing history of the requesting party. The Referrer URL can be extracted from the HTTP header when requesting party first attempts to establish a communication session

**15**

Embedded in a Web page **34**. The Web page(s) **34** returned to requesting party **16** and used to request the establishment of a communication session, may contain arbitrary amounts of embedded data in the form of name-value pairs. The data may be statically embedded in the page, or dynamically generated by active server technology, such as Java Server Pages (JSP), as understood by those skilled in the art. For example, a page may contain parameters that describe high-level semantics of the page, such as the product sales campaign and a specific model number This data is extracted and passed back from the requesting-party browser **29** in the request for a communication session to the web server **33** and from there to the initiation instance **37**. The data may be visible or invisible to the requesting party, the decision is made by the web site designer.

Input by the requesting party. The requesting party may be presented with an HTML form to input information about him/herself (name, e-mail address, postal address, country, telephone number, age, gender, profession, and interests), to describe the communication option required (such as text chat, voice chat, page push, shared whiteboard, Internet voice, Internet video, and PSTN telephone call), or to select the target subject.

Persistent data in requesting party browser. Information can be stored in the requesting-party browser **29** (i.e. in "cookies"), to describe or simply identify the requesting party, to maintain service state, or requesting party preferences.

Persistent information held centrally. Requesting party information (such as name, address, country, telephone number, or service subscription options) can be persistently stored in the database server **39**. The requesting party identifier is used as the key to the appropriate database entries. Also of interest can be the earlier browsing history of the requesting party through the pages of an enterprise website prior to making the service request. This history is called a "wake" and is stored in a Wake Repository.

Once the initiation context information has been collected, the initiation instance **37** executes a session routing task **45** with the aid of the session routing functionality **46** (task **45** is effectively a client of the session routing functionality **46**). The session routing function consists of intelligent services to analyse the initiation context and decide whether to select an existing session in the session pool **31**, or to create a new session and associated service instance (this it does by instantiating a new service instance **26** of the appropriate type using service-instance factory **47**, the service instance then using session factory **13** to create a corresponding communication session instance **11**). An identifier of the selected service instance and session is returned to the task **45** by functionality **46**.

In certain situations, the requesting party may be able to identify specifically a session to be joined by a session identifier. In such cases, the session routing task (and, indeed, potentially also the use of a session initiation instance) can be by-passed; however, the session routing task can usefully still be called upon in order to check that the provided session identifier relates to a current session.

Upon the session and service instances being identified, the initiation instance **37** hands on subsequent processing of the service request to the service instance **25**; in particular, the service instance is informed that a new participant, with associated initiation context **40**, wishes to join the related session. The service instance in accordance with its specific behaviour, now causes the requesting party to be invited into the

**16**

selected session **11** (task **50**) with the details of the party and other relevant context information being provided to the session. The mechanism, previously described, for inviting an entity to join a session is to use the appropriate session operation to add the party to the session with the session then creating a leg controller **20** through which it sends out an invitation to a connection endpoint of the target entity to invite the latter to join the session, the receipt of this invitation causing the target entity to instantiate a leg controller to converse with the session leg controller. However, since the requesting entity **16** cannot be relied upon to have the appropriate functionality to instantiate a leg controller **20** at this stage, either the passing of a joining invitation from the session leg controller must be delayed until the required functionality is provided to the requesting entity and the corresponding connection endpoint address is communicated back to the session, or else an alternative invitation mechanism must be used. In one such alternative mechanism, after the selected session **11** has created a corresponding leg controller **20**, the address of the latter and the session ID (which can be in the form of a name/password pair) are passed to the requesting entity **16** (or, as will be seen, its proxy) via the communication path already established with the requesting entity through the service front end **27** (see chain-dashed arrow **51**). The passing of this information effectively constitutes an invitation to the requesting entity **16** to join the session which it now does by creating a leg controller **20** and connecting with the corresponding leg controller previously established by the session **11**. Leg controller functionality can be provided to the requesting entity **16** either by being passed to the entity **16** in the form of an applet from the service front end **27**, or by having the latter act as a proxy for the requesting entity with the leg controller functionality being part of the proxy functionality.

The media description of the session transport associated with the selected session is now passed to the requesting entity **16** by the session (unless this was previously done when passing the session ID and leg controller address to the entity) and the requesting entity proceeds to establish appropriate media channels with the session transport instance (the latter having been previously created by the session instance **11**).

Depending on the nature of the service, upon the requesting party joining the selected session, one or more further participants can be automatically invited into the session by the service instance **26** on the basis of the information contained in the initiation context **40**, the current state of the selected session, and the nature of the service concerned. One typical example would be the invitation of a specialist CSR into a session in the case where the service was online contact with a CSR about a specialist topic. FIG. **6** shows the service instance as carrying out task **52** to identify an appropriate additional participant to invite to the session, this task making use of a participant resource **54** (for example, a contact center management system for identifying the next available CSR suitable to handle the subject of interest to the requesting party). Once an appropriate additional participant has been identified, that participant is invited into the session (task **53**). Frequently, the invited participant system is one, such as a CSR desktop system, that is pre-configured to form part of the web interaction system and is therefore provided with appropriate functionality—in particular, with persistent leg-controller instantiation functionality at a known connection address. In this case, the join invitation is issued through a corresponding leg controller **20** of the session to the known connection address of the participant system, thereby causing the instantiation of a leg controller in the participant system

US 8,166,173 B2

**17**

followed by an exchange of leg messages as already described above. The invitation includes data that describes the customer (or other participants in the communication session) so that the CSR can quickly identify the customer and the context of the call.

In certain situations, the participant to be invited into the session may be specifically identified by the requesting party. In such cases, the participant routing task **52** can be by-passed or else simply used to confirm that the identified intended participant is currently valid.

Note that although in the foregoing the selection of an additional participant was initiated by the join event of the requesting party **16**, task **52** could equally well have been triggered immediately following session selection whereby the invitation into the session of the participant effectively occurs in parallel with the invitation to the requesting party. The addition of a participant may also be initiated in the course of a session by an earlier-joined participant

The foregoing discussion whilst dealing in general terms with how any requesting party joins a session and invites a further participant into the session, concentrates on the scenario of the initial requesting party being a party (such as a customer) that has no special functional relationship with the web interaction service (and therefore needs to be provided with the means for joining the session), whereas the party being invited to join the requesting party in the session is a CSR that has functionality allowing them to be more directly invited by the session. It is worth considering further the other possibilities regarding joining/inviting into a session, namely a CSR joining themselves to a session, and the inviting in of a customer to a session. (Note that the discussion here concerns what is happening at the service level in terms of parties joining themselves to a session and inviting in others—at the level of the session instance itself, all parties are 'invited' to join session as instructed by the service instance, the method of invitation simply differing depending on the capabilities of the party being invited as described above).

If a CSR wishes to join a session without having been invited in by an existing participant, then, of course, the CSR can use the service front end (service-specific web pages) like other parties, though it is preferable to have an option which is specific to CSRs in order to avoid unnecessary data collection and to provide a way of indicating to the service instance that the party to be joined is a CSR and can therefore be invited directly through a leg controller message (due to the leg initiator functionality present at the CSR end system). However, since the CSR endpoint system is closely associated with the interaction service system, it is also possible to provide a more direct interface to the communication session manager **14** from the CSR endpoint system, by-passing the service front end; this interface could be the same interface as used by the service front end in communicating with the CSM **14** or another interface. In this case, the CSR endpoint system need only send a message to this interface indicating that the CSR wishes to join a particular session (the latter being identified either in terms of a target subject or a specific session identifier where a specific, existing, session is to be joined).

An example situation of a CSR wanting to join a specific session without invitation is where a valued customer is noted to have just joined a "Page as Place" session being cared for by the CSR (this scenario is more fully described hereinafter with reference to FIG. **24**).

As regards the inviting of a party (not a CSR) into an existing session, it will be appreciated that the problem here is that the party may not even be currently browsing the web. In such cases, some other communication channel must be used to ask the customer to link up to the web interaction service

**18**

system (for example, at a 'rendezvous page') and join themselves to the session concerned, the party having been given an identifier of the session. An example of this type of situation is the inviting of a 'friend' into a "Shop with Friends" session.

After a party has joined a particular session, it may be useful for the party to be able to interact with the service instance (one example is where a CSR wishes to transfer a customer to another CSR by having the service instance find an appropriate CSR and then trigger the transfer operation of the session instance). The service front end provides one route by which session participants can communicate with the service instance (to the extent permitted by the service-specific pages and the specifics of the interface defined between the service front end and the communications session manager). In this case, the session ID is all that is needed to link any participant input to the appropriate service instance **26**. This enables participants to invite further participants, such as a CSR into a session at any appropriate time, the tasks **52** and **53** being executed on the basis of existing information and any new information supplied with the invite request.

However, a second route is now also available for contacting the service instance, namely by using the leg messages exchanged with the session leg controllers to carry messages for the service instance; the details of how this is implemented will depend on the specific technology used for passing the leg messages but appropriate implementations are within the competence of persons skilled in the art. This route may only be enabled for CSRs if it is desired to tightly control access to the service instance functionality for parties who are not CSRs (the service front end being a good vehicle for providing control of what features of the service instance are accessible).

CSRs may also have a third way of accessing the service instance where the CSR endpoint systems can send message directly to the CSM interface as outlined above.

From the foregoing, it will be appreciated that the session and participant routing functionality of the web interaction system is highly flexible, allowing a requesting party to join a specific session or a session appropriate to a particular subject, and to invite in one or more specific or generically identified further participants, either at the time of joining or later during a session. The way in which a party (whether the party requesting to join a session or a party to be invited into a session) is actually invited into a session is dependent on whether the party already has the appropriate functionality for joining and participating in a session or whether that functionality needs to be provided to the party.

Specific Embodiment

FIG. **7** shows one arrangement of equipment for implementing an embodiment of the above-described web interaction system in the case of a customer **60** connecting across the Internet **63** to an enterprise web server **64** and wishing to initiate web interaction services, including communication with a CSR via CSR desktop **74**. As will be appreciated by persons skilled in the art, the names and quantities of servers hosting the web interaction services are shown for the purposes of illustration and clarity, and should not be read as determining a unique physical instantiation of the architecture. There are many physical configurations that can satisfy the architecture, and the choice usually comes down to non-functional criteria such as performance, scalability, reliability, security etc. However, in broad terms, it can be seen that the web interaction system comprises endpoint systems (customer and CSR systems **60**, **74**) that can establish multi-

US 8,166,173 B2

**19**

media communication with each other using the services of a web interaction service system **64-70** that embodies the service front end **27**, communication session manager **14**, and session transport manager **19** of the FIG. **3** layered functional diagram.

More particularly, the customer has a desktop system (for convenience embraced by reference **60**) which is connected to a LAN **61** located within a customer firewall **62**. It is common in many organisations to use a firewall to isolate the private internal network from the public Internet for security reasons. The customer **60** could be a domestic consumer connected to Internet **63** via an Internet Service Provider (ISP) or it could be an employee of an organisation with a high level of internal security, such as a bank or a hospital. The customer **60** is connected through the customer premises firewall **62** to the Internet using the standard Internet TCP/IP protocol, and the customer has World Wide Web access using the standard Hypertext Transfer Protocol (HTTP).

The enterprise web server **64** is connected to enterprise LAN **66A** which connects to Internet **63**. Web server **64** resides within the so-called "demilitarized zone **65**" of the enterprise, this being a ring-fenced LAN which includes equipment that is controlled by the enterprise but is accessible to the outside world as well as to equipment on the secure part of the enterprise network (LAN **66B**) that exists behind a firewall.

In browsing the pages served by the enterprise server **64**, the customer decides to request an offered web interaction service and indicates this by an appropriate selection action that results in a corresponding HTTP request message being sent to the web interaction server, the front end of which (functionality **27** of FIGS. **3** and **6**) is embodied in a session mediation server **67** that also lies within the DMZ **65**. Other equipment components of the web interaction system include a Communication Session Manager (CSM) server **69** providing the functionality of the communication session manager **14** of FIGS. **3** and **6**, and a Thin Client Group Communications (TCGC) server **70** providing the session transport functionality **19** of FIG. **3** ("Thin Client" is used to refer to the approach whereby most of the functionality resides in a server). The servers **69** and **70** both reside behind the DMZ **65**. More details of the implementation components of the FIG. **7** web interaction system are given below.

Thin Client Group Communication Server **70**

This component can be implemented, for example, using Sun's Java Shared Data Toolkit (JSDT). One or more TCGC servers **70** can be instantiated, to provide scalability. The TCGC server exports a simple interface to the session transport factory **18** (FIG. **3**) to allow other functional entities to create and destroy new session transports. The session transport is created with a set of authorisation parameters which are passed across the factory interface. In the current embodiment, session instances **11** residing on the CSM server **69** are the only authorised clients of the session transport factory interface.

The session transports **15** provided by the TCGC server **70** are centrally managed. The TCGC server is responsible for authenticating entities that attempt to perform operations on the session transport **15**, channels **17** and channel endpoints **22**. In particular, session transport creation and destruction, creating or obtaining a reference to a channel, and binding a channel endpoint to a channel, are all operations that need to be authenticated by the TCGC server **70**. The TCGC server has full knowledge of the set of channels **17** created in a session transport, and the set of channel endpoints **22** bound to the channels.

**20**

Communication between channel endpoints **22** is implemented using a unicast transport. The originating channel endpoint **22** sends data to the TCGC server **70**, and it is the server that forwards the data on the unicast transport to each of the destination channel endpoints **22** for the channel concerned.

Communication Session Manager Server **69**

The CSM server **69** provides the platform on which the functionality is deployed to create and manage communication sessions and their associated service instances. The realisation of the initiation instances **37**, service instances **26**, communication sessions **11**, communication session factory **13**, and server-side leg controllers **20** are part of the CSM. The CSM holds the definitive view of the communication session state.

In the current embodiment, the CSM offers a Java RMI remote interface to allow Java Servlets running on the SMS (see below) to create and communicate with instances of the services deployed on the CSM.

Session Mediation Server **67**

The Session Mediation Server (SMS) **67** is a web server that hosts the set of service-specific pages that present the GUI to allow a requesting party to request connection to a service-specific communication session concerning a target subject. The GUI allows the requesting party to select a service, enter personal information, select a communication option, and describe the entity to communicate with. In the current embodiment, the server is, for example, an Apache Web Server (http://www.apache.org) running the Jserv (http://java.apache.org) Java Servlet environment. Java Servlets running on the CSM server are used to parse WWW forms and validate customer inputs, and these servlets use the above-mentioned RMI interface to the initiation and service instances running on the CSM to satisfy the communication requests of the requesting party.

Other Components

The web interaction system also includes other components connected to the enterprise LAN **66B**, these being a customer database server **39**, additional information servers **71**, a contact center management server **72** for providing the CSM **69** with information regarding the availability of CSRs in CSR pool **73** (the CSRs and their desktop systems being indicated by references **74** in FIG. **7**)

Interaction Scenario

FIG. **8** depicts the communication protocols used between the above-described system components. These protocols include the following, all are layered on top of the standard TCP/IP protocol:

Hypertext Transfer Protocol (RFC1945). This is the protocol used by WWW browsers to access WWW servers for the purpose of providing the WWW service. This protocol is the lowest-common-denominator means for customers to interact with the web interaction system, and it can be transported securely across corporate firewalls. The customer desktop system **60** uses this protocol to communicate with the enterprise web server **64** and the SMS server **67**.

Java Remote Method Invocation (RMI) (see http://java-soft.sun.com) is a well known protocol used to invoke methods on remote objects in distributed systems. It is here used between the SMS server **67** and the CSM server **69** for invoking service and session initiation operations provided by the CSM.

Java Message Service (JMS) (see http://javasoft.sun.com) is a public specification for inter-computer messages which has been widely implemented to disguise various proprietary protocols, and is a convenient way to specify

US 8,166,173 B2

21

and implement interactions between the CSM **69** and TCGC server **70**, as well as between the CSM and backend servers such as databases **39** and **71**, call center manager **72**, and CSR desktop applications **74**.

The following scenario illustrates the use of these protocols during the initiation of a basic and familiar service where a customer **60** browsing the WWW wants to contact a CSR **74** to ask questions. The service takes information about the customer, creates a communication session, invites the customer into the session, locates an available CSR, invites the CSR into the session, and once both parties are in the session, they can begin to interact using various media. The general interactions involved are referenced [1] to [8] in FIG. **8** and are as follows:

[1] The customer **60** is browsing the enterprise WWW site on server **64** (using HTTP protocol) and wants to talk to a CSR **74** about some issue. The customer finds a "help" button on the WWW page currently being viewed and clicks on it. This button is a hyperlink to a WWW page on the Session Mediation Server **67**.

[2] The customer goes through various hypertext/WWW dialogues on the Session Mediation Server (SMS) **67**. This involves selecting various communication options, and the customer supplies a small amount of personal information. The servlet running on the server **67** also extracts information about the customer in the form of "cookies" and other information from the HTTP header request, as already described.

[3] The SMS **67** condenses all the information about the customer in the form of a Java object and communicates it to a service-specific initiation instance on the CSM using the Java RMI protocol (as an alternative to passing all the required information in one go, this can be done progressively as the SMS collects information). There may be additional communication (using the JMS protocol) between the SMS/CSM and external database **39** containing customer information, so that the information presented to the customer can be personalised according to the past history of interactions.

[4] The initiation instance on CSM **69** causes the creation of an empty communication session **11**, with associated service instance **26**, for the customer. The session instance **26** communicates (using the JMS protocol) with the TCGC server **70** to create a session transport **15**.

[5] Information about the session (including session identity) and the session leg controller corresponding to the customer are then returned via the SMS to the customer along with the customer interface to the session (including leg controller functionality and the other functionality to be a member of a session) as part of an HTTP response (i.e. a WWW page containing active content such as Java or Javascript). In this way the customer loads a WWW page which contains information about the selected session transport.

[6] The customer system **60** joins the session **11** by using the leg controller functionality passed to it to contact the corresponding leg controller on the CSM server **69**. Because of the difficulties involved in traversing the customer's firewall, the leg messages passed between the leg controllers actually use the same transport mechanism as employed for the media channels, namely a firewall traversing protocol, such as that described in our co-pending patent application GB 9920834.0 filed Sep. 4, 1999, depicted by a chain-dashed line in FIG. **8**. Indeed, the leg messages can conveniently be passed across a channel established for this purpose between the customer end system and the session transport **15**. To this end, the media

22

description is passed to the customer system along with the session identity via the SMS whereby the customer system can establish communication with the session transport **15** using a firewall-crossing protocol and set up a channel to pass the leg messages as well as the required media channels for each of the media types in the session.

[7] The service instance **26** on CSM **69** interacts with the contact center manager **72** (using JMS) to select an available CSR.

[8] The service instance **26** causes the CSR desktop system **74** to be invited to join the session, the invitation being issued through the relevant session leg controller using the JMS protocol. This invitation contains customer information.

[9] If the CSR accepts, the CSR desktop system **74** joins the session transport using the same protocol as the customer desktop system.

At this point, both the customer and CSR can exchange information using media channels created as elements of the session transport **15**. The CSM **69** monitors the status of the end system participation in the session transport via the leg controllers, and when either customer or CSR leave, it tears down both the communication and session transport.

Although in step [5] above, the SMS is described as passing the customer system the functionality needed to join and be a member of a session, as a collection of Java applets and Java packages in a WWW page, this functionality could be retained at the SMS with the latter acting as a proxy for the customer system and only serving to that system WWW pages that reflect the service/session state as known to the proxy (see "Lite Desktop" description below).

This physical infrastructure is capable of supporting many service scenarios such as those described above.

Endpoint System Desktops

Examples will now be given of GUI desktops suitable for a CSR endpoint system **74** and a customer system **60**, these desktops being the visible expression of the functionality described above. In particular, the desktops provide interfaces for the media channels associated with a communication session as well as web interfaces to the web interaction service **26** concerned; additionally, the CSR desktop provides tools for managing multiple "calls" (communication sessions).

CSR Desktop (FIGS. **9-17**)

The CSR Desktop **80** is the CSR's sole point of interaction with web channel calls but may be used in conjunction with other channels, e.g. telephony, to offer richer service, e.g. voice and page push. A CSR is associated with one or more campaigns which are a way of breaking down a customer service problem space into smaller logical areas; typically, a specific campaign will constitute the target subject matter of a customer service request. A campaign is also a means to organize CSRs into skillsets—it is an administrative mechanism with explicit support in the contact center management system so that a single contact center functions as a set of smaller virtual contact centers, each with a defined topic focus

In telephony, interaction between a customer and CSR is swift and if the CSR wishes to split their attention between two or more calls, they must put one of the calls on hold, thus breaking the appearance of dedicated service. With the web channel, interaction can be less intense, e.g. if the customer is not familiar with a keyboard, and there is opportunity for an CSR to multi-task between a number of calls. To support the illusion from the customer's perspective that the CSR is giving them dedicated service requires a CSR desktop GUI component that enables the CSR to manage the information and media associated with each call quickly and effectively. FIG.

US 8,166,173 B2

23

**9** shows an example CSR desktop GUI **80** with a call-management component **82** that can be used by the CSR to receive incoming calls and manage calls that they are already dealing with. Each call (a session that the CSR is invited to, is currently involved in, or has recently left) appears as a row in a table containing relevant information such as customer name, customer ID, the campaign this call belongs to and the status of the call. To interface with a particular call, the CSR selects the row containing the call details (and possibly is also required to press an appropriate button).

The call management component **82** includes a set of high-level control buttons **81** for choosing actions such as accepting/rejecting an invitation to join a session, disconnecting from a call, transferring the call to another CSR and conferencing in another CSR

The CSR desktop **80** also comprises a customer-interaction component **83** with respective GUI sub-components for each of the media types that the desktop **80** is intended to handle (albeit that not all media types are present in all calls). These GUI sub-components are generically called media-type windows below with the sub-components associated with a specific media type being referred as that media-type window. In the FIG. **9** example, a text-chat window **85** is shown together with a page-push window **86** and a browser window **87** (the latter two windows both being used for a page-push channel, the browser window showing the page at the last-pushed URL as displayed in the page-push window **86**). Upon a call being selected in the call-management window **82**, the media clients established for the call are linked to the corresponding media-type window.

Example media-type windows are shown in FIGS. **10-12**. More particularly, FIG. **10** shows a text-chat window **85** in the case where no call has been selected, whereas FIG. **11** shows the same window **85** when a call, with previous chat dialogue, has been selected. FIG. **12** shows the page-push window **86**.

FIG. **13** depicts the general arrangement of functionality supporting the CSR desktop **80**. A central control block **90** comprises leg controller functionality **91**, and a session manager **92** for managing the sessions in which the CSR desktop **80** system is involved. When the leg controller functionality **91** receives a leg message inviting the CSR desktop system to join a session, it creates a corresponding leg controller in the alerting state and causes the session manager to create a new line in the call management window **82**. This line is emphasised in some manner (e.g. shown in red) to alert the CSR to the invitation (see sole line in the call-management window depicted in FIG. **14**). Upon the CSR accepting the call by selecting the line and clicking an accept button, an appropriate icon is added to the status field of the call line (see FIG. **15**) and the session manager **92** instantiates media clients **24** for the media types indicated in the media description of the session. These media clients then set up corresponding media channels to the session transport as already described. The state of the leg controller passes to 'connecting' during channel set up and then to 'established' once the channels have been set up.

For whichever session is currently selected (the currently selected session is highlighted in blue with only one call being in a selected state at one time), the session manager causes the media-type windows **85-88** to display the output of the corresponding media channels of the selected session. Each user interface function is disabled or enabled depending upon the status of the currently selected session to ensure that the user is only presented with the options relevant at any given moment; in particular, if a particular media type is not required for a selected session this is clearly indicated and the

24

relevant window controls disabled (see FIG. **16** that shows the text chat window **85** when not being used for a currently-selected session).

While dealing with one call, some new content may appear on the media channels associated with one of the other calls being handled by the CSR. When this occurs, an icon representing the media type of the new content is displayed in the call table's media column. This simple mechanism enables a CSR to concentrate on interacting in one session in the safe knowledge that they are not missing input from another customer. As soon as the media icon(s) appear, they can select that call and check what has happened, making a response as necessary (when a call is selected, all media icons are cleared from the call's display). Using this process, a skilled CSR should be able to handle a number of calls simultaneously.

When the customer or CSR drops the call, the call details do not disappear immediately. Instead, the call table entry remains (see second row in the call management window **82** shown in FIG. **17**) and, if the call is selected, the media-type windows can be used by the CSR to review the content generated when interacting with the customer. When the CSR is happy that they have captured all the information they need, the call can be removed from the call table and the media content is lost forever (unless archived).

Scripts

CSRs often have to deal with the same types of enquiries over and over again. To extract the most relevant information as efficiently and as quickly as possible, a CSR will often ask a series of predefined questions. These are commonly placed into written scripts which are either followed from top to bottom, or sampled as necessary. When using telephony this is sufficient. However, when presented with a medium of interaction such as text-based chat, the CSR is required to type repetitive phrases and questions in addition to the usual conversational pleasantries. The menu bar **95** in the FIG. **11** text-chat window **85** shows two scripts that are represented by pull-down menus **96**, **97**. The first menu **96** (labelled "General Phrases") contains commonly used phrases such as "Hi, how can I help you?", and so on. The second menu **97** (labelled "Hoovers") contains questions that are specific for the campaign related to the call, e.g. "Hoovers". As a CSR flicks from one call to another, the correct campaign script is automatically displayed in the text-chat GUI.

Similar pull-down menus **98**, **99** are also available in the page push window **86** (see FIG. **12**) and contain URLs in much the same way as browser provide a bookmark facility. These URLs are again ordered for general campaign-independent use (menu **98**) and campaign-specific relevance (menu **99**). Selecting one of these URLs will push the page to the session.

A CSR in using the script-enabled text chat and page push windows to show a customer around a product, for example, would say (type in the text chat window **85**) something or choose an entry from a script menu, and then select the appropriate URL from one of the menus **98**, **99** in the page-push window **86**. It is also possible to arrange for the selection of particular text-chat script entries to automatically cause a corresponding URL to be sent to the page push media client of both the CSR and customer.

The above-described use of predefined selections, as well as their linking together across media types, can be applied to all media clients, whereby a multimedia presentation is effectively scored by the selection of script items.

Languages

In addition to being assigned to one or more campaigns, a CSR may also be multi-lingual and capable of dealing with enquiries in multiple languages. The country and language

US 8,166,173 B2

**25**

(together making a "locale") of the party requesting contact with a CSR is captured with the other data about that party and is passed via the SMS and CSM to the CSR desktop as part of the inviting leg message from the session leg controller to the central control block **90** of the CSR desktop. If the CSR chooses to accept the web call, then this information is saved by the central manager **90**. Whenever the relevant session is chosen by the CSR, the session identity and locale is passed to the media channel user interfaces **85** to **88** to enable session-dependent portions of these interfaces to be adapted to the locale of the currently selected session on the basis of locale-dependent data **89** accessible to the interfaces. Thus, by way of example, in the case of the text chat window, the menu bar **95** will display script names and their contents in the appropriate language. Session-dependent parts include character sets, date/time conventions, scripts or other predefined content intended to be pulled in during the session, and so on. Those parts of the media channel user interfaces that are not session-dependent are always presented in the CSR desktop locale as is the call management component **82**. The CSR desktop locale can be selected to be either the chosen default locale of the call centre, or the CSR's native language.

Pre-defined, locale-dependent content, e.g. scripts, can be pulled in at run-time if the CSR desktop receives a session from a locale for which it does not have the appropriate session-dependent data. This allows the allocation of multi-lingual CSRs to change at runtime.

The initial capture the locale of the requesting party can be done in any appropriate manner. For example, where the requesting party initiates contact by clicking on a help button appearing on a web page on the enterprise server **64**, then the locale information can be associated with the button and passed to the SMS **67** for incorporation in the session context; if the website is split into language specific regions, then there is only need for one help button on a page, whereas if there are no specific regions in the site, then multiple help buttons can be provided, each one coded for a different locale. Of course, locale information could simply be captured along with other participant data as part of a form-based dialogue after the help button is pressed. Another way of obtaining locale information is for the SMS or CSM to use customer identity information to look up locale information for the customer in a customer profile database.

Whilst the locale information is described about as being passed to the CSR system at the time the latter is joined to a session, where the CSR is first into a session, the locale information of a subsequently joining customer could be passed to the CSR system at the time the customer joins. An alternative is to arrange for the session or service instance to supply the locale information only upon selection of a session by the CSR using the call management component **82**.

As well as benefiting CSRs in contact centres, the dynamic adaptation of interface elements to locale can be applied to the application of the web interaction system to situations such as moderating a virtual community or an online training class.

Call Operations

Control buttons **81** (see FIG. **17**) make available the following basic call-handling functions to a CSR:

Answer—(button **81**A) Accepts the selected call and connect to the session.

Decline—(button **81**B) Refuse the selected call such that another CSR will be selected to take it.

Drop—(button **81**C) Used when CSR has finished dealing with the customer.

Transfer to CSR—(button **81**D) Transfer the call to another specified CSR. If the receiving CSR accepts the call the

**26**

desktop waits until all the receiving desktop's media clients are connected before automatically disconnecting their own for that call.

Conference to CSR—(button **81**E) Sometimes, a CSR may wish to conference in another CSR, for example one with more knowledge on a certain matter. If the receiving CSR accepts the call, then the session is extended to include that CSR's media clients. As long as there is one CSR dealing with the call, the communication session will remain open.

Clicking a control button **81** results in the session manager **92** initiating the appropriate action, including the sending of leg messages to the CSM server **69** to notify the session instance **11** of a change of communication state of the CSR desktop system (for Answer, Decline, Drop actions), and the sending of messages to the service instance **26** to add/remove participants (Transfer/Conference actions).

Customer Desktop

The customer endpoint system **60** provides a customer desktop interface for interfacing the customer with the service being provided by the web interaction system. The following description of the customer desktop relates to the specific case of a desktop configured for customer-CSR interaction and it will be appreciated that for other service scenarios the precise details of the desktop will vary to suit the service.

The customer desktop typically proceeds through the following connection states that are reported to the communication session manager in leg messages:

an initial state entered on launching of the desktop and ending when an invitation is received and accepted from a session;

a connecting state between acceptance of the invitation and when the appropriate media clients have been set up and media channels established to the session transport;

an established state made up of a routing sub-state lasting whilst a CSR is being found and invited into the session, and a conversing sub-state lasting whilst the customer and CSR are both connected to the session (the leg messages only report the established state and not its sub-states);

a disconnecting state, and

a final state.

The CSR may transfer the call to another CSR. If this happens the customer desktop is informed and the customer informed so that they do no anticipate any further interaction until the call has been successfully transferred.

As with the CSR desktop, the customer desktop preserves the relevant media content, e.g. the chat transcript, after a call has terminated so the customer can review the information they gathered after the CSR has disconnected.

The Customer Desktop is composed of two layers: one providing service-level logic and functionality (the service interface **29** of FIG. **3**), the other implementing the media clients with their graphical user interface. Two functionally similar embodiments of the customer desktop are described below, namely:

an applet-based customer desktop ("ACD") implemented, for example, using Java applet technology; the ACD requires downloading to the customer endpoint system and carries out media channel processing on the customer desktops; and

a proxy-using customer desktop (the "Lite" customer desktop, LCD because no download or extensive processing is required on the client side, the processing being done in a proxy provided in the SMS **67**).

US 8,166,173 B2

27

Applet Customer Desktop (ACD)

The general functional structure of the ACD is shown in FIG. **18** and, as can be seen comprises a web browser **100** in which standard HTML pages (with embedded JavaScript) provided by the SMS **67** provide the service interface **29**, whilst the browser's Java Virtual Machine **102** runs a downloaded applet **103** to offer a richer interface to the web interaction system.

The ACD is launched when the SMS **67** serves an HTML page containing the applet to be opened in the customer's web browser (this is normally done after initial information has been collected, using HTML forms, by the service front end running on the SMS **67**). The parameters for the HTML applet tag specify session information needed to initialise the desktop and connect to the session leg controller (on CSM **69**) and the session transport TCGC server **70**, these parameters typically including:

Customer identifier.

Nickname (from the form filled in by the customer prior to desktop launch).

Language the customer requested to receive service in.

Address of the communication session associated with the call.

The response to be given when challenged by the TCGC upon joining the session.

The media description for the given session.

The first action performed by the applet **103** is to interpret the media description and create a media client **24** for every media type contained therein. All the media clients **24** are connected, via transport layer **106**, to the session transport at the given address and use the given response when challenged. At the same time, a single CSM client **105** is created and a connection with the CSM established, via the session transport **15**, for the passing of leg messages to communicate connection state information to the session instance **11**. As already indicated, the transport layer **106** preferably implements a firewall-crossing protocol.

The ACD's user interface is initialised so that input and output are suitable for the specified language and media GUIs created for the respective media clients. In this way, the user interface only contains those GUI elements that are strictly necessary for a given call.

The ACD uses an interface defined in Javascript to perform operations on and reflect certain events into the HTML document containing the applet. These events can be used for synchronising web content with the desktop. Just as the applet uses Javascript to access the HTML document, so Javascript can be used by the document to access the external interface of the ACD, e.g. get the current state of the desktop. For example, where a page-push media client is instantiated, this can cause the opening of a browser window to be used to displaying the pages pushed by the page push media client. Upon receipt of a new URL from the page push channel, the page push media client invokes a Javascript method to display the URL in the page push window.

Lite Customer Desktop (LCD)

The general arrangement of the LCD and associated proxy is shown in FIG. **19**. The LCD uses HTML and Javascript in the web browser **100** and locates the media-client and leg-controller functionality **24**, **105** in the SMS **67** (again, this functionality can be implemented using Java code **108** running in JVM **109**). When the LCD is launched (done by the SMS **67** serving the appropriate HTML pages to the customer system **60**), a desktop proxy process **109** is created in the SMS that connects to the TCGC **70** to set up the required media channels and interacts with the session leg controller on the CSM **69**. The LCD forwards any user input, e.g. chat mes-

28

sage, page to push, etc., to the proxy **109** and polls it using an HTTP request for client updates, e.g. change in desktop state, new chat messages, page to display, etc.

Whilst the media clients for the LCD are located at the SMS, the media channels effectively extend to the customer desktop itself.

Further Interaction Scenarios

FIG. **8** depicted the main operations involved in setting up a 1:1 session between a customer and CSR using the FIG. **7** web interaction system. The FIG. **7** system is capable of handling significantly more complicated scenarios as will be described below, this being possible due to the flexibility offered by the combination of the generic, service-independent, functionality of the communication session, and the service instances that define service behaviour in terms of simple leg algebra executed through the basic operations provided by the communication session.

Customer: CSR scenario—Transfer and Conference.

For conference, a new CSR is added to the session. An existing CSR in a session uses desktop button **81**E to activate functionality enabling the existing CSR to specify the characteristics of the CSR it is desired should join the current session. This information is then sent to the session service instance at the CSM **69** (for example, carried in leg messages that indicate the information is for the service instance). The service instance contacts the contact center manager system **72** to determine which CSR to invite into the session. The identified CSR is then invited into the session in the normal way using either the "Add" operation of the session or a special "Conference" tailored for such situations. An alternative approach is to have the CSR desktop system first contact the contact center management system itself to get the identity of the CSR to be invited into the session, and then to arrange for the CSR system to be able to initiate the session conference operation itself.

For transfer, the initial steps are the same as conference (but with desktop button **81**D being used so as to enable a transfer request to be distinguished from a conference request). However, upon a new CSR being identified, the "Transfer" operation of the communication session is used to invite the new CSR into the session, the existing CSR being disconnected by the session upon receiving a leg message from the new CSR desktop indicating that the latter is in the established state.

Customer: CSR scenario—Deferred Rendezvous.

In a number of situations it is desirable to be able to establish a session, at some later time, between a CSR and a customer who has been browsing the enterprise web. For example, for various reasons (such as contact center congestion, customer preference, or to avoid the customer paying for the call), the customer may be given or may specify a time when the contact center is to call back by telephone and a customer:CSR session established. This is the Deferred Callback Service with web rendezvous, previously mentioned.

So far as the customer is concerned, joining the session should be accomplished with minimum customer input and in a secure manner. To this end, the service is implemented as will now be described with reference to FIG. **20** in which the main steps are referenced by numbers in square brackets.

[1] When the customer is browsing the Web and requests help, if the customer selects the deferred callback option from the Help web page, a further web page is served by the SMS **67** for the customer to enter his or her telephone number, the callback delay, and other items of information. This form is then submitted back to the SMS.

[2] The details are extracted from this form and used as the initiation context for creation of a new session and corre-

US 8,166,173 B2

29

sponding deferred-rendezvous service instance in the same general manner already described above with reference to FIG. **6**.

[3] At this time, the service instance does not seek to populate the session but, instead, returns a secret identifier to the SMS that uniquely identifies the service-instance/session. The customer information is stored with the session. Preferably, the session does not initiate the creation of a session transport at this time (this can be achieved by designing the generic session such that it only requests session transport creation after the receipt of the first Add operation request from the corresponding service instance).

[4] The customer is then returned an HTML page by the SMS **67**; in essence, this page instructs the session "Go to this "rendezvous" page, bookmark the page, and when you receive your callback telephone call, go to the bookmarked page". Assuming that the customer follows the instructions, the customer then goes to the rendezvous page and bookmarks it (that is, stores the URL—or more generically—the URI of the rendezvous page as indicated by bookmark **111**). Loading the rendezvous page (which is served by the SMS) causes a "cookie" to be set on the customer's machine in respect of the rendezvous page. As is well known to persons skilled in the art, a "cookie" permits name/value pairs to be encoded in an HTTP response header sent from a Web server to a Web browser, and the browser will normally (this capability can be turned off) store these values in a file for a period of time specified in the cookie; during this period, any request for the page in respect of the which the cookie was created will result in the cookie being returned to the server in the HTTP page request message. In the present case, the cookie includes the secret session identifier passed to the SMS by the deferred-rendezvous service instance. This happens transparently to the customer though the identifier could also/ alternatively be explicitly displayed (or otherwise presented) to the customer.

[5] The service instance **26** also places the deferred rendezvous request in a list **110** of pending callback requests, the request entry in the list including the session identifier and desired callback time. This list is periodically scanned by a rendezvous monitor daemon running on the CSM as indicated by arrow **112**.

[6] When the rendezvous monitor recognises that it is time to initiate callback, it notifies the corresponding service instance.

[7] The service instance **26** now uses the services of the contact center management system **72** to identify an appropriate CSR having regard to the details previously elicited from the customer (deferred rendezvous contacts will generally be given priority over normal customer assistance requests).

[8] The service instance then causes the session **11** to invite the identified CSR into the session (thereby triggering creation of the session transport). The CSR accepts, fully joining the session and connecting to the session transport.

[9] The service instance then uses the standard functionality of the contact center management system **72** to place an outbound telephone call to the customer at the telephone number previously provided by the customer and stored with the session.

At the contact center, the call is routed to the selected CSR.

[10] When the phone rings, the customer goes to the previously bookmarked rendezvous web page which results in the cookie stored on the customer's machine being returned to the SMS (it may be noted that by appropriately setting a parameter in the HTTP header in the Response

30

message that previously served the rendezvous page, it is possible to ensure that the page is re-loaded from the SMS rather than retrieved from a local cache on the customer's machine).

[11] Either immediately, or after the customer has clicked a connect button on the rendezvous page, a script on the SMS extracts the secret session identifier from the returned cookie and informs the corresponding service instance that the customer has made contact.

[12] The service instance then proceeds to join the customer to the session in the manner already described (c.f. arrow **51** in FIG. **6**) with appropriate media interfaces being created on the customer's desktop and connected to the session transport.

On joining the session, the customer finds that a CSR is already there, ready to assist.

It will be appreciated that the deferred rendezvous service is not dependent on the customer actually picking up the callback telephone call or, indeed, on the callback telephone call being made at all (though it is often convenient for the customer and CSR if such a call is made as a trigger for the rendezvous). Thus, the customer could simply be required to return to the rendezvous page at a particular time in order to be connected to the session, the CSR either being already present or invited upon the customer joining the session.

Security is provided by the use of a secret identifier to link the party making the renewed contact with the previously captured customer details. Additional security can be provided by giving the identifier a limited period of validity such as a 15 minute window either side of the allotted rendezvous time.

It will also be appreciated that a number of variations are possible in the implementation of the above-described deferred rendezvous service. For example, the creation of a service and session instance could be deferred until the customer returns to the rendezvous page provided that provision is made for storing the customer information between the initial contact and the customer's return and for linking the secret identifier with this information. Also in this case, the secret identifier would need to be generated, for example, by one of the service front-end pages running on the SMS rather than by the service instance.

As already noted, the secret session identifier could be explicitly declared to the customer in which case the customer could be made responsible for going to the rendezvous page (not necessarily previously bookmarked) and entering the identifier into a form presented on that page, submission of the form then having the same effect as clicking on the "connect" button in the earlier described implementation of the deferred rendezvous service. Although such an arrangement has the advantage that it is not dependent on the customer being willing to accept cookies (as was the case for step [4] of FIG. **20**), it is not very convenient for the customer. A further alternative is to include the session identifier in the query string of the rendezvous page URL so that bookmarking of the page also stores the session identifier and subsequent recall of the bookmarked page will result it the session identifier being returned to the server in the request URL query string. To achieve this, after the customer has submitted the context form, the customer is returned an intermediate page that includes a link to the rendezvous page, the link URL having a query string incorporating the session identifier.

In another variant, the CSR is specifically identified at the time the deferred rendezvous is set up (for example, the customer may have been allotted a particular CSR for handling their enquiries in which case the identity of this CSR is collected as part of the initial context information—indeed,

US 8,166,173 B2

**31**

the timing of the deferred rendezvous could be set in dependence of the availability of the identified CSR). In this case, step [**7**] of the above process can be by-passed. Furthermore, since the data identifying the CSR is short, it could be stored in the cookie (or query string) held at the customer system rather than in the context data held at the service system.

The method described in the foregoing paragraph of establishing a future communication session with a particular CSR can also be used to effectively continue, at a future time, a current session between a CSR and a customer; in this case, the customer, when requesting the future session using a request form brought up by clicking a special button displayed on their desktop, does not need to input the identity of the CSR, this identity being automatically included by the CMS **69** in the context data for the follow-up session (or included in the customer cookie). The context data for the follow-up session can include other relevant context data from the current session and also the identity of any transcription Bot (see below) that may have been joined to the session whereby upon the parties joining the follow-up session, the last content items recorded by the transcription Bot can be brought up in the media channel interfaces.

Customer: CSR scenario—Extending a Telephone Session by Web Rendezvous

Since the current dominant method for a customer to contact an enterprise for help is to dial an 800 number, it would be useful to be able to add in web interaction to an existing telephone interaction between a customer and CSR. The following service, described with reference to FIG. **21**, provides this facility.

[1] When the customer makes a telephone call to a contact center, a CSR is allocated to the call by the management system according to any appropriate set of criteria.

[2] As the CSR converses with the customer over the telephone, they agree that it would be useful to supplement the telephone channel by adding a web based communication for page push or chat. At this point the CSR clicks on a "Rendezvous" button on the CSR desktop which returns a session name (handle) and a password for the CSR to give to the customer (the session name concerns a session yet to be established and is not an identifier of an existing session). In the preferred embodiment of the service, the session name is simply the CSR's local name. The session password is generated dynamically by the CSM **69** as a one-time ticket in response to a request received from the CSR desktop as a result of the clicking of the Rendezvous button. This request also includes the aforesaid session name, and the session-name:password pair are stored on the CSM in a list **115** associated with the generic server. The password takes the form of a short string of digits which can be read out to the customer over the telephone.

[3] Using the telephone channel, the CSR now instructs the customer to go a Rendezvous page associated with the service (this page being one served by the SMS **67**) and enter the session name and password into an HTML form.

[4] When the form is submitted the two pieces of information (session name, password) are extracted by a script running on the SMS and passed to a newly created service-specific session-initiation instance running on CSM **69**. The session initiation instance checks the session name and password against the stored list **115** of such pairings, and if this check is passed, the session initiation instance uses the session routing function to create a new session and corresponding service instance to which it hands over control.

[5] The customer is then invited to join the session in the manner already described above (c.f arrow **51** in FIG. **6**).

**32**

[6] At the same time the CSR is also invited to join the session. The CSR is known to the service instance because this is one of the pieces of information returned by the customer (as the session name) to the SMS and passed, via the session initiation instance, to the service instance **26**. Of course, there will generally be a step of mapping the CSR name as provided in the returned session name, to the operative identity of the CSR's system (this identity could be stored in the list of sessionname:password pairings, the identity being provided by the CSR system when initially contacting the CSM for the password).

As can be seen, the session is set up as per a normal session except (a) it is the CSR, rather than the customer, that initiates the process by clicking on the rendezvous button; and (b) the CSR invited into the session is the CSR that the customer is already talking with, there being no need for the normal CSR selection procedure.

It is possible also to create the communication session earlier in the process (for example, when the session name and password are generated) and add the CSR to it in the expectation that the customer will join the session—indeed, this can be done even before the customer indicates a desire to communicate via a web channel. In this case the session name is more truly that, that is, an identifier of the session rather than of the CSR (though, of course, identifying the session also indirectly identifies the CSR).

In step [**3**] the session name and password need not be verbally passed to the customer (though this is generally the simplest way of proceeding); for example, using an acoustic coupler between the customer's telephone and the customer's endpoint computer system, the session name and password could be send as a binary signal using tone signaling or other appropriate method for transmitting data over a phone line.

The use of a password is desirable but not essential, though if no separate password is provided, the session name preferably includes a one-time component of limited validity that is checked by the CMS before connecting the customer into a session with the CSR.

Shop with Friends—Basic Scenario

The FIG. **7** system can also be used to run services that are not centered around contact with a CSR, including a "Shop with Friends" service such as previously described with reference to FIG. **4**. The multiparty, multimedia, sessions available using the described web interaction system are well suited to provide such a service, with the page-push media GUIs **86**,**87** enabling the group of friends to browse web pages together and the text chat GUI **85** (or other media channel interface such as an audio interface) enabling the friends to exchange comments. A major characteristic of the "Shop with Friends" service is how the parties are brought together in the same session, that is, how a rendezvous is achieved. This is done as follows (see FIG. **22**).

[1] One person in the group ("the leader") selects the "Shop with Friends" option on a web page on the enterprise server **64**. This results in service-specific pages being served from the SMS **67** to capture basic context details.

[2] A new session and associated service instance are created by the CSM **69** and a session transport established, all in the same general manner as previously described.

[3] The leader is then joined to the session.

[4] During the session setup a secret session identifier in the form of session name/password text strings is created, either by the service-specific web pages served by SMS **67** or by the service instance **26** itself. The secret identifier is stored, for example, on CSM **769** in a list **120** for such identifiers, and also communicated to the group leader.

33

34

[5] The leader now communicates the secret identifier to all the other group members in any suitable manner, for example by e-mail, by an instant messaging service, by telephone, or by using a pre-arranged group page (password) where group members can meet and swap information using simpler tools.

[6] When a group member receives the secret identifier, he or she goes to a specific web page hosted by the Session Mediation Server and submits the secret identifier (session name and password).

[7] The submitted session identifier is checked against the stored secret identifiers and if a match is found, the corresponding service instance (identified through the session name included in the secret identifier, possibly with a level of indirection) is informed.

[8] The group member is then invited into the session in the manner already described, resulting in the loading of the customer desktop and joining of the session.

Joined members then use follow-me page push to view the same WWW pages, and media channels to interact.
Shop with Friends—Inviting a CSR into a Group Browsing Session

A group of friends is browsing the Web together and interacting as described previously for the Shop with Friends scenario. They decide they want to invite a CSR into the session to provide advice. To this end, the customer desktop for this service is provided with an "invite CSR" button **122** (the customer desktops are provided by the SMS and specific desktops can be served for specific services). Any member of the group can press the "invite CSR" button at any time.

When the button is pressed (step [**1**] in FIG. **23**), an HTML request is sent to the SMS and contains the secret session identifier for the session, along with additional context about the page currently being browsed, etc. The "Invite CSR" request plus context is passed to the service instance **26** which contacts the contact center management system **72** (step [**2**]) to identify an available CSR appropriate to participate in the group session. The CSR is then invited to join the existing session in the normal way as described elsewhere (step [**3**]).

The same mechanism can be used to invite a helper Bot (see below) into the session or any other assistant entity such as a background music assistant for playing background music to participants in the session.
Shop with Friends—Follow-up Sessions

A group of friends is browsing the Web together and interacting as described previously for the Shop with Friends scenario. They decide they want to meet up again later to continue browsing together. To this end, one of the group selects a "future rendezvous" option from a drop-down menu in the page push window **86**, thereby moving the group to a future rendezvous set-up form page in browser window **87**. This page enables one of the group to enter details of a desired future group rendezvous and submit the details (for example, in a URL query string). The submitted details are processed by a server-side script and the future rendezvous time is confirmed back first to the submitter in a future-rendezvous meeting-point page; at the same time, a cookie is passed to the submitter including a session identifier for the future session (already created or for which details have been stored at the service system). This process is closely similar to steps [**1**] and [**2**] of the FIG. **20** deferred-rendezvous process. The other members of the group are then also passed the future-rendezvous meeting-point page and associated cookie as a result of the URL of this page being pushed to them by the page-push mechanism of the submitter. The pushed URL includes (as a query string parameter) an identifier that enables a server-side script associated with the meeting-point page to recognise

that it is being asked to return the intended meeting time for a particular session and to set a cookie with the session identifier.

The group members now each bookmark (set as a favourite) the meeting-point page (as per step [**4**] of the FIG. **20** process). Some or all of the group members may now leave the group session.

Subsequently, at the agreed time, some or all of the group members meet up again in a new session by going to the book-marked meeting-point page resulting in the cookie stored for this page being sent to the service system along with the page request. The group members then connect up to the session identified in the cookie in the same way as already described for steps [**10**]-[**12**] of the FIG. **20** process.

Of course, it would be possible to retain the initial session identifier for re-use as the identifier for the follow-up session. However, it is preferable change the session identity each time for security reasons.

Where the session identity is changed between sessions, it may nevertheless be desirable to provide a chain of session identifiers that can be followed to enable a group member who misses a group meeting to catch up with the latest session. Thus, if a group meets regularly each day, if a member misses a day and therefore does not have a cookie with the session identity for the following day, then by linking the session identifier of the missed day to that for the following day, the member can still connect to the following day's session using the cookie-carried session identifier for the missed day.

The context data for the follow-up session can include relevant context data from the current session and also the identity of any transcription Bot (see below) that may have been joined to the session whereby upon the parties joining the follow-up session, the last content items recorded by the transcription Bot can be brought up in the media channel interfaces.
Page as Place—Basic Scenario

The FIG. **7** system can also provide a "Page as Place" service such as described above with reference to FIG. **5**. By way of example, the Page as Place service may be offered for a group of related web pages (such as a store guide), these pages being hosted, in the simplest case, on SMS **67** and each having a respective associated session to which parties landing on the page are automatically invited. When a party first loads one of these pages, they can be asked a few details about themselves using web form pages loaded from the SMS, this information being at least temporarily stored for use when joining each new page session (this step is optional). The party is then invited to join the session associated with the page first landed on and is provided with the customer desktop to enable that party to interact with other parties already present in the session (if any). The page session can be maintained even when there are no participants present or destroyed immediately no participant is present or after a delay (this 'no-participant' behavior is determined by the service instance associated with the session); where no session exists when a new party arrives on the web page, a session and corresponding service instance are created in the usual manner.

Each time a party moves from one page to another, the party is removed from the session associated with the old page (this can be triggered, for example, by using a JavaScript client-side JavaScript function in the old page that is triggered by the page unload event to notify the SMS) and added to the session associated with the new page (as a result of a server-side script in the new page served by the SMS). In one implementation, the customer desktop is reloaded each time a

35
36

session is joined, this being part of the standard implied invitation procedure described above. However, this continual re-writing of the customer desktop is not desirable and it is preferred that after the first serving of the customer desktop, the change to a different page providing the Page as Place service simply causes:

the customer desktop to destroy the leg controller associated with the previous page, and

the SMS, in inviting the party to join the session associated with the new page, to serve only that information necessary to cause the creation of a new leg controller for contacting the corresponding leg controller of the session concerned.

As a result, the media GUIs are retained as the party moves between pages and the corresponding "Page as Place" sessions.

The customer desktop for the Page as Place service is preferably configured to provide an overview of who else is currently browsing the same page. One way of providing this information to the customer desktop is to arrange for the service instance to notify the desktop of each session participant whenever a party joins or leaves the session. This can be done, for example, by having the service instance use a dedicated media channel to which the desktops have connected (it being possible for the service instance to use the channel because it has access to the session which knows the address of the session transport). An alternative is to have the SMS serve pages with current group member details to a special browser window of the desktop (the desktop periodically-requesting the latest page).

The "Page as Place" pages can be hosted on the enterprise server 64 rather than the SMS 67 provided that the SMS is notified when a page is loaded by a customer. This can be readily achieved by incorporating a compact graphical element in the page, this element needing to be fetched from the SMS. Retrieving the element from the SMS results in the running of a script on the SMS which extracts the referrer URL (i.e. the page identity) from the HTTP request header and notifies the CSM that a new person has entered that page.

Page as Place—CSR Alerted to Valuable Customer

This is a service provided by the web interaction service system to CSRs (and similar privileged parties) to automatically recognize visitors to a Web site that are of potential interest in the context concerned. This can be expressed as a service for notifying a CSR (or other privileged party) when an event or combination of events becomes true on a Web page hosted by an enterprise server. Typically, the triggering event/event combination would be the viewing of a particular page by a preferred customer. As an example, a site selling cars might place triggers on pages for high-ticket item cars (anyone viewing such a page being de facto a preferred customer). Another example is that of a site with a customer profile database where a CSR is to be notified whenever a "gold" customer enters the site.

This alerting service is provided by using the 'Page as Place' service in conjunction with customer data (extracted, for example, from a customer profile database). More particularly, customers who have had previous transactions with the enterprise are allocated a customer identifier in the form of a cookie. The cookie is returned to the web server when the customer returns to the enterprise site, and the customer identifier is extracted from the cookie and used to access a database to obtain data about the customer. In this way, it is possible to compile a table of customer and page data each time a page is accessed, the table be updated as customers load and unload pages (the latter event being detected using a Javascript "onUnload" function when the customer leaves the page). The table can be continuously scanned to ascertain when particular alert trigger conditions are met.

A more detailed example will now be given with reference to FIG. 24. Suppose a CSR associated with an automobile sale website wants to be notified whenever a 'gold' customer (as specified in the customer profile of the business running the website) views a web page 124 showing a particular model of automobile. This page is set up as a 'Page as Place' web page with the basic behavior described above. The web interaction service system is provided with an alert system 125 into which CSRs can set alert triggers 126 each including a set of criteria defining a trigger condition (typically, page identity and customer attribute or attributes) and the identity of the CSR to whom the alert is to be sent when the trigger criteria are met. The alert system also includes a real time database 127 for tracking for each page being monitored, the customers currently viewing the page and selected details about them. A process 128 scans the database entries and seeks to find matches with the current set of triggers 126; if a match is found, the indicated CSR is notified. The alert system 125 can be implemented in any suitable manner—for example, the system could be run on the SMS and provide a web-based interface to the CSRs, enabling them to add/edit/delete triggers 126 and receive alert notifications.

A typical sequence of events is as follows:

[1] The CSR enters the trigger criteria to be met (in this case, 'gold' customers viewing page 124).

[2] A 'gold' customer lands on page 124 resulting in the page ID and the customer's related cookie being passed to the SMS where the customer's identity is extracted and passed with other context data to the CSM 69

[3] A session initiation instance associated with the page and customer then accesses customer profile database 39 to extract customer data (including 'gold' status); the accessing of database 39 can alternatively be done by the SMS 67.

[4] The session initiation instance routes the customer to the appropriate page service instance and the customer is added to the associated session in the manner previously described.

[5] Upon the session and its associated service being notified that the customer has successfully joined the session and session transport, the service instance notifies the real time database that the identified customer with particular attributes (in this case, including 'gold' status) has joined the session for page 124 (identified by an appropriate attribute such as its URL, page title, etc.). A corresponding entry is made in the database, this entry preferably being scanned by process 128 at this time for a match with any of the alert triggers 126. Alternatively, the process 128 scans the new entry as part of a periodic scanning of the triggers currently in the database. Upon a trigger being matched, the process 128 notifies the CSR concerned and also marks the database entry with the fact that this CSR has been notified (in order to avoid repeat notifications on the same trigger).

[6] The CSR, on receiving the notification from the alert system, decides to join the session concerned and sends a join request to the associated service instance (the session identity is passed to the CSR as part of the notification). The join request can be passed via the SMS or via a CSM message interface that gives CSRs a more direct access to the service instances. The service instance then initiates the joining of the CSR to the session after which the CSR can communicate with the customer using the established media channels.

37

38

Rather than joining the customer in the page session, the CSR may choose an alternative communication method (such as e-mail or postal post) or decide to take no action.

A trigger can relate to a combination of entries—thus, for example, the CSR in the above example may only want to be notified when at least three 'gold' customers are present on page 124. The process can check for this as each new entry is added to the database 127 or may be arranged to periodically scan the database in respect of "combination" triggers. Periodic scanning of the database also enables time-dependent criteria to be checked—for example, a CSR may only want to be notified of 'gold' customers joining page 124 after a certain time of day, or may only want to be notified if a 'gold' customer dwells on page 124 for more than two minutes (in this case, the database entry is time-stamped on being added to the database 127 so as to permit dwell time to be calculated).

Whilst in the above example an entry was only made in database 127 once the customer had connected to the page session, the updating of database 127 can be effected at an earlier stage in the process—for example, where the SMS is responsible for accessing customer profile database 39, it can also be made responsible for updating the database 127 at the same time as passing context information to the CSM.

The alert system is most likely to be useful in situations where customer information is available; however, this information need not necessarily be obtained from a customer profile database but could be obtained directly from the customer as part of a context data collection process carried out when the customer first lands on page 124. In the latter case, the use of a cookie is not essential; alternatively, a cookie could be used to store the required customer data, though this is not preferred for privacy reasons.

Whilst the alert system is capable of handling complex trigger conditions, it can also be used for very simple triggers such as informing a CSR whenever any customer joins a particular page; however, this may not be particularly useful use of a CSR's time.

Page as Place—CSR Overviews and Can Join

In many situations it will be useful for a CSR or CSR supervisor to be able to have an overview of all ongoing sessions associated with pages, and to be able to join a session. This can be achieved using the same type of real-time session/customer database 127 as described above with reference to FIG. 24.

More particularly, a sessions overview subsystem 150 (see FIG. 25) is provided with a real time database 127 of substantially the same form as described above and updated by adding and removing entries, again as already described. The overview sub-system is, in the present example, provided as part of the SMS 67 and includes functionality 151 (typically server-side scripts) for dynamically generating web pages in dependence on the current content of database 127. In particular, functionality 151 is operative, on request, to generate a web page listing current page sessions and their associated participants. A CSR uses the overview sub-system as follows:

[1] CSR requests the session-overview web page using the CSR desktop browser; overview sub-system returns the overview page for viewing by the CSR.

[2] The CSR decides to join one of the listed sessions and clicks on the session concerned. This results in an identifier of the session being passed via the SMS to the CSM together with an identifier of the CSR.

[3] The CSR is then joined to the indicated session in the normal way.

By arranging for the session identifier to be passed to the CSR desktop from the overview subsystem, the join request to the CSM can be made by the CSR's system rather than by the overview sub-system.

Virtual Representatives & Bots

A real, human, CSR interacts in a communication session using a desktop GUI application which provides media GUIs for each media type. In the CSR desktop described above with reference to FIGS. 9 to 17, the media GUIs and the overall session control and interaction logic, are divided into two parts, often called "model/view" or "semantic/presentation", according to principles well understood by persons skilled in the art. This split divides a GUI application into a part that contains the core logic and data (the 'model'; elements 24 and 90 in FIG. 13), and a part that presents this to the user (the 'view'; elements 82 and 85 to 88 in FIG. 13). By splitting the application into two parts in this way, and by using standard techniques such as object-oriented programming (e.g. Java Beans), it is possible for a software automaton to interact with a session (and its associated service instance and session transport) in exactly the same way as a human being, with the difference that a human being interacts via the view components, and the automaton interacts directly via the underlying model components.

To give one example, suppose the chat media type component receives a "new chat text" event, and delivers a line of text chat to be displayed. For a human being this text would be passed to the view component for display in the chat window, while for an automaton the text would be passed directly to the automaton (and, in particular, into a natural language parser of the automaton).

As a result, an automaton can be set up to do anything in a communication session that a human being can do. Below are described several bots arranged to interact with the web interaction service system to carry out useful tasks. Several of these Bots make use of a "stealth" feature enabling them to join and be present in a session without the other session participants being aware of this. More particularly, where the joining of a participant would normally be communicated to the other participants, the silent joining of a Bot can be achieved by providing a stealth attribute for each participant which the session (or its associated service instance) examines before announcing the arrival of the new participant to the other participants; if the attribute is set 'true', no joining announcement is made and, optionally, the session transport can be instructed not to transmit on any output from the participant in the stealth mode. The stealth attribute can be set 'true' by a joining participant, though this ability is preferably restricted to privileged entities (generally Bots but potentially also human CSR supervisors, etc). At any time the privileged entity may decide to set the stealth attribute to "false", thereby removing the stealth measures (such as blocking of outward transmissions) for the participant concerned and, optionally, also announcing the presence of the previously-hidden participant as if the latter had only just joined the session.

Multi-Channel Personalised Marketing Bot

This Bot is applicable, for example, to the customer: contact-center scenario where a customer is waiting to either initiate or resume communication with a CSR.

Consider the situation of the customer having requested contact with a CSR and having been invited into and joined a new communication session (i.e step [6] of FIG. 8 has been completed). The customer is now left waiting for a CSR to be allocated and joined to the session (steps [7], [8] and [9] of FIG. 8). This may take some time and the customer may therefore be given feedback about how long it will take for a CSR to answer their call (for example, either via an existing

US 8,166,173 B2

39

media channel or by returning an HTML page to a customer browser window when polled by the Customer Desktop). However, more efficient use of that wait time can be made by presenting the customer with content of potential interest to them.

To this end, upon the customer joining the session and a CSR allocation request being sent by the session service instance to the contact center management system, the service instance invites a special Marketing Bot to join the communication session for either interactive or non-interactive content presentation to the customer, pending a CSR joining the session. The Bot selects content for presentation and sends it to the customer desktop using a media channel present in the current session. Upon receipt of this content, the customer desktop displays it in the most appropriate manner. The content may be a reference (e.g. URL) to the information to be displayed or the data itself.

The Bot is a software component that has the same basic functions as the CSR desktop and uses the same session and transport interfaces as the CSR desktop to interact with the session and exchange media content with the customer, the latter being done using the same media channels as are to be used subsequently by the allocated CSR desktop. All the media clients in the customer desktop are exposed in this way to the Bot. Thus, anything a CSR can do with a customer, the Marketing Bot can also do

FIG. 26 illustrates the general structure of the Marketing Bot 129 against that of the Customer Desktop, the components of the latter being given the same reference numerals as in FIG. 18 Customer Desktop (since the Customer Desktop in FIG. 25 is of substantially the same form as described with reference to FIG. 18, the Customer Desktop shown in FIG. 25 will not be further described). The Marketing Bot 129 joins the session using its communication session client 130 and leg controller 20 (the latter having been instantiated, as in the CSR Desktop, by leg initiator functionality, not shown, in response to the join invitation from the session 11). For each media type supported by the customer's desktop for the current session, there is a media content handler 132 responsible for media of that type (the Bot 129 knows which media types are being used in the session, and therefore what handlers to instantiate, because it has been passed the media description when it was invited to the session). Each media handler 132 is connected to the corresponding media channel of the session transport 15 using the session transport functionality 131 of the Bot. In the present example, four representative content handlers 132 are shown, for audio, video, chat and 3D content. Each media handler is responsible for accessing media of the corresponding type from a content repository 133 (typically, a collection of media files on hard disk.).

A script interpreter 134 is provided for running scripts 135 for use, for example, in effecting content selection and controlling the media handlers 132 to present the selected content to the customer via the appropriate media channel (amongst those available); scripts 134 can also be used to manage customer interactions where content presentation is done interactively. When the Bot first joins the session, a manager script is run in order to effect initial content selection; this selection is done on the basis of the available information about the customer (see arrow 136 and the further description below). The manager script may also control subsequent content updates. However, where the content presentation is interactive, control is likely to pass to the element currently called upon to present content to the customer (this element may be script or a helper application 137 such as a Bot with an associated knowledge base for anwering specific types of queries).

40

As already indicated, content presentation can be done non-interactively or interactively. If non-interactive content presentation is used, then the content is preferably periodically updated, not only to enable a range of information to be presented to the customer, but also to reassure the customer that their machine has not been disconnected from the call centre. Alternatively, the content may invite the customer to interact with it, e.g. conversing with a bot (effectively a subbot used by the Marketing Bot), reviewing a product presentation, etc., providing a more involving experience and reducing the likelihood that the customer will abandon the call. Customer input can be passed to the Marketing Bot either over a relevant media channel or via a special control channel, the input being detected by appropriate functionality associated with the channel concerned. In either case, the customer input can be used to control the content delivered over one channel or over all channels (in this latter case, the input will generally be passed to a controlling script running in the script interpreter).

The media channel that is used and the way in which the content is displayed on the customer desktop is completely open. If the content is a URL then it may be displayed in an existing window on the customer desktop, e.g. the page push window, or a new window might be opened to display the content (and any subsequent updates). If the content is being presented for interactive use, then either the chat channel could be used and the existing chat user interface leveraged or a separate window opened for the new content which may also be distributed on a dedicated channel. Indeed, content may be transmitted on multiple channels simultaneously, e.g. a text description of the accompanying a 3D product visualisation.

As regards the selection of content for presentation to the user, this is preferably done of the basis of the available information about the customer (such as the customer's interests). This available information includes the initiation context for the session which will already contain some information about the customer and the subject in which the customer is currently interested. Additional information may be available from a personal profile associated with the customer (held, for example, in database 39 shown in FIGS. 6 and 7), the profile having been constructed from previous interactions with the call centre and/or provided by the customer through use of a form. The "wake" of the customer showing the progress of the customer through the website pages may also be available from a wake repository. Financial data (e.g credit limit, spend pattern) may be obtainable from an enterprise customer accounting system.

Once a CSR joins the session, the content presented by the Bot 129 is removed from the customer desktop; this can be automatically in response to the session Connected event reporting joining of the CSR, or can be done in response to an erase input from the CSR or customer. This explicit erase alternative enables the customer first to question the CSR about the content presented by the Bot 129 should the customer so wish. To facilitate this, as the CSR desktop connects to each media channel, it is preferably delivered the last content item passed along that channel to the customer. This can be achieved by using a transcript Bot that is joined to the session at the same time as the marketing Bot. The transcript Bot is similar in form to the Marketing Bot except that the functionality overlying the media handlers 142 is record (and playback) functionality for each channel. The transcript serves to record the media content delivered through each channel either for offline analysis, or for playback down the channels to one or more selected participants. In the present case, upon the service instance receiving notification that the

US 8,166,173 B2

41

CSR desktop has connected to the session transport, it commands the transcript Bot (via any of the communication paths available to it) to replay to the CSR desktop the most recent content passed down each channel. The transcript Bot does this by sending the content over the channels to the session transport functionality at the service system together with an indication that the content is only to be sent on the CSR desktop; the session transport then delivers the content accordingly. This replay feature can usefully be provided in any situation where a party is joining a non-empty session.

At any point after the call has been allocated to a CSR, that CSR may choose to transfer the call to a colleague. If there is a delay before being connected to the new CSR, the pushing of personalised content using Bot **129** to the customer can be resumed.

The use of Bot **129** is not restricted to the presentation of marketing information and other types of information could equally well be presented. Furthermore, the Bot **129** can be used in scenarios additional to the customer: CSR scenario; for example, in the "Shop with Friends" scenario, after the group leader has joined the session and is waiting for the other group members to connect, it may be useful to use a Bot **129** to present useful information to the leader about how best to explore the site of interest.

Content Semantics Monitoring Bot

A content monitoring Bot can be used to help a CSR supervisor in their job of ensuring that CSRs handle calls in an efficient and customer-friendly manner.

In a first role, the content monitoring Bot seeks to match content being exchanged across the session transport of a session, with one or more prescribed filter criteria (generally words and phrases but any media-content attribute value can be used as a criterion), and to alert interested parties when a match is found. Example uses of such filters are:

Detecting the presence of profanity or abusive terms and phrases.

Detecting the transmission/sharing of undesirable material or references to such material.

In a second role, the content-monitoring Bot can be used to collect and analyse statistics on a call based on the content sent between customer(s) and CSR which could be used to identify (among others):

Call duration.

CSR performance in terms, for example, of speed of response to customer's inputs. i.e. some measure of time between receiving content on a channel and responding to it.

A long call duration with a low response rate might indicate an overloaded CSR (potentially too many simultaneous calls), and a long call duration with a high response rate might indicate an overly "chatty" CSR.

The structure of the Content-Monitoring Bot is shown in FIG. **27**. The structure is similar to that of the Marketing Bot **129** (FIG. **26**) described above except that now the functionality overlying the media handlers **132** is concerned with monitoring the content received through these handlers over the media channels associated with a session being monitored. This functionality comprises a filter manager **140** and alert manager **141** for carrying out the first role mentioned above, and a statistics manager **142** for carrying out the second role.

The content-monitoring Bot **139** is arranged to join a selected session silently, that is, without being announced or without otherwise being detectable by the other session participants. This is done by using the above-described stealth attribute which the Bot **139** sets "true" upon joining the session.

42

As regards the selection of the session to be monitored by the Bot **139**, this can be done explicitly by a supervisor (for example, by viewing a session list as described above in relation to FIG. **25**, and designating a session for the Bot to join). Alternatively, sessions can be randomly or systematically selected for monitoring (for example, all sessions involving a particular CSR could be monitored, this being achievable by setting an appropriate alert trigger using the arrangement of FIG. **24**, with the alert messages being used to automatically join the Bot to the session concerned). Of course, multiple sessions can be monitored at the same time, for example by instantiating a respective Bot for each session to be monitored.

The filter manager **140** interfaces with the media handlers **132** to evaluate the filters it has been provided with against incoming content. In its simplest form, the filter manager **140** is restricted to monitoring a chat channel for specific words and phrases. However, the same architecture can be applied to monitoring arbitrary media channels with the use of conversion functionality to turn the received content into a form that can be easily compared with filter criteria; for example, for the filter manager to monitor an audio chat channel, it is provided with a speech-to-text converter, the filter criteria generally taking the form of words and phrases specified in text format.

Where a page-push channel is provided, the content filters applied to that channel will generally take the form of URLs or domain names (corresponding, for example, to sites offering obscene content).

When a match is found between the content being monitored and a filter, the alert manager **141** is informed and an appropriate action is taken depending upon which filter matched and what the media channel was. Typically that action is to send a message to the supervisor's desktop indicating what the problem is, the session details, the content causing the alert, and whether the CSR or the customer was responsible for that content. The supervisor can then decide whether any further action should be taken, e.g. joining the session, terminating it, etc.

The Bot may also provide the supervisor with a transcript of the content exchange across the channel concerned leading up to the alert, and communicate with a transcript Bot to ensure that this transcript is saved for further examination; the transcript Bot (described above) is joined to the session at the same time as the content monitoring Bot.

The analysis of the exchanged content can be used to improve CSR scripts, contributing to a knowledge base or even providing material for a Bot that acts as a virtual CSR. There are also further applications to which the content monitoring Bot can be put, such as using the chat transcripts for refining the Frequently Asked Questions knowledge base found on most web sites, acting as a "did you know?" helper that suggests other material that might be relevant when it detects keywords, etc.

The statistics manager **142** uses the media handler interfaces to extract pertinent statistical information that is logged to a database **143** for later evaluation.

Although the content-monitoring Bot has been described above in the context of a contact center, it will be appreciated that the Bot can also be used in other situations not restricted to customer service centres.

Automatic Helper Bot

This Bot provides help to participants in a page-specific communication session, the Bot joining the session upon the exchanged content indicating that assistance may be needed. The helper Bot is basically an extension of the content-monitoring Bot and like the latter uses stealth mode to silently join

**43**

and monitor content in a selected session (selected in any suitable manner as described above for the content monitoring Bot). The helper Bot monitors for triggers that are specified, for example, in the form of specific content (such as particular keywords like "help" or the equivalent in other media types), content combinations, or content patterns. A trigger condition can involve content combinations or patterns involving content from multiple channels.

Upon a trigger being matched, the helper Bot automatically sets its stealth mode attribute to 'false' thereby making its presence in the session known to the other session participants (so far as they are concerned, it appears as if the Bot has timely joined the session). The helper Bot then seeks to provide page-specific assistance on the basis of its knowledge of the page contents and potentially also of the participants concerned (information about the participants being available in the session and possibly also from a customer profile database). The helper Bot will generally not be tied to a specific page but will provide page-specific assistance on the basis of a knowledge of the page associated with the session and information about that page contained in a knowledge base accessible to the helper Bot.

Where the helper Bot uses the session/customer real-time database **127** to select a session to join, the identity of the page session and its current participants is readily available to the helper Bot.

Moreover, customer context information can be automatically extracted as described earlier.

The helper Bot can also be joined to sessions that are not tied to particular pages; in this case, the helper Bot can be arranged to adapt the assistance it gives to a currently viewed page (where the page identity is available) or simply to the content most recently received over the media channels.

Variants

It will be appreciated that many variants are possible to the above-described web interaction system. For example, the connection state of an endpoint system could be communicated to a session instance by the corresponding transport instance rather than through leg controllers. As regards session identifiers, these can take many forms and, indeed, can be anything that can directly or indirectly identify a created or to be created session.

Whilst FIGS. **20-22**, **24** illustrate particular services in the case of end user systems provided with applet desktops, it will be appreciated that the same services could equally be provided with the Lite desktop (or, indeed, any other suitable user interface).

The service system can be a third party system accessed by users, including contact center CSRs, over the internet.

The invention claimed is:

**1**. A method of inviting an assistant entity into an existing communication session established by a service system with an associated transport mechanism for the exchange of data across a network between endpoint entities joined to the session comprising the steps of:

(a) receiving a request from a first endpoint entity in the service system to invite an assistant entity into the existing communication session, wherein the assistant entity is configured to assist the first endpoint entity with a property of the existing communication session;

(b) determining, by the service system, a context of the existing communication session based upon context data concerning the existing communication session;

(c) selecting, by the service system, an appropriate assistant entity from a group of assistant entities based upon the determined context of the existing communication session; and

**44**

(d) joining, by the service system, the selected assistant entity to the existing session.

**2**. A method according to claim **1**, wherein the assistant entity is a customer service representative and associated endpoint system.

**3**. A method according to claim **1**, wherein the assistant entity is a software-based entity with an associated knowledge base.

**4**. A method according to claim **1**, wherein the data network is the internet, and the existing session has multiple parties connected to the data network through web browser functionality of associated endpoint systems, the service system providing follow-me page-push functionality to the party endpoint systems whereby to enable co-browsing by the parties joined to the session.

**5**. A method according to claim **4**, wherein the context of the existing communication session comprises the subject of a web page currently being jointly browsed by the parties joined to the session service.

**6**. A method according to claim **1**, wherein in step (a) the first endpoint entity uses an active feature of a web page served by the service system to request that a assistant entity join the session.

**7**. A method according to claim **1**, wherein the service system, in setting up a communication session, creates a service-session functional entity which in the course of joining said endpoint entity to the session, sends connection details of the transport mechanism associated with the communication session to the endpoint entity or its proxy then using the connection details to connect itself to the transport mechanism.

**8**. A method according to claim **7**, wherein the service-session functional entity comprises a session instance with generic behaviour for adding and removing endpoint entities to the communication session and for recording the endpoint entities currently joined to the communication session, and an associated service instance with service-specific behaviour determining when the session instance is to add and remove endpoint entities.

**9**. A method according to claim **1**, wherein the service system, in setting up a communication session, creates a service-session functional entity that comprises a session instance with generic behaviour for adding and removing endpoint entities to the communication session and for recording the endpoint entities currently joined to the communication session, and an associated service instance with service-specific behaviour determining when the session instance is to add and remove endpoint entities.

**10**. A method according to claim **1**, wherein the transport mechanism associated with a communication session provides multiple data transfer channels, for different media types, between endpoint entities joined to the communication session.

**11**. A method according to claim **10**, wherein the endpoint entities include web browser functionality and the service system provides functionality, and the transport mechanism provides channels, for at least two of the following:

text chat;

follow-me page-push; and

packetized voice.

**12**. A method according to claim **7**, wherein the transport mechanism associated with a communication session provides multiple data transfer channels, for different media types, between endpoint entities joined to the communication session, the connection details passed to said endpoint entity or its proxy comprising details of the media channels associated with the communication session, and the endpoint entity

US 8,166,173 B2

45

46

or its proxy using these details to establish corresponding media channel connections to the transport mechanism.

**13**. A method according to claim **7**, wherein the state of connection of said endpoint entity to the transport mechanism is signaled to the session-service functional entity by leg messages passed between a leg controller of the endpoint entity or its proxy and a corresponding leg controller of the service-session functional entity.

**14**. A method according to claim **7**, wherein the second endpoint entity or its proxy already has connection functionality for joining and participating in a communication session, the service-session functional entity of the communication session to which the endpoint entity is to be joined inviting this entity into the session by sending said connection details to the connection functionality of the entity or its proxy.

**15**. A method according to claim **7**, wherein the service-session functional entity, in joining the first endpoint entity into the communication session, sends the latter both connection functionality for joining and participating in a communication session, and said connection details.

**16**. A method according to claim **15**, wherein the connection details and functionality are sent in association with a web page served by the service system.

**17**. A service system comprising:

a session entity for establishing communication sessions and controlling the joining of endpoint entities to each such session;

a transport entity for establishing a transport mechanism for each session established by the session entity, the transport mechanism being arranged to allow the exchange of data across a network between endpoint entities joined to the session;

request-reception means configured to receive a request from a first endpoint entity already joined to a session and constituted by a party having an endpoint system connected to the network, the request being arranged for requesting the presence of an assistant entity in the session and directly or indirectly indicating the identity of the existing communication session, wherein the assistant entity is configured to assist the first endpoint entity with a property of the existing communication session;

context-determination means configured to determine a context of an existing communication session between endpoint entities based upon context data concerning the existing communication session and

assistant-selection means configured to be responsive to the receipt of said request by the request-reception means to select an appropriate assistant entity from a group of possible assistant entities based upon the determined context of the existing communication session, the assistant-selection means being operative to cause the session entity to join the selected assistant entity to the session.

**18**. A service system according to claim **17**, wherein the assistant entity is a customer service representative and associated endpoint system.

**19**. A service system according to claim **17**, wherein the assistant entity is a software-based entity with an associated knowledge base.

**20**. A service system according to claim **17**, wherein the network is the Internet and the service system being arranged for providing follow-me page-push functionality to the party endpoint systems whereby to enable co-browsing by the parties joined to the session.

* * * * *

Exhibit B

US007672929B2

(12) **United States Patent**    (10) **Patent No.:**    **US 7,672,929 B2**

Zelle    (45) **Date of Patent:**    **Mar. 2, 2010**

(54) **DATABASE MODIFICATION HISTORY**

(75) Inventor: **Nathan Zelle**, Dallas, TX (US)

(73) Assignee: **Hewlett-Packard Development Company, L.P.**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 891 days.

(21) Appl. No.: **11/024,584**

(22) Filed: **Dec. 22, 2004**

(65) **Prior Publication Data**

US 2006/0136392 A1    Jun. 22, 2006

(51) **Int. Cl.**
*G06F 7/00* (2006.01)
*G06F 17/30* (2006.01)

(52) **U.S. Cl.** ........................... **707/3**; 707/202; 707/204

(58) **Field of Classification Search** ............... 707/1–10, 707/100–104.1, 200–206; 714/16, 20, 53, 714/54
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,974,425 A    10/1999  Obermarck

| | | | |
|---|---|---|---|
| 6,289,355 B1 * | 9/2001 | Haderle et al. | .............. 707/200 |
| 6,292,808 B1 * | 9/2001 | Obermarck et al. | ......... 707/202 |
| 6,598,059 B1 | 7/2003 | Vasudevan | |
| 7,099,897 B2 * | 8/2006 | Huras et al. | ................. 707/202 |
| 2003/0172325 A1 * | 9/2003 | Wyatt et al. | ................... 714/53 |
| 2004/0073581 A1 | 4/2004 | McVoy | |
| 2006/0074635 A1 * | 4/2006 | Gilbert et al. | .................. 704/9 |

OTHER PUBLICATIONS

Vaisman et al., Enhancing Web access using data mining techniques, Sep. 1-5, 2003, IEEE, 327-331.*
Sandsta et al., Improving the access time performance of serpentine tape drives, Mar. 23-26, 1999, IEEE, 542-551.*

* cited by examiner

*Primary Examiner*—Jean B Fleurantin

(57)    **ABSTRACT**

A database system including an encoder module and a revision control archive module is disclosed. The encoder module receives signals representing a database access request, generates database access commands, and executes the database access command against a revision control archive module if the database access command causes a change to a data record in the database.

**16 Claims, 4 Drawing Sheets**



100



*Fig 1*

**U.S. Patent**     Mar. 2, 2010     Sheet 2 of 4     US 7,672,929 B2



*Fig. 2*



Fig. 3



*Fig. 4*

US 7,672,929 B2

**1**

## DATABASE MODIFICATION HISTORY

### TECHNICAL FIELD

The systems and methods described herein relate to computer systems, and more particularly to database modification history.

### BACKGROUND

Computer database systems and user interfaces associated with them have evolved into complex software systems. Conventional relational database systems store information in tables, each of which includes a plurality of rows and columns. Information is stored in the database in one or more records, which correspond to one or more fields in the database tables.

Databases are managed by database management systems (DBMSs). A DBMS typically includes an interface that permits a user or an application to submit a query to the database. The DBMS then processes the query and returns the records corresponding to the query or updates the records corresponding to the query. The DBMS may also include a revision control archive module that records changes to the database contents, and may also record information associated with the changes such as, e.g., when the change was made and by whom.

Continued improvements in DBMSs are desirable.

### SUMMARY

In an exemplary embodiment a method of operating a database management system comprises receiving a signal representing a database access request; generating a database access command; and executing the database access command against a revision control archive module if the database access command causes a change to a data record in the database.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an exemplary embodiment of a database management system.

FIG. **2** is a schematic illustration of an exemplary embodiment of a database management system including an exemplary operating environment.

FIG. **3** is a flowchart illustrating operations in an exemplary embodiment of a method for operating a database management system.

FIG. **4** is a diagram of an exemplary embodiment of a computing system in which the present invention may be implemented.

### DETAILED DESCRIPTION

Described herein are exemplary system and methods for managing a database system. The methods described herein may be embodied as logic instructions on a computer-readable medium. When executed on a processor, the logic instructions cause a general purpose computing device to be programmed as a special-purpose machine that implements the described methods. The processor, when configured by the logic instructions to execute the methods recited herein, constitutes structure for performing the described methods.

**2**

Exemplary Database Management System

FIG. **1** is a block diagram of the software architecture of a database management system **100** constructed in accordance with the present description. The database management system **100** includes an interface module **110**, an encoder **120**, a database **140**, and a revision control archive **130**, each of which may be implemented as a software module executable on a suitable processor.

In an exemplary embodiment, the interface module **110** may be implemented as a user interface that enables users to interact with the database management system **100**. In alternate embodiments the interface module **110** may be implemented as an interface with one or more application programs. Interface module **110** is communicatively connected to an encoder module **120**. Operation of the encoder module **120** is explained in greater detail below.

Encoder module **120** is communicatively connected to a database **140** and a revision control archive **130**. The particular operation of database **140** is not critical; database **140** may be implemented as a conventional relational database or any other type of database. Revision control archive **130** records changes made to database **140**. Revision control archive **130** may itself be implemented as a database, the records of which contain information relating to changes in records of database **140**.

FIG. **2** is a schematic illustration of an exemplary computer system **200** adapted to include a database management system **100**. This computer system **200** includes a display **202** having a screen **204**, one or more user-input devices **206**, and a computer **208**. The user-input devices **206** can include any device allowing a computer to receive a developer's input, such as a keyboard **210**, other device(s) **212**, and a mouse **214**. The other device(s) **212** can include a touch screen, a voice-activated input device, a track ball, and any other device that allows the system **200** to receive input from a developer and/or a user. The computer **208** includes a processing unit **216** and random access memory and/or read-only memory **218**.

Memory **218** includes an operating system **220** for managing operations of computer **208**. In an exemplary embodiment one or more application modules **226** executable on the processing unit **216** reside in memory **218**. Memory **218** further includes interface module **110**, encoder module **120**, revision control archive module **130**, and a database **140**. Operation of the system **200** is explained in greater detail below.

Exemplary Embodiments of Operations

FIG. **3** is a flowchart illustrating operations in an exemplary method for recording database modification history. In one embodiment, database operations received by an interface are passed to an encoder module, which determines whether the database operations will cause a change in the database contents. Database operations that do not cause a change in database contents are passed to the database for execution. By contrast, database operations that that will affect a change in database contents are encoded by the encoder module and passed contemporaneously to the database and to a revision control archive module, which logs database changes. Changes to data in the database are committed only after the encoder module receives an acknowledgment from the revision control archive indicating that the data has stored successfully in the revision control archive.

Referring to FIG. **3**, at operation **310** a database access request is received at the encoder module **120**. The database access request may have been generated by an interface module **110** such as, e.g., a user interface with a human operator or an interface with another software module. At operation **315**

US 7,672,929 B2

**3**

the database access command is executed, e.g., by passing the database access command to the database module **140**.

At operation **320** it is determined whether the received command modifies the contents of the data in the database. If the received command does not modify the contents of the database (e.g., if the received command exclusively retrieves information from the database) then control passes to operation **345** and the encoder module responds to the database access command, e.g., by returning the results of the database access command to the interface module **110**.

By contrast, if at operation **320** it is determined that the received command modifies the contents of the database (e.g., if the command is a write command or a delete command), then control passes to operation **325** and the data is encoded into a form suitable for the revision control archive module. In an exemplary embodiment the data may be converted into a format that is compatible with the revision control archive module. Relevant additional data such as, e.g., a transaction number, a timestamp, and an identifier associated with a user or application that generated the database command may be appended to the data.

At operation **330** the data is passed to the revision control archive module **130**, which enters the data into its records and transmits a response to the encoder module **120**. If, at operation **335**, the response indicates that the data was successfully recorded in the revision control archive module **130**, then control passes to operation **340** and the encoder module **120** generates a command to the database module **140** that causes the database module **140** to commit the changes made to the database.

By contrast, if at operation **335** the response from the revision control archive module **130** indicates that the data was not successfully recorded in the revision control archive module **130**, then control passes to operation **350** and the encoder module **120** generates a notification message indicating that the data was not successfully entered into the database system. This notification message may be transmitted to the interface module **110**, which in turn may present the message to the user or application that is generated the database command. In addition, at operation **355** the encoder module **120** generates a command to execute a rollback of the database data changes, which may be transmitted to the database module. In response to the command, the database module rolls back any changes made to the data in the database resulting from the database command. In practice, many database systems hold database changes in cache memory until receiving a separate command instructing the database to commit the changes to a permanent storage medium. In such as system rolling back the changes only requires deleting the changes from the cache memory. Control may then pass back to operation **345**, in which a response to the database access command is generated. In an exemplary embodiment, the response may be the notification message generated in operation **350**.

The operations of FIG. **3** enable the encoder module **120** to manage data I/O operations with the database module **140** and the revision control archive module **130**. In an alternate embodiment database modifications may be committed to the database (operation **340**) before determining whether the data was successfully recorded in the revision control archive module.

Exemplary Computer Environment

The various components and functionality described herein are implemented with a number of individual computers. FIG. **4** shows components of typical example of such a computer, referred by to reference numeral **400**. The compo-

**4**

nents shown in FIG. **4** are only examples, and are not intended to suggest any limitation as to the scope of the functionality of the invention; the invention is not necessarily dependent on the features shown in FIG. **4**.

Generally, various different general purpose or special purpose computing system configurations can be used. Examples of well known computing systems, environments, and/or configurations that may be suitable for use with the invention include, but are not limited to, personal computers, server computers, hand-held or laptop devices, multiprocessor systems, microprocessor-based systems, set top boxes, programmable consumer electronics, network PCs, minicomputers, mainframe computers, distributed computing environments that include any of the above systems or devices, and the like.

The functionality of the computers is embodied in many cases by computer-executable instructions, such as program modules, that are executed by the computers. Generally, program modules include routines, programs, objects, components, data structures, etc. that perform particular tasks or implement particular abstract data types. Tasks might also be performed by remote processing devices that are linked through a communications network. In a distributed computing environment, program modules may be located in both local and remote computer storage media.

The instructions and/or program modules are stored at different times in the various computer-readable media that are either part of the computer or that can be read by the computer. Programs are typically distributed, for example, on floppy disks, CD-ROMs, DVD, or some form of communication media such as a modulated signal. From there, they are installed or loaded into the secondary memory of a computer. At execution, they are loaded at least partially into the computer's primary electronic memory. The invention described herein includes these and other various types of computer-readable media when such media contain instructions, programs, and/or modules for implementing the steps described below in conjunction with a microprocessor or other data processors. The invention also includes the computer itself when programmed according to the methods and techniques described below.

For purposes of illustration, programs and other executable program components such as the operating system are illustrated herein as discrete blocks, although it is recognized that such programs and components reside at various times in different storage components of the computer, and are executed by the data processor(s) of the computer.

With reference to FIG. **4**, the components of computer **400** may include, but are not limited to, a processing unit **404**, a system memory **406**, and a system bus **408** that couples various system components including the system memory **406** to the processing unit **404**. The system bus **408** may be any of several types of bus structures including a memory bus or memory controller, a peripheral bus, and a local bus using any of a variety of bus architectures. By way of example, and not limitation, such architectures include Industry Standard Architecture (ISA) bus, Micro Channel Architecture (MCA) bus, Enhanced ISA (EISA) bus, Video Electronics Standards Association (VESA) local bus, and Peripheral Component Interconnect (PCI) bus also known as the Mezzanine bus.

Computer **400** typically includes a variety of computer-readable media. Computer-readable media can be any available media that can be accessed by computer **400** and includes both volatile and nonvolatile media, removable and non-removable media. By way of example, and not limitation, computer-readable media may comprise computer storage media and communication media. "Computer storage media"

US 7,672,929 B2

**5**

includes volatile and nonvolatile, removable and non-removable media implemented in any method or technology for storage of information such as computer-readable instructions, data structures, program modules, or other data. Computer storage media includes, but is not limited to, RAM, ROM, EEPROM, flash memory or other memory technology, CD-ROM, digital versatile disks (DVD) or other optical disk storage, magnetic cassettes, magnetic tape, magnetic disk storage or other magnetic storage devices, or any other medium which can be used to store the desired information and which can be accessed by computer **400**. Communication media typically embodies computer-readable instructions, data structures, program modules or other data in a modulated data signal such as a carrier wave or other transport mechanism and includes any information delivery media. The term "modulated data signal" means a signal that has one or more of its characteristics set or changed in such a manner as to encode information in the signal. By way of example, and not limitation, communication media includes wired media such as a wired network, fiber optic networks, or direct-wired connection and wireless media such as acoustic, RF, infrared and other wireless media. Combinations of any of the above should also be included within the scope of computer readable media.

The system memory **406** includes computer storage media in the form of volatile and/or nonvolatile memory such as read only memory (ROM) **410** and random access memory (RAM) **412**. A basic input/output system **414** (BIOS), containing the basic routines that help to transfer information between elements within computer **400**, such as during start-up, is typically stored in ROM **410**. RAM **412** typically contains data and/or program modules that are immediately accessible to and/or presently being operated on by processing unit **404**. By way of example, and not limitation, FIG. **4** illustrates operating system **416**, application programs **418**, other software components **420**, and program data **422**.

The computer **400** may also include other removable/non-removable, volatile/nonvolatile computer storage media. By way of example only, the computer system of FIG. **4** may include a hard disk drive **424** that reads from or writes to non-removable, nonvolatile magnetic media, a magnetic disk drive **426** that reads from or writes to a removable, nonvolatile magnetic disk **428**, and an optical disk drive **430** that reads from or writes to a removable, nonvolatile optical disk **432** such as a CD ROM or other optical media. Other removable/non-removable, volatile/nonvolatile computer storage media that can be used in the exemplary operating environment include, but are not limited to, magnetic tape cassettes, flash memory cards, digital versatile disks, digital video tape, solid state RAM, solid state ROM, and the like. The hard disk drive **424** is typically connected to the system bus **408** through a non-removable memory interface such as data media interface **434**, and magnetic disk drive **426** and optical disk drive **430** are typically connected to the system bus **408** by a removable memory interface.

The drives and their associated computer storage media discussed above and illustrated in FIG. **4** provide storage of computer-readable instructions, data structures, program modules, and other data for computer **400**. In FIG. **4**, for example, hard disk drive **424** is illustrated as storing operating system **416'**, application programs **418'**, software components **420'**, and program data **422'**. Note that these components can either be the same as or different from operating system **416**, application programs **418**, software components **420**, and program data **422**. Operating system **416**, application programs **418**, other program modules **420**, and program data **422** are given different numbers here to illustrate that, at

**6**

a minimum, they are different copies. A user may enter commands and information into the computer **400** through input devices such as a keyboard **436** and pointing device **438**, commonly referred to as a mouse, trackball, or touch pad. Other input devices (not shown) may include a microphone **440**, joystick, game pad, satellite dish, scanner, or the like. These and other input devices are often connected to the processing unit **404** through an input/output (I/O) interface **442** that is coupled to the system bus, but may be connected by other interface and bus structures, such as a parallel port, game port, or a universal serial bus (USB). A monitor **444** or other type of display device is also connected to the system bus **406** via an interface, such as a video adapter **446**. In addition to the monitor **444**, computers may also include other peripheral output devices (e.g., speakers) and one or more printers **470**, which may be connected through the I/O interface **442**.

The computer may operate in a networked environment using logical connections to one or more remote computers, such as a remote computing device **450**. The remote computing device **450** may be a personal computer, a server, a router, a network PC, a peer device or other common network node, and typically includes many or all of the elements described above relative to computer **400**. The logical connections depicted in FIG. **4** include a local area network (LAN) **452** and a wide area network (WAN) **454**. Although the WAN **454** shown in FIG. **4** is the Internet, the WAN **454** may also include other networks. Such networking environments are commonplace in offices, enterprise-wide computer networks, intranets, and the like.

When used in a LAN networking environment, the computer **400** is connected to the LAN **452** through a network interface or adapter **456**. When used in a WAN networking environment, the computer **400** typically includes a modem **458** or other means for establishing communications over the Internet **454**. The modem **458**, which may be internal or external, may be connected to the system bus **406** via the I/O interface **442**, or other appropriate mechanism. In a networked environment, program modules depicted relative to the computer **400**, or portions thereof, may be stored in the remote computing device **450**. By way of example, and not limitation, FIG. **4** illustrates remote application programs **460** as residing on remote computing device **450**. It will be appreciated that the network connections shown are exemplary and other means of establishing a communications link between the computers may be used.

CONCLUSION

Although the described arrangements and procedures have been described in language specific to structural features and/or methodological operations, it is to be understood that the subject matter defined in the appended claims is not necessarily limited to the specific features or operations described. Rather, the specific features and operations are disclosed as preferred forms of implementing the claimed present subject matter.

What is claimed is:

**1**. A computer implemented method of operating a database management system, comprising:

receiving, in a database encoder module, a signal representing a database access command;

executing the database access command against a database;

determining whether the database access command caused a change to the database; and

US 7,672,929 B2

7

changing at least one data record in a revision control archive module in a computer-readable storage medium in response to a determination that the database access command caused a change to the database, wherein changing at least one data record in a revision control archive module comprises:

encoding data associated with the database access command for entry into a revision control archive module; and

submitting the data to the revision control archive module; and

committing a change to the database record only if the change is successfully recorded in the revision control archive module.

2. The computer implemented method of claim 1, wherein receiving a signal representing a database access command comprises receiving a signal from an interface module.

3. The computer implemented method of claim 1, further comprising determining whether the database access command writes data to a record in the database module.

4. The computer implemented method of claim 1, further comprising determining whether the database access command deletes data from a record in the database module.

5. The computer implemented method of claim 1, further comprising generating a notification message if the revision control archive module fails to record the data.

6. A computer implemented method of operating a database management system, comprising:

receiving, in a database encoder module, a request to modify a database;

executing the request against the database;

encoding the request into a format compatible with a revision control archive module;

changing at least one data record in the revision control archive module in a computer-readable storage medium, wherein changing at least one data record in a revision control archive module comprises:

encoding data associated with the database access command for entry into a revision control archive module; and

submitting the data to the revision control archive module; and

committing a requested change to a database only when the request is successfully executed by the revision control archive module.

7. The computer implemented method of claim 6, wherein receiving a request to modify the contents of a database comprises receiving a signal from an interface module.

8. The computer implemented method of claim 6, wherein committing a requested change to a database only when the request is successfully executed by the revision control archive module comprises:

receiving a response from the revision control archive module;

generating a command to commit the requested change to the database if the response indicates success; and

generating a command to roll back the requested change if the response indicates failure; and

transmitting the command to roll back the requested change to the database.

9. One or more computer-readable storage media comprising logic instructions stored on the computer-readable storage media which, when executed by a processor, configure the processor to:

receive a signal representing a database access command; generate a database access command; and

execute the database access command against a database;

8

determine whether the database access command caused a change to the database; and

change at least one data record in a revision control archive module in response to a determination that the database access command caused a change to the database;

encode data associated with the database access command for entry into a revision control archive module;

submit the data to the revision control archive module; and

commit a change to the database record only if the change is successfully recorded in the revision control archive module.

10. The computer-readable storage media of claim 9, further comprising logic instructions stored on the computer-readable storage media which, when executed by a processor, configure the processor to receive a signal representing a database access request comprises receiving a signal from an interface module.

11. The computer-readable storage media of claim 9, further comprising logic instructions stored on the computer-readable storage media which, when executed by a processor, configure the processor to determine whether the database access command writes data to a record in the database module.

12. The computer-readable storage media of claim 9, further comprising logic instructions stored on the computer-readable storage media which, when executed by a processor, configure the processor to determine whether the database access command deletes data from a record in the database module.

13. The computer-readable storage media of claim 9, further comprising logic instructions stored on the computer-readable storage media which, when executed by a processor, configure the processor to generate a notification message if the revision control archive module fails to record the data.

14. A database management system, comprising:

a processor;

a memory module communicatively connected to the processor and comprising logic instructions recorded in a computer readable storage medium that, when executed by the processor, configure the processor to:

receive, in a database encoder module, a request to modify a database;

execute the request against the database;

encode the request into a format compatible with a revision control archive module;

encode data associated with the database access command for entry into a revision control archive module;

submit the data to the revision control archive module;

change at least one data record in the revision control archive module; and

commit a requested change to a database only when the request is successfully executed by the revision control archive module.

15. The database management system of claim 14, further comprising logic instructions recorded in a computer readable storage medium which, when executed by the processor, configure the processor to receive a signal from an interface module.

16. The database management system of claim 14 further comprising logic instructions recorded in a computer readable storage medium which, when executed by the processor, configure the processor to:

receive a response from the revision control archive module;

US 7,672,929 B2

**9**

generate a command to commit a requested change to the
database if the response indicates success; and
generate a command to roll back a requested change if the
response indicates failure; and

**10**

transmit the command to roll back the requested change to
the database.

* * * * *

Exhibit C

US006889244B1

(12) **United States Patent**     (10) **Patent No.:**     **US 6,889,244 B1**
   Gaither et al.                  (45) **Date of Patent:**     **May 3, 2005**

(54) **METHOD AND APPARATUS FOR PASSING MESSAGES USING A FAULT TOLERANT STORAGE SYSTEM**

(75) Inventors: **Blaine D. Gaither**, Fort Collins, CO (US); **Bret A. McKee**, Fort Collins, CO (US)

(73) Assignee: **Hewlett-Packard Development Company, L.P.**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 446 days.

(21) Appl. No.: **09/703,427**

(22) Filed: **Oct. 31, 2000**

(51) **Int. Cl.**[7] .............................................. **G06F 15/16**
(52) **U.S. Cl.** ........................ **709/202**; 709/206; 709/213
(58) **Field of Search** ........................................ 709/213

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,555,346 A | * | 9/1996 | Gross et al. | 706/45 |
| 5,694,541 A | * | 12/1997 | Service et al. | 714/46 |
| 5,790,789 A | * | 8/1998 | Suarez | 709/202 |
| 5,815,649 A | * | 9/1998 | Utter et al. | 714/6 |
| 6,430,177 B1 | * | 8/2002 | Luzeski et al. | 370/356 |
| 6,546,413 B1 | * | 4/2003 | Northrup | 709/200 |
| 6,574,655 B1 | * | 6/2003 | Libert et al. | 709/200 |

* cited by examiner

*Primary Examiner*—Marc D. Thompson
(74) *Attorney, Agent, or Firm*—David A. Plettner

(57)     **ABSTRACT**

A method and apparatus pass messages between server and client applications using a fault tolerant storage system (FTSS). The interconnection fabric that couples the FTSS to the computer systems that host the client and server applications may also be used to carry messages. A networked system capable of hosting a distributed application includes a plurality of computer systems coupled to an FTSS via an FTSS interconnection fabric. The FTSS not only processes file-related I/O transactions, but also includes several message agents to facilitate message transfer in a reliable and fault tolerant manner. The message agents include a conversational communication agent, an event-based communication agent, a queue-based communication agent, a request/reply communication agent, and an unsolicited communication agent. The highly reliable and fault tolerant nature of the FTSS ensures that the FTSS can guarantee delivery of a message transmitted from a sending computer system to a destination computer system. As soon as a message is received by the FTSS from a sending computer system, the message is committed to a nonvolatile fault tolerant write cache. Thereafter, the message is written to a redundant array of independent disks (RAID) of the FTSS, and processed by one of the message agents.

**10 Claims, 10 Drawing Sheets**





FIG. 1
(PRIOR ART)



**FIG. 2**



**FIG. 3
(PRIOR ART)**



FIG. 4



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



FIG. 9



**FIG. 10**

US 6,889,244 B1

**1**

## METHOD AND APPARATUS FOR PASSING MESSAGES USING A FAULT TOLERANT STORAGE SYSTEM

### CROSS REFERENCE TO RELATED APPLICATION

This application contains subject matter related to a co-pending application entitled "A Fault Tolerant Storage System Having an Interconnection Fabric That Also Carries Network Traffic" by Blaine D. Gaither et al., change to Ser. No. 09/703,428. This application is hereby incorporated by reference, is assigned to the same assignee as the present application, and was filed on Oct. 31, 2000, which is also the date on which the present application was filed.

### FIELD OF THE INVENTION

The present invention relates to messaging between computer systems. More specifically, the present invention relates to a messaging architecture wherein messages are transmitted over the interconnection fabric of a fault tolerant storage system and are stored within the fault tolerant storage system.

### DESCRIPTION OF THE RELATED ART

In the art of computing, a distributed application is an application that is separated into two or more parts, such as a client application on a first computer system and a server application on a second computer system, with the two computers coupled together via a network. As used herein, the term "client" refers to an entity that requests a service, and the term "server" refers to the entity that fulfills the request. The entity can be an application, i.e., a client application or a server application, or the entity can be a computer system coupled to a network, i.e., a client computer system or a server computer system. Computer systems coupled to a network may also be referred to as "nodes". The meaning of these terms will be apparent from the contexts in which the terms are used.

Consider, for example, a distributed application that allows a customer to order a product over the Internet from an on-line retailer. The customer accesses the distributed application using a web browser. The web browser communicates over the Internet with a web server, which provides the customer with a catalog of products that can be ordered, and provides a "shopping basket" that allows the customer to select the products that the customer wishes to purchase.

Assume that the customer decides to complete the order, and pay for the order with a credit card. The web server must communicate as a client with a server application that verifies that the credit card is valid, and posts the purchase to the customer's credit card account. The web server must also communicate with an application that delivers the order to the warehouse so the order can be shipped. In addition, the web server may communicate with an inventory control application to verify that the products ordered are in stock, and to order replacement inventory from the vendor. If the customer checks back latter to view the status of the order, the web server may communicate with an application maintained by the shipping company to provide the customer with a tracking number.

This is a very simple example, and a typical distributed application may be much more complex. However, even in this simple example one can see that designing a distributed application is very complex. Perhaps the most complex task

**2**

faced by a distributed application developer is ensuring that all the disparate applications that comprise the distributed application communicate in a seamless and reliable manner.

To ensure that all applications communicate seamlessly and reliably in a distributed application, the application designer may use a middleware product that distributes applications across multiple platforms, databases, and operating systems using message-based communications and, if desired, distributed transaction processing. Middleware products are used with client server applications to distribute processing among multiple servers, manage distributed transactions, and integrate multiple database platforms. Middleware systems are sometimes known in the art as "on-line transaction processing" (OLTP) systems. One such system is Bea Tuxedo®, which is a product of BEA Systems, Inc.

To facilitate communication between disparate applications, Bea Tuxedo® provides an application designer with a series of messaging paradigms. These messaging paradigms are conversational communication, event-based communication, queue-based communication, request/reply communication, and unsolicited communication.

Conversational communication allows messages to be exchanged between clients and servers in a manner analogous to human conversation. This form of communication is implemented using inter-process communication (IPC) message queues. IPC message queues are typically implemented in transient memory areas, and are typically provided by the underlying operating system and are used for communication between clients and servers. IPC message queues can be used to pass messages between client and server applications operating on the same computer system or on separate computer systems coupled by a network.

Just as in a conversation between two people, a number of messages pass back and forth between the client and server until a conclusion is reached. Over the course of the communication, both sides "remember" the point (or state) of the conversation so that relatively long operations, such as ad hoc queries, reports, and file transfers, can be supported. Note that the context of any particular message is interpreted in view the previous messages comprising the conversation.

Event-based communication uses an event broker to transfer messages. The event broker provides a communication paradigm in which message suppliers can post messages for message subscribers. Because client and server processes that use the event broker communicate with one another based on a set of subscriptions, this paradigm is also known in the art as publish-and-subscribe communication. The event broker acts like a newspaper delivery person who delivers newspapers only to customers who have paid for a subscription. Event generators inform the event broker of events (such as changes and problems) as they occur. This process is called posting an event. The event broker then matches the name of the event to an event name associated with a list of subscribers, and notifies each subscriber on the list of the event by passing a message to the subscriber. Communication between the suppliers, subscribers, and event broker is provided by IPC message queues.

Queue-based communication requires persistent storage of data. Queue-based communication allows any client or server to store messages in queues, and guarantees that any stored message will be delivered to the destination. Queues can be ordered as last-in first-out (LIFO) or first-in first-out (FIFO), or on the basis of time or priority. A collection of queues is administered and referred to as a single entity known as a queue space.

US 6,889,244 B1

**3**

Queue-based communication is appropriate when communication can occur in a time-independent fashion. Time-independence is a characteristic of programs that operate independently from one another and do not need to synchronize their communications simultaneously. Time-independent programs synchronize with each other by leaving messages in application queues. Because queued messages are stored using persistent media, such as a hard disk drive, queue-based communication is highly reliable and messages can even be delivered after failures, such as power outages or network interruptions.

Even though queue-based messages pass through persistent storage, server applications and client applications enqueue and dequeue messages by sending the messages to a queue administrator. The queue administrator can reside on the same computer as either the server or client application, or can reside on a third server.

Request/reply communication is also implemented using inter-process communication (IPC) message queues. Each server is assigned an IPC message queue called a request queue, and each client is assigned an IPC message queue called a reply queue. Accordingly, a client application can send requests to the server by putting those requests on the server's queue, and then check and retrieve messages from the server by retrieving messages from its own reply queue.

Request/reply communication is typically carried out in either a synchronous mode or an asynchronous mode. In a synchronous mode, a client sends a request to a server, which performs the requested action while the client waits. The server then sends the reply to the client, which receives the reply. In asynchronous mode, the client does not wait for a server to complete a service request before the client undertakes other tasks. Rather, after issuing a request, the client performs additional tasks (which may include issuing more requests to the server). When a reply to the first request is available, the client retrieves it from its reply queue.

Unsolicited communication is a type of communication that allows a client or server to receive a message that it never requested, thereby making it possible for applications to receive notification of application-specific events as they occur without having to request notification. Unsolicited messages can be sent to a single server node or client node, or be broadcast to a group of nodes. For example, a server may alert a single client that the account about which the client is inquiring has been closed, or a server may send a message to all the clients to notifying the clients that the server will be shut down for maintenance at a specific time. In addition, unsolicited messages can be sent either with or without guaranteed delivery. Unsolicited messages are sent using IPC message queues.

As can be seen from the discussion above, some of these messaging paradigms, such as request/reply communication, use transient media, such as network connections and system memory, to pass messages between clients and servers. On the other hand, queue-based communication delivers messages using persistent media, such as a hard disk drive.

In most distributed applications, availability is very important. Consider the example above, if the application that processes credit card transactions suffers a failure, the customer will not be able to purchase products. Similarly, if the web server can not communicate with the inventory control application, the web server can not inform the customer whether the product is in stock.

To ensure that a distributed application has a high rate of availability, it is important to make each component that hosts the distributed application as reliable and fault-tolerant

**4**

as possible. As discussed above, messaging is critical in a distributed application, and two components critical in the communication of messages are the persistent storage media, such as the hard drives, and the transient communication network. Accordingly, a designer of a distributed application will often specify that the application be implemented using highly reliable and fault tolerant interconnection fabrics and storage systems.

Several interconnection fabrics are available to provide guaranteed delivery of packets. For example, ServerNet® is a system interconnect architecture available from Compaq Computer Corporation. ServerNet® hardware ensures data integrity using multiple techniques. For example, command link integrity isolates single-bit errors, cyclic redundancy checks maintain both data and control integrity of transfers crossing the interconnect fabric, and hardware protocol acknowledgments ensure that end-to-end reliable data transfer has occurred. In addition, ServerNet® is capable of providing a high level of availability by incorporating spare alternate paths within a primary interconnection fabric, and providing a fully redundant secondary interconnect fabric with redundant secondary attachments to network nodes. Similar interconnection fabrics are available from other vendors, such as the Coupling Facility provided by IBM Corporation. While interconnection fabrics such as Server-Net® and the Coupling Facility are fast, highly reliable, and fault tolerant, they are also very expensive.

A fault tolerant storage systems (FTSS), such as the SureStore® XP512 Disk Array, which is a product of Hewlett-Packard Company, guarantees the availability and integrity of files stored by the FTSS. Fault tolerant storage systems are also available from other companies, such as Hitachi Data Systems Corporation and EMC Corporation.

Typically an FTSS is coupled to a server using a high-speed interface, such as an Ultra160 SCSI interface, a fiber channel interface, or an enterprise system connectivity (ESCON) interface. Such systems are highly reliable and fault tolerant. For example, the SureStore® XP512 Disk Array uses a fault-tolerant, redundant architecture that ensures there is no single point-of-failure, and has a mean time between failure (MTBF) of 2.5 million hours, or alternatively 285 years. Such systems are also incredibly fast. A single fiber channel port can support transfer rates of 100 megabytes per second, and ports can be ganged together to increase transfer rates even further. Moreover, the internal crossbar architecture of the XP512 has a bandwidth of 6.4 gigabytes per second.

FIG. 1 shows such a highly reliable fault-tolerant prior art system **58**, which may be used to host a distributed application. System **10** comprises computer systems **12, 14, 16, 18, 20,** and **22,** and fault tolerant storage system (FTSS)**24**. Computer systems **12, 14, 16, 18, 20,** and **22** are coupled to FTSS **24** via FTSS interconnection fabric **28** to carry file **110** transactions between the computer systems and FTSS **24**. Typically, interconnection fabric **28** couples each computer system directly to the FTSS, but does not directly couple the computer systems to each other. In addition, computer systems **12, 14, 16, 18, 20,** and **22** are coupled to together by highly reliable, fault tolerant network interconnection fabric **26** to carry messages between the computer systems.

Note that interconnection fabrics **26** and **28** are both highly reliable and fault tolerant. Accordingly, a customer configuring a system such as that shown in FIG. 1 ends up paying for two interconnection fabrics. Furthermore, interconnection fabric **26** does not include any type of persistent storage. If a client suffers some type of error after receiving

US 6,889,244 B1

5

a message, the client is not able to request retransmission of the message from fabric 26. What is needed in the art is a practical way for a customer to use the same highly reliable and fault tolerant interconnection fabric to carry both file I/O transactions and messaging traffic, and also allowing a client to request retransmission of messages.

## SUMMARY OF THE INVENTION

The present invention is a method and apparatus for passing messages between server and client applications using a fault tolerant storage system (FTSS). The interconnection fabric that couples the FTSS to the computer systems that host the client and server applications may also be used to carry messages. In accordance with the present invention, a networked system capable of hosting a distributed application includes a plurality of computer systems coupled to an FTSS via an FTSS interconnection fabric. The FTSS not only processes file-related I/O transactions, but also carries message traffic. In addition, the FTSS includes several message agents to facilitate message transfer in a reliable and fault tolerant manner. The message agents include a conversational communication agent, an event-based communication agent, a queue-based communication agent, a request/reply communication agent, and an unsolicited communication agent.

The highly reliable and fault tolerant nature of the FTSS ensures that the FTSS can guarantee delivery of a message transmitted from a sending computer system to a destination computer system. As soon as a message is received by the FTSS from a sending computer system, the message is committed to a nonvolatile write cache. Thereafter, the message is written to a redundant array of independent disks (RAID) of the FTSS, and processed by one of the message agents.

The present invention enhances the reliability and fault tolerance of messaging in several ways. First, messages may be transmitted between nodes using the FTSS interconnection fabric, which is highly reliable and fault tolerant. Since many systems that host distributed applications already include an FTSS, using the FTSS fabric instead of a less reliable network media, such as Ethernet, increases availability of the distributed application without the customer having to incur additional hardware costs.

Second, in the prior art, several messaging paradigms use agents that operate on separate servers. By moving these agents to the FTSS, availability is increased because the FTSS is typically more reliable than the servers to which it is coupled. Furthermore, since the FTSS is being used to pass messages anyway, providing the agents in the FTSS eliminates the need to route the messages to a separate server, thereby allowing the messages to be processed faster.

Finally, several prior art messaging paradigms pass interprocess communication messages directly between nodes in a transient manner. In the present invention, these messages pass through the FTSS and are stored in and retained by the FTSS, thereby allowing any application to "rollback" to a known point and retrieve lost messages from the FTSS.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a highly reliable fault-tolerant prior art system that may be used to host a distributed application.

FIG. 2 shows a highly reliable fault-tolerant system in accordance with the present invention that may be used to host a distributed application.

FIG. 3 is a block diagram of a prior art computer system that illustrates how messages are processed.

6

FIG. 4 is a block diagram of a computer system having a middleware product that passes messages to another computer system via a fault tolerant storage system (FTSS), in accordance with the present invention.

FIG. 5 is a block diagram of an FTSS that passes messages between client and server nodes via communication agents, in accordance with the present invention.

FIG. 6 is a block diagram illustrating a conversational communication agent provided in the FTSS of FIG. 5.

FIG. 7 is a block diagram illustrating an event-based communication agent provided in the FTSS of FIG. 5.

FIG. 8 is a block diagram illustrating a queue-based communication agent provided in the FTSS of FIG. 5.

FIG. 9 is a block diagram illustrating a request/reply communication agent provided in the FTSS of FIG. 5.

FIG. 10 is a block diagram illustrating an unsolicited communication agent provided in the FTSS of FIG. 5.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention is a method and apparatus for passing messages between server and client applications using a fault tolerant storage system (FTSS). The interconnection fabric that couples the FTSS to the computer systems that host the client and server applications may also be used to carry messages.

FIG. 2 shows a networked system 30 in accordance with the present invention. Networked system 30 may be used to host a distributed application, such as an on-line store accessible from the Internet. System 30 includes computer systems 32, 34, 36, 38, 40, and 42, fault tolerant storage system (FTSS) 44, and FTSS interconnection fabric 46. Although only computer systems are shown in FIG. 2, those skilled in the art will recognize that other network nodes may be coupled to FTSS 44 via fabric 46, such as printers, scanners, backup systems, and the like. Although not shown in FIG. 2, computer systems 32, 34, 36, 38, 40, and 42 may be coupled to each other and to other computers via another interconnection fabric, such as an Ethernet network, which in turn may be coupled to the Internet via a gateway.

Typically, interconnection fabric 46 will be comprised of high-speed interfaces and related cabling used to connect computer systems and storage systems, such as small computer system interfaces (SCSI), fiber channel interfaces, or enterprise system connectivity (ESCON) interfaces. In a typical FTSS, these interfaces tend to connect each computer system directly to the FTSS, but do not connect the computer systems to each other.

In accordance with the present invention, FTSS 44 not only processes file-related I/O transactions, but also carries message traffic. In addition, FTSS 44 includes several message agents to facilitate message transfer in a reliable and fault tolerant manner, as described below. The highly reliable and fault tolerant nature of FTSS 44 ensures that FTSS 44 can guarantee delivery of a message transmitted from a sending computer system to a destination computer system. To see how this is accomplished, first consider a typical FTSS, such as the SureStore® XP512 Disk Array, which is a product of Hewlett-Packard Company. The XP512 has a battery-protected fully redundant nonvolatile write cache that can range in size from 2 gigabytes to 32 gigabytes. As soon as a message is received by FTSS 44 from a sending computer system, the message is committed to the nonvolatile write cache. Thereafter, the message is written to a redundant array of independent disks (RAID) of FTSS 44, and processed by one of the message agents.

US 6,889,244 B1

7

Before considering the present invention in greater detail, first consider how messages that are transmitted between network nodes are processed in a prior art computer using a middleware product such Bea Tuxedo®, which is a product of BEA Systems, Inc. FIG. 3 shows a prior art computer system 48. Client and server applications that use middleware messaging are represented by block 50. These applications pass messages to other nodes using an application-to-transaction monitor interface (ATMI), which is represented by block 52 and is part of middleware product 53. The ATMI provides a series of functions that may be called by the client and server applications to pass messages, as will be described in greater detail below.

The messaging paradigms supported by middleware product 53 are represented by block 54. The conversational communication paradigm is represented by block 56, the event-based communication paradigm is represented by block 58, the queue-based communication paradigm is represented by block 60, the request/reply communication paradigm is represented by block 62, and the unsolicited communication paradigm is represented by block 64. Block 54 communicates with the I/O services of the operating system, which are represented by block 55, to transmit messages. FIG. 3 illustrates how messages are transmitted between network nodes. Accordingly, block 54 communicates with network I/O block 68 to send and receive messages from other network nodes via network fabric 70.

In accordance with the present invention, FIG. 4 shows how middleware product 76 is modified in computer system 32 of FIG. 2, as well as the other computer systems shown in FIG. 2, to pass messages via FTSS 44. Similar to prior art FIG. 3, client and server applications that use middleware messaging are represented by block 72. These applications pass messages to other nodes using an application-to-transaction monitor interface (ATMI), which is represented by block 74 and is part of middleware product 76. Note that all the function calls available in prior art ATMI 52 in FIG. 3 are available in ATMI 74, thereby providing complete compatibility with prior art applications.

The messaging paradigms supported by middleware product 76 are represented by block 78. The conversational communication paradigm is represented by block 80, the event-based communication paradigm is represented by block 82, the queue-based communication paradigm is represented by block 84, the request/reply communication paradigm is represented by block 86, and the unsolicited communication paradigm is represented by block 88. Block 78 communicates with the I/O services of the operating system, which are represented by block 90, to transmit messages. However, unlike messaging paradigms block 54 of FIG. 3, block 78 has been modified to pass messages between computer systems coupled to FTSS 44 by communicating with message agents in FTSS 44. Accordingly, block 78 communicates with fault tolerant storage block 94 of file I/O block 92, which is provided by operating system I/O services 90.

The communication between block 78 and FTSS 44 can be accomplished several ways. For example, a series of directories can be defined on FTSS 44 to store incoming and outgoing messages as files. Using this technique, block 78 can pass messages to FTSS 44 by writing messages as files into the appropriate directory of FTSS 44. Another way to accomplish this communication is to use the techniques disclosed in a co-pending application entitled "A Fault Tolerant Storage System Having an Interconnection Fabric That Also Carries Network Traffic" by Blaine D. Gaither et al., which is incorporated by reference above. This applica-

8

tion teaches how a network protocol stack can be modified to route all network traffic between nodes coupled to the FTSS via the FTSS interconnection fabric. Using the techniques taught in this application, each message agent in FTSS 44 can be assigned an address, and block 78 can communicate with the network protocol stack to transmit the messages to FTSS 44. If this technique is used, the messages would first pass through the network protocol stack before being processed by fault tolerant storage block 94. Those skilled in the art will understand how to adapt the teachings herein to pass messages from messaging paradigms bock 78 to FTSS 44.

In accordance with the present invention, FIG. 5 illustrates how FTSS 44 can be modified to support messaging. In FIG. 5, FTSS 44 includes file operations unit 96, which processes file I/O requests in a manner similar to the prior art. Incoming file data is first committed to non-volatile write cache 98, and is then stored in RAID 100. Outgoing file data is retrieved from RAID 100, and then transmitted to the node that requested the file data.

Messaging agents block 102 includes several messaging agents that support the messaging paradigms described above. Accordingly, messaging agents block 102 includes conversational communication agent 104, event-based communication agent 106, queue-based communication agent 108, request/reply communication agent 110, and unsolicited communication agent 112.

In the following discussion, the communication agents will be described in greater detail. A variety of queues and other data structures will be illustrated. All of these data structures are stored in fault tolerant storage, such: as RAID 100 and/or nonvolatile write cache 98. In addition, all incoming messages are immediately stored in fault tolerant storage. Furthermore, the communication agents retain old message transactions for some time after the message transactions are complete. In some of the figures discussed below, old transactions will be illustrated, while in other figures, retention of the old transactions is assumed. Saving the old transactions allows any node engaged in messaging to recover from an error by "rolling back" to a known point in the message transaction, and reconstructing the transaction. Transactions can eventually be deleted using some mechanism known in the art, such as an expiration date and time or a FIFO queue. Since a typical FTSS can be configured with terabytes of data, the FTSS is will suited for retaining old message transactions.

FIG. 6 is a diagram illustrating conversational communication agent 104. Before discussing agent 104 in greater detail, first consider the relevant ATMI function calls provided by block 74 in FIG. 4 that support conversational communication in a Bea Tuxedo® system. The C programing language version of these function calls will be discussed below, however analogous function calls are available in other languages, such as COBOL and Java.

The function tpconnect( ) is used to begin a conversation with another node, and the function tpdiscon( ) is used to end the conversation. To send a message in the conversation, the function tpsend( ) is used, and to receive a message in the conversation, the function tprecv( ) is used.

FIG. 6 illustrates conversation communication agent 104. Agent 104 includes a conversation manager 114, open conversations 116, and closed conversations 118. When a client node calls tpconnect( ) to open a conversation with a server node, conversation manager 114 creates an open conversation 116. When either node calls tpsend( ), the message in the conversation is stored in the appropriate open

**9**

conversation **116**, and is transmitted to the other node. Since the message is transmitted to the other node by manager **114**, when the other node calls the function tprecv( ), the message is provided locally to program that called the tprecv( ) function. However, if the other node suffered some type of error or failure that caused it to lose the message, the message can still be retrieved from the appropriate open conversation **116**. When either node calls tpdiscon( ), the conversation is closed and is moved to closed conversations **118**, and is retained for a period of time, as discussed above. Accordingly, either node can "rollback" to a known point by accessing open conversations **116** or closed conversations **118**. Note that in the prior art, conversations occurred directly between the client and server in a transient manner. By providing conversational communication agent **104** in FTSS **44**, reliability and fault tolerance are increased because conversations are also retained in FTSS **44**.

FIG. **7** is a diagram illustrating event-based communication agent **106**. Before discussing agent **106** in greater detail, first consider the relevant ATMI function calls provided by block **74** in FIG. **4** that support event-based communication.

The function tpsubscribe( ) allows a client to subscribe to receive certain types of event messages, and the function tpunsubscribe( ) allows the client to unsubscribe. The function tppost( ) allows a server to post an event message.

In FIG. **7**, event-based communication agent **106** includes an event broker **120**, which includes a subscription manager **122**, and event queues **124**. Subscription manager **122** maintains lists of clients that have subscribed to certain events using the tpsubscribe( ) function call. When a server posts an event message using the tppost( ) function call, the message is posted in the appropriate event queue **124**, and is relayed to all client nodes that have subscribed to the event. If a particular client suffers some type of error or other failure, the client can access event broker **120** to retrieve any event messages corresponding to events to which it has subscribed. In the prior art, an event broker was also provided on a server. However, the present invention increases reliability and fault tolerance by providing the event broker in FTSS **44**. In a typical distributed application that includes an FTSS, the FTSS will typically be more reliable and fault tolerant than the servers coupled to the FTSS.

FIG. **8** is a diagram illustrating queue-based communication agent **108**. For reasons that will be come apparent below, this type of messaging is also known in the art as "store and forward" messaging. Before discussing agent **108** in greater detail, first consider the relevant ATMI function calls provided by block **74** in FIG. **4** that support queue-based communication. The function tpenqueue( ) enqueues a message to a message queue and the function tpdequeue( ) dequeues a message from the message queue.

In FIG. **8**, a client application on computer system **32** of FIG. **2** seeks to execute a service of a server application on computer **38**. First, the client calls the tpenqueue( ) function, which passes the service message to queue-based communication agent **108** on FTSS **44**. Queue unit **126** enqueues the service message in queue space **130**. Forwarding unit **128** dequeues the service message and forwards the message to the server application on computer system **38**. Forwarding unit **128** communicates with the server application using request/reply communication, which will be described in greater detail below with reference to FIG. **9**. Accordingly, forwarding unit **128** executed a tpcall( ) function to transmit the service message to computer system **38**. The server application processes the service message and forms a client

**10**

reply message, and returns the client reply message to forwarding unit **128** by calling a tpreturn( ) function. Forwarding unit **128** enqueues the client reply message in queue space **130**. Sometime thereafter, the client application on computer system **32** calls the tpdequeue( ) function to retrieve the client reply message. Queue unit **126** retrieves the client reply message from queue space **130** and transmits the message to the client application of computer system **32**.

In the prior art, a queue-based communication manager was also provided on a server. However, the present invention increases reliability and fault tolerance by providing the queue-based communication manager in FTSS **44**. As mentioned above, in a typical distributed application that includes an FTSS, the FTSS will typically be more reliable and fault tolerant than the servers coupled to the FTSS.

FIG. **9** is a diagram illustrating request/reply communication agent **110**. Before discussing agent **110** in greater detail, first consider the relevant ATMI function calls provided by block **74** in FIG. **4** that support queue-based communication. The function tpcall( ) is used to initiate a synchronous request/reply transaction to a service, and the function tpascall( ) is used to initiate an asynchronous request to a service. After the service is executed, the server application calls tpreturn( ) to return the reply message. As discussed above, in synchronous mode, a client sends a request to a server, which performs the requested action while the client waits. The server then sends the reply to the client, which receives the reply. In asynchronous mode, the client does not wait for a server to complete a service request before the client undertakes other tasks. Accordingly, a reply is implied with a tpcall( ) function in synchronous mode. In asynchronous mode, a reply is received by calling the tpgetrply( ) function. An asynchronous request can also be cancelled by calling the tpcancel( ) function.

As discussed above, prior art request/reply communication is also implemented using transient inter-process communication (IPC) message queues. Each server is assigned an IPC message queue called a request queue, and each client is assigned an IPC message queue called a reply queue. Accordingly, a client application can send requests to the server by putting those requests on the server's queue, and then check and retrieve messages from the server by retrieving messages from its own reply queue. The present invention provides request/reply communication with additional reliability and fault tolerance by replicating each IPC message queue in FTSS **44**, and storing the contents of the IPC message queues in RAD **100** and/or nonvolatile write cache **98** of FIG. **5**.

In FIG. **9**, request/reply communication agent **110** maintains a request and reply queue for each request and reply queue present on a computer system configured to transmit messages between network nodes. Accordingly, request queue **132** and reply queue **134** correspond to queues in computer system **32**, and request queue **136** and reply queue **138** correspond to queues in computer system **42**. Router **140** routes the messages between the queues.

For example, assume that a client application on computer system **32** calls the tpcall( ) or tpascall( ) function to send a request message to a server application on computer system **42**. The request message is transmitted to request queue **132**. Router **140** receives the request message and routes it to request queue **136**, and in turn the request message is transmitted to the server application on computer system **42**. The server application processes the request message and calls the tpreturn( ) function to transmit the reply message back to the client application. The reply message is

US 6,889,244 B1

11

enqueued in reply queue **138**. Router **140** routes the reply message to reply queue **134**, and the reply message is retrieved by the client application in computer system **32**.

Note that the method used to process messages in FIG. **9** can be applied to any type of inter-process communication. By intercepting and storing IPC messages within FTSS **44**, an application can easily recover from an error or other type of failure by accessing agent **110** to receive messages from the queues.

FIG. **10** is a diagram illustrating unsolicited communication agent **112**. Before discussing agent **112** in greater detail, first consider the relevant ATMI function calls provided by block **74** in FIG. **4** that support event-based communication. The function tpnotify( ) sends an unsolicited message to a single client and tpbroadcast( ) sends a message to several clients. Note that unsolicited communication is similar to event-based communication, except that there is no subscription function.

In FIG. **10**, unsolicited communication agent **112** includes an unsolicited message manager **142** and unsolicited message queue **114**. When a server calls the tpnotify( ) or tpbroadcast( ) function, the message is posted in queue **144**, and is relayed to the appropriate nodes. If a particular client suffers some type of error or other failure, the client can access unsolicited message manager **142** to retrieve any relevant unsolicited messages.

The present invention enhances the reliability and fault tolerance of messaging in several ways. First, messages may be transmitted between nodes using FTSS interconnection fabric **46** of FIG. **2**. Fabric **46** is highly reliable and fault tolerant. Since many systems that host distributed applications already include an FTSS, using fabric **46** instead of a less reliable network media, such as Ethernet, increases availability of the distributed application without the customer having to incur additional hardware costs.

Second, in the prior art, several messaging paradigms, such as queue-based communication and event based communication, use agents that operate on separate servers. By moving these agents to the FTSS, availability is increased because the FTSS is typically more reliable than the servers to which it is coupled. Furthermore, since the FTSS is being used to pass messages anyway, providing the agents in the FTSS eliminates the need to route the messages to a separate server, thereby allowing the messages to be processed faster.

Finally, several prior art messaging paradigms, such as conversational communication and request/reply communication, pass IPC messages directly between nodes in a transient manner. In the present invention, these IPC messages pass through the FTSS and are stored in and retained by the FTSS, thereby allowing any application to "rollback" to a known point and retrieve lost IPC messages from the FTSS.

Although the present invention has been described with reference to preferred embodiments, workers skilled in the art will recognize that changes may be made in form and detail without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A method of transmitting messages between a first node and a second node, wherein the first and second nodes are each coupled to a fault tolerant storage system (FTSS), the method comprising:

transmitting a message from the first node to a communication agent in the FTSS;

storing the message in a data structure in highly reliable fault-tolerant storage media of the FTSS;

12

processing the message at the FTSS in accordance with a messaging paradigm; and

transmitting the message from the FTSS to the second node.

**2**. The method of claim **1** wherein the messaging paradigm is a request/reply communication paradigm, and:

transmitting a message from the first node to a communication agent in the FTSS comprises:

transmitting a request message from the first node to a request/reply communication agent in the FTSS;

storing the message in a data structure in highly reliable fault-tolerant storage media of the FTSS comprises:

storing the request message in a request queue in highly reliable fault-tolerant storage media of the FTSS;

processing the message at the FTSS in accordance with a messaging paradigm comprises:

retrieving the request message from the request queue; and

transmitting the message from the FTSS to the second node comprises:

transmitting the request message from the FTSS to a service on the second node;

and the method further comprises:

executing the service on the second node using the request message as an input

and providing a reply message as an output;

transmitting the reply message from the second node to the request/reply communication agent in the FTSS;

storing the reply message in a reply queue in highly reliable fault-tolerant storage media of the FTSS;

retrieving the reply message from the reply queue; and

transmitting the reply message from the FTSS to the first node.

**3**. The method of claim **1** wherein the messaging paradigm is a conversational communication paradigm, and:

transmitting a message from the first node to a communication agent in the FTSS comprises:

transmitting a connect message from the first node to a conversational communication agent in the FTSS;

processing the message at the FTSS in accordance with a messaging paradigm comprises:

opening a conversation queue in highly reliable fault-tolerant storage media of the FTSS;

storing the message in a data structure in highly reliable fault-tolerant storage media of the FTSS comprises:

storing the connect message in the conversation queue; and

transmitting the message from the FTSS to the second node comprises:

transmitting the connect message from the FTSS to the second node.

**4**. The method of claim **3** and further comprising:

transmitting a send message from the first node to the conversational communication agent in the FTSS;

storing the send message in the conversation queue;

transmitting the send message to from the FTSS to a service on the second node;

executing the service in the second node using the send message as an input and providing a receive message as an output;

transmitting the receive message from the second node to the conversational communication agent in the FTSS;

US 6,889,244 B1

**13**

storing the receive message in the conversation queue; and

transmitting the receive message to the first node.

**5**. The method of claim **3** and further comprising:

transmitting a disconnect message from the first node to the conversational communication agent in the FTSS;

closing the conversation queue; and

transmitting the disconnect message to the second node.

**6**. The method of claim **1** wherein the messaging paradigm is an event-based communication paradigm, and:

transmitting a message from the first node to a communication agent in the FTSS comprises:

transmitting a post message from the first node to an event-based communication agent in the FTSS;

processing the message at the FTSS in accordance with a messaging paradigm comprises:

accessing a subscription manager to determine whether any nodes have subscribed to receive the event represented by the post message;

storing the message in a data structure in highly reliable fault-tolerant storage media of the FTSS comprises:

storing the post message in an event queue in highly reliable fault-tolerant storage media of the FTSS; and

transmitting the message from the FTSS to the second node comprises:

transmitting the post message from the FTSS to the second node if the

second node has subscribed to receive the event represented by the post message.

**7**. The method of claim **6** and further comprising:

transmitting a subscribe message from the second node to the event-based communication manager in the FTSS, wherein the subscribe message includes an event; and

accessing the subscription manager to record that the second node has subscribed to receive post messages associated with the event.

**8**. The method of claim **6** and further comprising:

transmitting an unsubscribe message from the second node to the event-based communication manager in the FTSS, wherein the unsubscribe message includes an event; and

accessing the subscription manager to record that the second node should no longer receive post messages associated with the event.

**9**. The method of claim **1** wherein the messaging paradigm is a queue-based communication paradigm, and:

transmitting a message from the first node to a communication agent in the FTSS comprises:

transmitting an enqueue message from the first node to a queue-based communication agent in the FTSS;

storing the message in a data structure in highly reliable fault-tolerant storage media of the FTSS comprises:

**14**

storing the enqueue message in a queue space in highly reliable fault tolerant storage media of the FTSS;

processing the message at the FTSS in accordance with a messaging paradigm comprises:

retrieving the enqueue message from the queue space only if the second node is available; and

transmitting the message from the FTSS to the second node comprises:

transmitting the enqueue message from the FTSS to a service on the second node only if the second node is available;

and the method further comprises:

executing the service on the second node using the enqueue message as an input and providing a dequeue message as an output;

transmitting the dequeue message from the second node to the queue-based communication agent in the FTSS;

storing the dequeue message in the queue space;

retrieving the dequeue message from the queue space; and

transmitting the dequeue message from the FTSS to the first node.

**10**. The method of claim **1** wherein the messaging paradigm is an unsolicited communication paradigm, and:

transmitting a message from the first node to a communication agent in the FTSS comprises:

transmitting a broadcast message from the first node to an unsolicited communication agent in the FTSS;

processing the message at the FTSS in accordance with a messaging paradigm comprises:

accessing determining which nodes should receive the broadcast message based on the broadcast message;

storing the message in a data structure in highly reliable fault-tolerant storage media of the FTSS comprises:

storing the broadcast message in an unsolicited message queue in highly reliable fault-tolerant storage media of the FTSS; and

transmitting the message from the FTSS to the second node comprises:

transmitting the post message from the FTSS to all nodes that should receive the broadcast message.

\* \* \* \* \*

Exhibit D

US007251588B2

(12) **United States Patent**  (10) **Patent No.:**  **US 7,251,588 B2**
Graupner et al.  (45) **Date of Patent:**  **Jul. 31, 2007**

(54) **SYSTEM FOR METRIC INTROSPECTION IN MONITORING SOURCES**

(75) Inventors: **Sven Graupner**, Mountain View, CA (US); **Keith I. Farkas**, San Carlos, CA (US); **Jerome Rolia**, Kanata (CA); **Martin F. Arlitt**, Calgary (CA)

(73) Assignee: **Hewlett-Packard Development Company, L.P.**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/158,868**

(22) Filed: **Jun. 22, 2005**

(65) **Prior Publication Data**

US 2007/0005302 A1   Jan. 4, 2007

(51) **Int. Cl.**
    *G06F 17/00*      (2006.01)
(52) **U.S. Cl.** ...................... **702/188**; 340/500; 702/127; 702/187; 707/1; 707/10; 707/104.1; 700/90
(58) **Field of Classification Search** .................. 73/432; 324/158.1; 340/3.1, 3.3, 3.31, 3.32, 500, 340/853.1, 870.01, 999; 700/90; 702/1, 702/108, 127, 187, 188; 705/16, 20, 21; 707/1, 7, 10, 102, 104.1
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,283,304 | A * | 11/1966 | Sinn et al. | 340/10.41 |
| 3,516,063 | A * | 6/1970 | Arkin et al. | 340/3.3 |
| 3,516,072 | A * | 6/1970 | Wallace, Jr. | 702/188 |
| 3,541,513 | A * | 11/1970 | Patterson | 340/10.41 |
| 3,623,158 | A * | 11/1971 | Liewelyn et al. | 711/200 |
| 4,057,847 | A * | 11/1977 | Lowell et al. | 702/122 |
| 4,227,245 | A * | 10/1980 | Edblad et al. | 700/95 |
| T0,104,003 | I4 * | 3/1984 | Hall et al. | 712/28 |
| 4,812,996 | A * | 3/1989 | Stubbs | 702/123 |

| | | | | |
|---|---|---|---|---|
| 5,206,812 | A * | 4/1993 | Abumehdi | 705/410 |
| 5,504,922 | A * | 4/1996 | Seki et al. | 703/25 |
| 5,619,654 | A * | 4/1997 | Mukai et al. | 725/74 |
| 5,841,975 | A * | 11/1998 | Layne et al. | 709/203 |
| 6,571,201 | B1 * | 5/2003 | Royal et al. | 702/188 |
| 2003/0204377 | A1 * | 10/2003 | Royal et al. | 702/188 |
| 2004/0216139 | A1 * | 10/2004 | Rhoda et al. | 719/320 |
| 2006/0015602 | A1 * | 1/2006 | Inoue et al. | 709/223 |
| 2007/0005302 | A1 * | 1/2007 | Graupner et al. | 702/188 |

FOREIGN PATENT DOCUMENTS

EP    0 278 163 A2 *  8/1988

OTHER PUBLICATIONS

Carney, D. et al., "Monitoring Streams—A New Class of Data Mangement Applications", in Brown Computer Science Technical Report, TR-CS-02-04, pp. 0-13.

Ciuffoletti, A. et al., "Architecture of Monitoring Elements for the Network Element Modeling in a Grid Infrastructure", presented in Computing in High Energy Physics, La Jolla, California Mar. 24-28, 2003, pp. 1-4.

Configuring Metric Collection for z/OS Systems, Tivoli Software, [online] [Retrieved on Sep. 14, 2005] Retrieved from: http://publib.boulder.ibm.com/tividd/td/ITMWI/SC23-4705-02/en_US/HTML/wasugmst39.htm, pp. 1-3.

* cited by examiner

*Primary Examiner*—Edward R Cosimano
(74) *Attorney, Agent, or Firm*—Richard P. Lange

(57)  **ABSTRACT**

According to one embodiment, a method comprises storing metric definitions for at least one monitored component in a machine-readable format to a data storage device. The method further comprises enabling access by at least one monitoring tool to the metric definitions via a metric introspection interface. The method further comprises the at least one monitoring tool autonomously comprehending the metric definitions for use in processing monitoring data collected for the at least one monitored component.

**32 Claims, 5 Drawing Sheets**





FIG. 1



*FIG. 2A*

21 — PROVIDE METRIC DEFINITIONS FOR AT LEAST ONE MONITORED COMPONENT IN A MACHINE-READABLE FORMAT

22 — ENABLING ACCESS BY AT LEAST ONE MONITORING TOOL TO THE METRIC DEFINITIONS VIA A METRIC INTROSPECTION INTERFACE

23 — THE AT LEAST ONE MONITORING TOOL AUTONOMOUSLY COMPREHENDS THE METRIC DEFINITIONS FOR USE IN PROCESSING MONITORED DATA COLLECTED FOR AT LEAST ONE MONITORED COMPONENT



*FIG. 2B*

201 — PROVIDE METRIC DEFINITIONS FOR AT LEAST ONE MONITORED COMPONENT IN A MACHINE-READABLE FORMAT

202 — MONITORING TOOL ACCESSES THE METRIC DEFINITIONS TO DETERMINE THE METRIC DEFINITIONS OF THE AT LEAST ONE MONITORED COMPONENT

203 — MONITORING TOOL ACCESSES THE METRIC DATA COLLECTED FOR THE AT LEAST ONE MONITORED COMPONENT

204 — MONITORING TOOL PROCESSES THE METRIC DATA BASED AT LEAST IN PART ON THE CORRESPONDING METRIC DEFINITIONS FOR THE METRIC DATA



*FIG. 3*

U.S. Patent          Jul. 31, 2007          Sheet 4 of 5          US 7,251,588 B2

*FIG. 4*



401 — A DESCRIPTION OF A MONITORED COMPONENT IS PROVIDED IN A MACHINE-READABLE FORM AND STORED IN THE MONITORING SOURCE

402 — INSTRUMENTATION IS ASSOCIATED WITH THE MONITORED COMPONENT PROVIDING THE MECHANISM TO OBTAIN RAW MEASUREMENT DATA

403 — THE METRIC DESCRIPTION OF THE CAPTURED RAW DATA IS PROVIDED IN A MACHINE-READABLE FORM AND STORED IN THE MONITORING SOURCE

404 — RAW MEASUREMENT DATA IS REPORTED TO THE MONITORING DATA STORE

405 — A MONITORING TOOL ACCESSES THE METRIC MODEL IN ORDER TO UNDERSTAND THE FORMAT (SCHEMA) OF METRIC DEFINITIONS

406 — THE MONITORING TOOL ACCESSES THE METRIC DEFINITIONS AND/OR THE COMPONENT DESCRIPTIONS THROUGH THE METRIC INTROSPECTION INTERFACE

407 — BASED ON THE METRIC DEFINITIONS AND/OR COMPONENT DESCRIPTIONS, THE MONITORING TOOL FORMULATES AN INQUIRY FOR SPECIFIC MONITORING DATA WHICH IT SUBMITS TO THE MONITORING DATA INTERFACE

408 — THE SPECIFIC MONITORING DATA ARE RETURNED FROM THE MONITORING DATA STORE TO THE MONITORING TOOL



*FIG. 5*

US 7,251,588 B2

**1**

## SYSTEM FOR METRIC INTROSPECTION IN MONITORING SOURCES

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is related to concurrently filed and commonly assigned U.S. patent application Ser. No. 11/158,776 entitled "SYSTEM AND METHOD FOR AUTONO-MOUSLY CONFIGURING A REPORTING NETWORK" now pending; Ser. No. 11/158,777 entitled "SYSTEM FOR PROGRAMMATICALLY CONTROLLING MEASURE-MENTS IN MONITORING SOURCES" now pending; Ser. No. 11/158,756 entitled "A MODEL-DRIVEN MONITOR-ING ARCITECTURE" now pending; and Ser. No.11/158,376 entitled "SYSTEM AND METHOD FOR USING MACHINE-READABLE META-MODELS FOR INTER-PRETING DATA MODELS IN A COMPUTING ENVI-RONMENT" now pending; the disclosures of which is hereby incorporated herein by reference.

### FIELD OF THE INVENTION

The following description relates in general to monitoring systems, and more particularly to systems and methods for providing metric definitions in machine-readable format for metrics included in monitoring data collected for a monitored component.

### DESCRIPTION OF RELATED ART

Computing systems of various types are widely employed today. Data centers, grid environments, servers, routers, switches, personal computers (PCs), laptop computers, workstations, devices, handhelds, sensors, and various other types of information processing devices are relied upon for performance of tasks. Monitoring systems are also often employed to monitor these computing systems. For instance, monitoring systems may be employed to observe whether a monitored computing system is functioning properly (or at all), the amount of utilization of resources of such monitored computing system (e.g., CPU utilization, memory utiliza-tion, I/O utilization, etc.), and/or other aspects of the moni-tored computing system. In general, monitoring instrumen-tation (e.g., software and/or hardware) is often employed at the monitored system to collect information, such as infor-mation regarding utilization of its resources, etc. The col-lected information may be stored to a data store (e.g., database or other suitable data structure) that is either local to or remote from the monitored computing system, and monitoring tools may then access the stored information. In some instances, tasks may be triggered by the monitoring tools based on the stored information. For example, a monitoring tool may generate utilization charts to display to a user the amount of utilization of resources of a monitored system over a period of time. As another example, alerts may be generated by the monitoring tool to alert a user to a problem with the monitored computing system (e.g., that the computing system is failing to respond). As still another example, the monitoring tool may take action to re-balance workloads among various monitored computing systems (e.g., nodes of a cluster) based on the utilization information observed for each monitored computing system.

Today, monitoring data is collected in the form of metrics that are defined and observed for a monitored computing system. Each monitoring metric follows a type structure that defines its name, the data type (e.g., integer, string, datetime,

**2**

etc.), and the unit (e.g., percent, kilobyte, etc.). Further, a semantic definition of the metric may be provided in a form that is not machine-readable. These definitions are com-monly used by solution engineers to properly select metrics for certain purposes and configure monitoring tools to access proper metrics. Metric definitions are not provided by a system itself in a machine-readable format. Thus, the metric definitions are not available for use by configuration tools for supporting the automation of monitoring and reporting configurations.

Suppose, for example, instrumentation is implemented for a first monitored computing system, wherein such instru-mentation collects monitoring data regarding CPU utiliza-tion and memory utilization for the first monitored comput-ing system. Further, suppose the instrumentation uses the following metric definition for the monitoring data collected for the first monitored computing system: 1) CPU Utiliza-tion: parameter name="CPU_util" and unit=percent; and 2) Memory Utilization: parameter name="memory_util" and unit=percent. Additionally, suppose that instrumentation is implemented for a second monitored computing system, wherein such instrumentation collects monitoring data regarding CPU utilization and memory utilization for the second monitored computing system. The instrumentation for the second monitored computing system uses the fol-lowing metric definition: 1) CPU Utilization: parameter name="utilization_CPU" and unit=percent; and 2) Memory Utilization: parameter name="utilization_memory" and unit=kilobytes. A monitoring tool may be implemented to query the data store(s) for the collected monitoring data for each of these computing systems.

However, the metric definitions are not provided in a machine-readable format such that a monitoring tool can ascertain the definition of a given metric. Rather, a user is traditionally required to understand the metric definitions of each of the monitored computing systems and hard-code the monitoring tool for understanding the monitoring data observed for each monitored system. For instance, with reference to the above example, a user is traditionally required to understand that the parameter name for memory utilization is memory_util for the first computing system and such parameter is measured in units of percentage of use, and the user hard-codes the monitoring tool to query the data store for such "memory_util" and perform the appropriate operations based on knowledge that the retrieved values are "percentage of use." Similarly, the user is traditionally required to understand that the parameter name for memory utilization is utilization_memory for the second computing system and such parameter is measured in kilobytes, and the user hard-codes the monitoring tool to query the data store for such "utilization_memory" and perform the appropriate operations based on knowledge that the retrieved values are kilobytes used.

For improved efficiency, it is often desirable to have monitoring tools be capable of autonomously performing many tasks based on monitoring data, rather than requiring operator interaction. For instance, it may be desirable to implement a monitoring tool that, responsive to observing from the monitoring data that a monitored system is not responding (or is encountering a particular error condition), is capable of taking responsive action such as migrating an application from one computer system to another one, etc., rather than requiring a user to perform such responsive action. However, implementing the monitoring tools for performing such tasks based on monitoring data is difficult and/or inefficient because it requires a user to hard-code the monitoring tool to understand the metrics of each monitored

US 7,251,588 B2

3

computing system for which the monitoring tool is to process monitoring data (e.g., for taking responsive action, etc.). Further, for each newly added computing system that a monitoring tool is to monitor, or for any updates to the instrumentation of a monitored computing system, the hard-coding of the monitoring tool must be updated to utilize the new monitoring data.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an exemplary system according to one embodiment of the present invention;

FIGS. 2A-2B show exemplary operational flows according to certain embodiments of the present invention;

FIG. 3 shows an exemplary system according to one embodiment of the present invention;

FIG. 4 shows an exemplary operational flow of the exemplary system of FIG. 3 according to one embodiment of the present invention; and

FIG. 5 shows another exemplary system that employs an embodiment of the present invention.

## DETAILED DESCRIPTION

Embodiments of the present invention provide metric definitions in machine-readable form to enable a first computer system to access such metric definitions to understand metrics used in monitoring data collected for a monitored computer system. FIG. 1 shows an exemplary system 100 according to one embodiment of the present invention. System 100 includes monitored components 102A and 102B (referred to collectively as monitored components 102) that have respective monitoring instrumentation 103A and 103B (referred to collectively as monitoring instrumentation 103) for collecting monitoring data. For instance, as is well-known in the art, monitoring instrumentation 103 may comprise hardware and/or software for collecting information about monitoring components 102, which may also be referred to herein as "monitored computing systems." Monitored components 102 may each comprise any type of monitored computing system, such as a data center, grid environment, server, router, switch, personal computer (PC), laptop computer, workstation, devices, handhelds, sensors, or any other information processing device and/or an application executing on such an information processing device. While two monitored components 102 are shown in the exemplary system 100, embodiments of the present invention may be employed for any number of monitored components.

As is further known in the art, the monitoring data for monitored component 102A collected by monitoring instrumentation 103A is stored to monitoring data store 104A, and monitoring data for monitored component 102B collected by monitoring instrumentation 103B is stored to monitoring data store 104B. Such data stores 104A and 104B (referred to collectively herein as data stores 104) may be stored to any suitable form of computer-readable storage medium, such as memory (e.g., RAM), a hard drive, optical disk, floppy disk, tape drive, etc., and may store the monitoring data in the form of a database or any other suitable data structure. The data stores 104 may be local to or remote from their respective monitored components and/or monitoring instrumentation. Further, in certain implementations a given monitoring data store 104 may store monitoring data for a plurality of different monitored components, e.g., the monitoring data collected for monitored components 102A and 102B may, in some implementations, be stored to a single

4

monitoring data store 104. In certain embodiments, the monitoring data is communicated by monitoring instrumentation 103 to monitoring data stores 104 via a communication network (not shown), such as the Internet or other wide-area network (WAN), a local area network (LAN), a telephony network, a wireless network, or any other communication network that enables two or more information processing devices to communicate data.

In addition to monitoring data stores, the metric introspection interface can also be used by other components of the monitoring infrastructure, such as elements discussed in the exemplary monitoring infrastructure embodiments described further in U.S. patent application Ser. No. 11/158,776 titled "A MODEL-DRIVEN MONITORING ARCHITECTURE" now pending, and U.S. patent application Ser. No. 11/158,776 titled "SYSTEM AND METHOD FOR AUTONOMOUSLY CONFIGURING A REPORTING NETWORK" now pending, as examples. Metric introspection interfaces may be offered at diffrent levels such as the component level or system or services levels. These interfaces may be related and may depend on one another.

A monitoring tool 105 is further implemented, which is operable to access (e.g., via a communication network) the collected monitoring data in monitoring data stores 104A and 104B. As used herein, a "monitoring tool" refers to any device that is operable to access the collected monitoring data for at least one monitored component. Monitoring tool 105 may comprise a server, PC, laptop, or other suitable information processing device, which may have one or more software applications executing thereon for accessing the monitoring data in monitoring data stores 104 for one or more of monitored components 102. Monitoring tool 105 may be implemented, for example, to take responsive actions based on such monitoring data.

In accordance with embodiments of the present invention, system 100 further includes metric introspection interface 101 that enables monitoring tool 105 to access machine-readable definitions of the metrics of the monitoring data collected for each of monitored component 102A and 102B. That is, metric definitions 10 may be stored in computer-readable format for the monitoring data collected by instrumentation 103A for monitored component 102A, and metric definitions 11 may be stored in computer-readable format for the monitoring data collected by instrumentation 103B for monitored component 102B. Such metric definitions 10 and 11 may be stored to any suitable form of computer-readable storage medium, such as memory (e.g., RAM), a hard drive, optical disk, floppy disk, tape drive, etc., and may store the monitoring data in the form of a database or any other suitable data structure.

Accordingly, monitoring tool 105 is capable of determining via the machine-readable metric definitions 10 and 11, the metrics used in the collected monitoring data for each of monitored component 102A and 102B. That is, monitoring tool 105 can access machine-readable metric definitions 10 and 11 to comprehend the metrics used in the collected monitoring data for each of monitored component 102A and 102B, and can thus be operable to perform appropriate processing of the collected monitoring data (e.g., to take appropriate responsive actions). Accordingly, a user is not required to hard-code metric definitions for each monitored component into the monitoring tool 105.

As an example, the metric definition(s) 10 for monitored component 102A may be as follows:

US 7,251,588 B2

| 5 | | 6 |

**TABLE 1**

| Parameter Type | Parameter Name | Unit |
|---|---|---|
| CPU Utilization | CPU_UTILIZATION A | Percent |
| Memory Utilization | MEMORY_UTILIZATION A | Percent |
| I/O Utilization | I/O_A | KBit/sec |

As a further example, the metric definition(s) **11** for monitored component **102**B may be as follows:

**TABLE 2**

| Parameter Type | Parameter Name | Unit |
|---|---|---|
| CPU Utilization | CPU_UTILIZATION | Percent |
| Memory Utilization | MEMORY_UTILIZATION A | Megabytes |

Continuing with the above examples, monitoring tool **105** can determine from metric definitions **10** and **11** the parameter name to use for querying the monitoring data stores **104** for a given parameter type collected for each of monitored components **102**, and can further comprehend the unit of measurement of the corresponding values collected for such parameter type. For instance, monitoring tool **105** can determine from metric definitions **10** that the CPU utilization parameter collected for monitored component **102**A is named "CPU_UTILIZATION A" and is measured in percentage of use. Thus, monitoring tool **105** can query monitoring data store **104**A for CPU_UTILIZATION A and comprehend that the corresponding value(s) obtained are percentage of use of the monitored component **102**A's CPU. For instance, if the value 80 is returned for CPU_UTILIZATION A, monitoring tool **105** comprehends from metric definitions **10** that such value represents 80% utilization of monitored component **102**A's CPU. Similarly, monitoring tool **105** can determine from metric definitions **11** that the CPU utilization parameter collected for monitored component **102**B is named "CPU_UTILIZATION" and is measured in percentage of use. Thus, monitoring tool **105** can query monitoring data store **104**B for CPU_UTILIZATION and comprehend that the corresponding value(s) obtained are percentage of use of the monitored component **102**B's CPU.

Further, monitoring tool **105** can determine from metric definitions **10** that the I/O utilization parameter collected for monitored component **102**A is named "I/O_A" and is measured in KBit/sec. Thus, monitoring tool **105** can query monitoring data store **104**A for I/O_A and comprehend that the corresponding value(s) obtained are KBit/sec usage of the monitored component **102**A's I/O. For instance, if the value 1000 is returned for I/O_A, monitoring tool **105** comprehends from metric definitions **10** that such value represents 1000 KBit/sec utilization of monitored component **102**A's I/O. Similarly, monitoring tool **105** can determine from metric definitions **11** that the memory utilization parameter collected for monitored component **102**B is also named "MEMORY_UTILIZATION A" but is measured in megabytes. Thus, monitoring tool **105** can query monitoring data store **104**B for MEMORY_UTILIZATION A and comprehend that the corresponding value(s) obtained are megabytes of memory used in the monitored component **102**B's memory. Monitoring tool **105** can comprehend from metric definitions **10** and **11** that memory utilization values collected for monitored component **102**A are measured in percentage of use (e.g., percentage of the component's total memory that is consumed), while memory utilization values

collected for monitored component **102**B are measured in megabytes used, and can thus adapt its processing of each monitoring data accordingly.

In other embodiments, metric definitions **10** may include other parameter types aside from metric name and units. These other parameter types may include one or more of the following: the method by which the metric is measured (e.g., average, sample, maximum, minimum, etc.) the time period of the measurement (e.g., 300 seconds), what is measured (e.g., user time, operating system time, both), and for metrics that are ratios (e.g., CPU shares=CPU Utilization * number of CPUs), the properties of each part of the ratio (e.g., how was CPU Utilization measured and how was the number of CPUs measured).

The names of the parameter types that are encoded in the metric definitions **10** are known to the programmer who wrote the monitoring tool **105**, and thus encoded in the monitoring tool **105**. If a common understanding in naming does not exist, then the monitoring tool **105** may, for example, request the metric definition for CPU Utilization and receive in return the metric definition for Memory Utilization. In one embodiment of the present invention, the names of the parameter types are the parameter names of one or more monitoring sources. In another embodiment, the names of the parameter types correspond to a commonly accepted set of generic (canonical) names. The examples illustrated in Tables 1 and 2 above illustrate this embodiment. Finally, in yet another embodiment, a taxonomy of names is used that is derived from a set of common metric definitions. This taxonomy defines, for example, a unique name for each metric with a set of specific properties. Thus, CPU_UTIL_AVG_5 may be used to name the canonical CPU utilization metric measured using an average over the last 5 minutes, while CPU_UTIL_SAMPLE_5 may be the name given to CPU utilization that is samples at the end of the 5 minute window.

Additionally, monitoring tool **105** can determine which parameter **13** pes are monitored for each of the monitored components **102**. In this example, monitored component **102**A has monitoring data collected for CPU, memory, and I/O utilization, while monitored component **102**B has monitoring data collected for CPU and memory utilization. If further instrumentation is later implemented on monitored component **102**B to collect monitoring data for its I/O utilization, then its metric definitions **11** may be updated to so reflect such further parameter type being available in the collected monitoring data. **1** The metric definitions **10** and **11** may be supplied/updated in any oh arious ways. For instance in one embodiment, the metric definitions are stored to a computer-readable data store (e.g., memory, hard disk, etc.) during part of installing/configuring instrumentation for a monitored component. For instance, as a user installs instrumentation software, such installation process may generate metric definitions (or prompt the user to provide such metric definitions) which are stored to a computer-readable data store that is accessible via metric introspection interface **101**. In another embodiment, the metric definitions may be supplied by a user, and in still other embodiments, they are properties of the monitoring instrumentation (**103**) and hence provided by the developer of said instrumentation. Finally, a system may be able to autonomously discover the metric definitions of the current instrumentation for a monitored component enabled by additional meta-data that may be available in a model-driven monitoring architecture, such as the exemplary model-driven monitoring architecture described further in commonly assigned U.S. patent application Ser. No. 11/158,756 titled "A MODEL DRIVEN

US 7,251,588 B2

7

MONITORING ARCHITECTURE" now pending, and supply the metric definitions for such monitored component. In one exemplary embodiment, an automated "metric scanner" may be implemented that searches through the metric interfaces of known monitoring metrics and lay out a "map" of metrics that are available in an environment. Metric discovery may rely on a registry to which metric information is advertised as pail of a model-driven monitoring architecture, such as described further in certain embodiments of the model-driven monitoring architecture of commonly assigned U.S. patent application Ser. No. 11/158756 titled "A MODEL-DRIVEN MONITORING ARCHITECTURE" now pending. In another embodiment an "advertisement service" is implemented to which monitoring sources proactively register their respective metric information and subscribers can look this information up.

As one example of programming monitoring tool **105** utilizing the machine-readable metric definitions, consider the following scenario. Programming monitoring tool **105** may be programmed to query, via metric introspection interface **101**, the metric definitions **10** for monitored component **102**A to determine the parameter name and unit of measurement for CPU utilization, and then query monitoring data store **104**A for values collected in the monitoring data for such parameter name. Monitoring tool **105** may further be programmed to perform some processing of the collected monitoring data based on the corresponding metric definitions. For instance, monitoring tool **105** may be implemented to generate one or more charts displaying CPU utilization for monitored component **102**A over time, wherein such charts can include an indication that the values are in percentage of use. As another example, monitoring tool **105** can be implemented to take some responsive action if the CPU utilization exceeds a threshold. For instance, if component **102**A's percentage of CPU utilization exceeds 90%, monitoring tool **105** may off-load part of the workload from monitored component **102**A to another device. Because monitoring tool **105** can autonomously determine the metric definitions for the monitoring data collected for monitored component **102**A, a user need not hard-code such metric definitions into monitoring tool **105**, which may allow for more flexible and efficient programming of monitoring tool **105**.

FIGS. **2**A-**2**B show exemplary operational flows according to certain embodiments of the present invention. FIG. **2**A shows a first exemplary operational flow of an embodiment of the present invention. In operational block **21**, metric definitions for monitoring data collected for at least one monitored component are provided in machine-readable form, such as metric definitions **10** and **11** of FIG. **1**. In block **22**, access by at least one monitoring tool to the metric definitions is enabled via a metric introspection interface. In block **23**, the at least one monitoring tool autonomously comprehends the metric definitions for use in processing monitoring data collected for the at least one monitored component. That is, the monitoring tool(s) are capable of comprehending the metric data based on their corresponding definitions without requiring user interaction.

FIG. **2**B shows another exemplary operational flow of an embodiment of the present invention. In operational block **201**, metric definitions for monitoring data collected for at least one monitored component are provided in machine-readable form, such as metric definitions **10** and **11** of FIG. **1**. In block **202**, a monitoring tool accesses the machine-readable metric definitions to determine the metric definitions of the at least one monitored component. For instance, monitoring tool **105** can access the machine-readable metric

8

definitions **10** to determine the metric definitions of collected monitoring data for monitored component **102**A in the exemplary system **100** of FIG. **1**. In block **203**, the monitoring tool accesses metric data (or "monitoring data") collected for the at least one monitored component. For instance, the monitoring tool **105** can access the collected monitoring data in monitoring data store **104**A for monitored component **102**A in the exemplary system **100** of FIG. **1**. In block **204**, the monitoring tool processes the metric data based at least in part on the corresponding metric definitions for the metric data. For instance, as described above, the monitoring tool may generate charts or take responsive actions based on the metric data and its comprehension of the corresponding metric definitions thereof.

According to certain embodiments of the present invention, monitoring sources are provided with introspection interfaces, a mechanism by which a monitoring source may be queried to learn the components that it monitors, and the metrics available for each component. That is, in certain embodiments the metric definitions, such as definitions **10** and **11** of FIG. **1**, are made available in a machine-readable format on a monitoring source, as described further below.

In certain embodiments, a system comprises a set of monitoring sources that exist in a monitored environment such as instrumentation agents or monitoring databases. The system further comprises a common metric model defining the framework (e.g., syntax) within which monitoring metrics are formally defined. The system further comprises a set of metric definitions containing descriptions of metrics with such information as parameter name, data type, unit, etc., and a set of component descriptions about which monitoring data is collected and to which metrics are associated. The system further comprises a set of interfaces associated with monitoring sources that enable access by other systems (e.g., monitoring tools) to the metric information, and a process to query and explore metric and component information through these interfaces for autonomously configuring and reconfiguring monitoring tools.

An example of such an embodiment is shown in FIG. **3**. That is, FIG. **3** shows an exemplary system **300** according to one embodiment of the present invention. System **300** comprises monitored component **102**A with corresponding instrumentation **103**A, such as in FIG. **1**. System **300** further includes an exemplary implementation of metric introspection interface **101**, shown as metric introspection interface **101₁**, which is implemented in a monitoring source **301**. In this example, metric introspection interface **101₁** enables access by monitoring tool **105** to component information **31** (e.g., information identifying a monitored component, such as monitored component **102**A) and corresponding metric definition information **30** for such monitored component. Monitoring source **301** further includes monitoring data store **104**A and a monitoring data interface **302** that enables access to such monitoring data store **104**A by monitoring tool **105**.

In general, a monitoring source **301** is a component that gathers and/or stores monitoring data about monitored components, such as monitored component **102**A, in an environment. Monitoring sources commonly include monitoring data store **104**A and corresponding monitoring data interface **302** for enabling accessing the actual monitoring data stored in monitoring data store **104**A. This exemplary embodiment further includes metric introspection interface **101₁** for enabling access to descriptive meta-data about the monitored component **102**A and the metrics for which monitoring data are collected in the monitoring source.

US 7,251,588 B2

9

The process of accessing metric definitions through the metric introspection interface may be referred to as introspection. According to one embodiment, various methods are provided by metric introspection interface $101_1$, including without limitation the following methods:

getMetricByParameterType(parameter type), which returns all metric definitions matching the provided parameter type;

getMetricByName(name), which returns all metric definitions matching the provided name, which may contain wildcards for specifying multiple names or names that are not fully known;

getMetricByComponent(component), which returns all metric definitions that are available for the monitored component indicated by the argument;

getMetricByComponentType(component type), which returns all metric definitions available for the monitored component type indicated by the argument;

getAllComponents(componentSelector), which returns all component descriptions that are available for the monitored component indicated by the argument, which may contain wildcards for specifying multiple names or names that are not fully known; and

getAllMetrics( ), which returns all metric definitions available from this monitoring source.

There is also a mechanism that enables subscription for event notifications when the availability of metrics changes.

subscribe(name of subscribing entity), which subscribes to notifications when availability of metrics or components changes.

unsubscribe(name of unsubscribing entity), which unsubscribes to notifications when availability of metrics or components changes.

In this exemplary embodiment, metric definitions conform to a metric model 303 that is common across the entire monitoring environment (e.g., may be common across many different monitoring sources). For each metric that is accessible through the monitoring data interface 302, a metric definition 30 exists that defines the metric, which in this exemplary embodiment defines the metric in terms of the following:

metric name,

(optional) equivalent name that may be used in a consumer's namespace

metric association (references to component descriptions to which the metric is associated),

data type,

unit, and

definition (as human-readable text).

The metric name, equivalent name, metric association, data type, and unit are provided in a pre-defined machine-readable format such that monitoring tool 105 can access such information for a given metric. Thus, those fields (and/or other fields) may be used to provide a machine-readable definition of a metric that can be comprehended by monitoring tool 105. The "definition" field above provides a human-readable definition of the metric, which may enable a user to review information about the given metric.

For each monitored component, a component description 31 exists that identifies a monitored component for which monitoring data is collected, which in this exemplary embodiment includes the following base attributes of a monitored component:

name,

id,

dependencies (references to other component descriptions),

10

description of the access point, which indicates where monitoring data can be accessed by a consumer.

Further attributes may be included in certain embodiments. For each monitored component for which a component description 31 exists, one or more corresponding metric definitions 30 for the monitoring data collected for such described monitored component may be associated therewith (e.g., linked via a relational database, etc.).

FIG. 3 also shows exemplary operations (numbered 1-8 in FIG. 3) that may occur when monitoring tool 105 accesses monitoring data according to one embodiment of the present invention, which are described further below in connection with the corresponding exemplary operational flow of FIG. 4. That is, FIG. 4 shows an exemplary operational flow of the exemplary system 300 of FIG. 3 according to one embodiment of the present invention.

In operational block 401 (process I of FIG. 3), a description 31 of a monitored component 102A is provided in a machine-readable form and stored in the monitoring source 301. Such description 31 may be provided by a user or by monitored component 102A itself, as examples and the machine-readable form may, as examples, be CIM mof format, i.e., the standard used in CIM, which is the Common Information Model dmtg.org, extensible markup language (XML) format, or serialized object format (commonly used in programming languages). In operational block 402 (process 2 of FIG. 3), instrumentation 103A is associated with the monitored component 102A providing the mechanism to obtain raw measurement data (also referred to herein as "monitoring data"). In block 403 (process 3 of FIG. 3), the metric definition 30 of the raw data is provided in a machine-readable manner an d stored in the monitoring source 301. In operational block 404 (process 4 of FIG. 3), raw measurement data collected by instrumentation 103A for monitored component 102A is reported to the monitoring data store 104A, and may be stored there persistently. In this exemplary process, raw monitoring data is directly obtained from instrumentation 103A. Alternatively, in certain embodiments, tools can process data and feed results hack into the monitoring data store 104A making the results available in the same fashion as raw data. If new or changed metrics are added, additional meta-data defining such metrics is provided in metric description 30 for component 102A such as was described in block 403.

In operational block 405 (process 5 of FIG. 3), a monitoring tool 105 accesses the metric model 303 in order to understand the format (schema) of metric definitions 30. The metric model contains descriptions of the metrics and the components for which metrics are available. The metric model defines the syntax of these descriptions and names used for referring to metrics and components. These descriptions are made available to the consumer through the metric introspection interface and allow a consumer to obtain that information which can be used to connect to the desired monitoring data. The consumer interprets descriptions for this purpose. In block 406 (process 6 of FIG. 3), the monitoring tool 105 accesses the metric definitions 30 and/or the component descriptions 31 through the metric introspection interface 101 using the methods discussed above. Based on that information, the monitoring tool 105 can formulate an inquiry for specific monitoring data which it submits to the monitoring data interface 302 in operational block 407 (process 7 in FIG. 3). From there, the specified monitoring data are returned from the monitoring data store 104A to the monitoring tool 105 in operational block 408 (process 8 in FIG. 3).

US 7,251,588 B2

**11**

FIG. **5** shows another exemplary system **500** that employs an embodiment of the present invention. The exemplary system **500** illustrates a scenario of migrating an application in a monitoring environment. System **500** comprises a number of monitoring sources, shown as monitoring sources **301**A-**301**C, which each include a monitoring data store with corresponding interface (shown as "MD" **104**A-**104**C, respectively) and metric definitions and component descriptions with corresponding interface (each shown as metric introspection interface **101**₁). System **500** further includes instrumentation for collecting monitoring data for monitored components (not shown) for storage to the monitoring data stores **104**A-**104**C of monitoring sources **301**A-**301**C. Instrumentations **103**A₁ and **103**A₂ collect monitoring data and store such monitoring data to MD **104**A of monitoring source **301**A; instrumentation **103**B, collects monitoring data and stores such monitoring data to MD **104**B of monitoring source **301**B; and instrumentations **103**C₁-**103**C₃ collect monitoring data and store such monitoring data to MD **104**C of monitoring source **301**C. Reporting tool chains **105**t₁ and **105**t₂ are included, which are described further below. Reporting tool chain **105**t₁ accesses monitoring sources **301**A and **301**C, and reporting tool chain **105**t₂ accesses monitoring sources **301**A and **301**B in this example. These tool chains may also provide system administrators with information about the utilization of the data centers and the behavior of the applications.

Accordingly, system **500** provides a monitoring environment that has a number of monitoring sources **301**A-**301**C and a number of tools **105**t₁-**105**t₂ that access, process, store and report monitoring data. The monitoring sources are implemented for different data center locations **502**A-**502**C, respectively, in this example.

Further, in this example, application **501** initially resides in data center **502**C and is monitored by instrumentation **103**C₃. Monitoring data is delivered from instrumentation **103**C₃ to monitoring source **301**C. Reporting tool chain **105**t₁ receives monitoring data for application **501** through monitoring source **301**C.

Assume now that application **501** is migrated to the data center **502**A, by a system administrator or monitoring tool (FIG. **1**, **105**). In one embodiment, this event causes a notification to be sent to both reporting tool chains alerting them to the fact that application **501** has moved, and hence, that the monitoring data for it is no longer available from monitoring source **301**C. Consequently, tool chains **105**t₁ and **105**t₂ will reconfigure so as to obtain the data about application **501** from monitoring source **301**A, which in turn, obtains data about application **501** from its new instrumentation **103**A₂. The tool chain uses metric introspection interface **101**₁ to retrieve the new definitions for the metrics of interest, and use this information to subsequently retrieve the monitoring data for application **501** from monitoring data interface **104**A. In an alternate embodiment, following the migration of the application **501**, the monitoring data for application **501** may be migrated to monitoring source A.

In view of the above, embodiments of the present invention advantageously make metric definitions for monitoring data available in machine-readable format. Making definitions about monitoring metrics and monitored components available in a machine-readable manner allows their discovery in a larger management environment and use for automatic reconfiguration of tool chains processing, and analyzing and reporting monitoring data, as examples. Discovered monitoring metrics can be used to automatically configure and reconfigure those monitoring tools and systems in a management environment to access proper monitoring

**12**

sources and extract the metrics of interest and to hide and tolerate changes in a monitoring environment.

As described above with the exemplary system of FIG. **5**, one area in which embodiments of the present invention are particularly suited for application is the commercial data center where applications can automatically be deployed in a data center and/or may migrate from data center to data center (and/or applications may migrate to other machines within a data center). Embodiments of the present invention may be used to introduce descriptions in a common format about new components that have been introduced and about the metrics that are collected for those new components. By allowing introspection of monitoring metrics of the new monitoring source, tools or operators can explore the new state of the environment and reconfigure processing and reporting tool chains accordingly, either manually or automatically. Certain embodiments of the present invention, such as in the exemplary system **300** of FIG. **3** and the exemplary system **500** of FIG. **5**, provides formal machine-readable definitions of monitoring metrics as an integral part of a monitoring source. Of course, in other embodiments such machine-readable definitions may be implemented as part of any system that is accessible by one or more monitoring tools.

What is claimed is:

**1**. A method comprising:

storing metric definitions for at least one monitored component in a machine-readable format to a data storage device;

enabling access by at least one monitoring tool to the metric definitions via a metric introspection interface; and

the at least one monitoring tool autonomously comprehending the metric definitions for use in processing monitoring data collected for the at least one monitored component.

**2**. The method of claim **1** further comprising:

storing to a data storage device a machine-readable model that specifies a framework used by said machine-readable metric definitions.

**3**. The method of claim **1** wherein said processing comprises at least one of the following:

taking responsive action based on a value of a metric included in the monitoring data for the at least one monitored component.

**4**. The method of claim **1** wherein said machine-readable format comprises one selected from the group consisting of: XML, CIM mof, a structured file format, and serialized object format.

**5**. The method of claim **1** wherein said metric definitions comprise:

parameter type, parameter name, and parameter unit.

**6**. The method of claim **5** wherein said metric definitions further comprise at least one of the following:

data type and timestamp.

**7**. The method of claim **1** wherein said metric definitions comprise:

a transformation function for deriving a new metric value from another metric value.

**8**. The method of claim **7** wherein the transformation function is a mathematical or logical expression in which one or more variables of the expression are metric names.

**9**. The method of claim **1** further comprising:

storing to a data storage device information, in machine-readable format, identifying the at least one monitored component.

US 7,251,588 B2

**13**

10. The method of claim **9** further comprising:

associating the machine-readable metric definitions with the information identifying the corresponding monitored component to which the metric definitions relate.

11. The method of claim **1** further comprising:

collecting monitoring data for the at least one monitored component.

12. The method of claim **11** further comprising:

the at least one monitoring tool accessing the monitoring data collected for the at least one monitored component; and

the monitoring tool processing the monitoring data based at least in part on the corresponding metric definitions.

13. A method comprising:

storing metric definitions for at least one monitored component in a machine-readable format to a data storage device;

a monitoring tool accessing the machine-readable metric definitions to determine the metric definitions used in monitoring data collected for the at least one monitored component;

the monitoring tool accessing said monitoring data collected for the at least one monitored component; and

the monitoring tool processing the monitoring data based at least in part on the corresponding metric definitions.

14. The method of claim **13** wherein said machine-readable format comprises one selected from the group consisting of: XML, CIM mof, a structured file format, and serialized object format.

15. The method of claim **13** wherein said metric definitions comprise:

a transformation function for deriving a new metric value from another metric value.

16. The method of claim **13** wherein said processing comprises at least one of the following:

taking responsive action based on a value of a metric included in the monitoring data for the at least one monitored component.

17. The method of claim **13** wherein said metric definitions comprise:

parameter type, parameter name, and parameter unit.

18. The method of claim **17** wherein said metric definitions further comprise at least one of the following:

data type and timestamp.

19. The method of claim **13** further comprising:

storing to a data storage device information, in machine-readable format, identifying the at least one monitored component.

20. The method of claim **19** further comprising:

associating the machine-readable metric definitions with the information identifying the corresponding monitored component to which the metric definitions relate.

21. A system comprising:

monitored component;

instrumentation for collecting monitoring data about said monitored component;

monitoring data store for storing the collected monitoring data;

an interface enabling a monitoring tool to access the monitoring data store;

machine-readable component description identifying the monitored component, said machine-readable component description stored to a computer-readable medium;

machine-readable metric definition defining at least one metric used in the collected monitoring data, said

**14**

machine-readable metric definition stored to a computer-readable medium; and

an interface enabling said monitoring tool to access said machine-readable component description and said machine-readable metric definition.

22. The system of claim **21** wherein said machine-readable metric definition has a format of one selected from the group consisting of: XML, CIM mof, a structured file format, and serialized object format.

23. The system of claim **21** further comprising:

the monitoring tool operable to process the monitoring data based at least in part on the corresponding metric definitions.

24. The system of claim **23** wherein said processing comprises at least one of the following:

taking responsive action based on a value of a metric included in the monitoring data for the monitored component.

25. A method comprising:

storing to a data storage device information, in machine-readable format, identifying a monitored component;

storing to a data storage device metric definitions, in machine-readable format, defining at least one metric used in monitoring data collected for the monitored component;

collecting monitoring data for the monitored component; and

enabling access by a monitoring tool to the machine-readable information identifying the monitoring component, the machine-readable metric definitions, and the collected monitoring data.

26. The method of claim **25** wherein said machine-readable metric definitions comprise:

metric name,

metric association that references to machine-readable information identifying a component to which the metric is associated,

data type, and

unit.

27. The method of claim **25** wherein said machine-readable information identifying the monitored component comprises information identifying at least one of the following for the component:

name,

id,

dependencies, and

access point.

28. The method of claim **25** wherein said enabling access comprises:

providing a metric introspection interface for accessing to the machine-readable information identifying the monitoring component, the machine-readable metric definitions.

29. The method of claim **28** wherein the metric introspection interface supports at least one of the following operations:

a getMetricByName operation that returns all machine-readable metric definitions matching a provided name;

a getMetricByComponent operation that returns all machine-readable metric definitions that are available for a specified monitored component;

a getMetricByComponentType operation that returns all machine-readable metric definitions that are available for a specified component type;

a getMetricByParameterType operation that returns all machine-readable metric definitions available for a specified parameter type;

US 7,251,588 B2

15

a getAllComponents operation that returns all machine-readable information identifying components that is available for a specified component;

a getAllComponentTypes operation that returns all machine-readable metric definitions that are available for all component types; and

a getAllMetrics operation that returns all machine-readable metric definitions available from a specified monitoring source.

**30**. The method of claim **25** further comprising:

storing the collected monitoring data to a data store in a monitoring source.

16

**31**. The method of claim **30** wherein said storing said information identifying the monitored component comprises:

storing said information identifying the monitored component in said monitoring source.

**32**. The method of claim **31** wherein said storing said machine-readable metric definitions comprises:

storing said machine-readable metric definitions in said monitoring source.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# **CERTIFICATE OF CORRECTION**

PATENT NO.          : 7,251,588 B2                                          Page 1 of 1
APPLICATION NO. : 11/158868
DATED                   : July 31, 2007
INVENTOR(S)      : Sven Graupner et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In column 4, lines 14-15, delete "11/158,776 titled" and insert -- 11/158,756 titled --, therefor.

In column 6, line 38, delete "13 pes" and insert -- types --, therefor.

In column 6, line 44, delete "I/0" and insert -- I/O --, therefor.

In column 6, line 47, after "data." delete "1".

In column 6, line 48, delee "oh arious" and insert -- of various --, therefor.

In column 10, line 17, after "process" delete "I" and insert -- 1 --, therefor.

In column 10, line 40, delete "hack" and insert -- back --, therefor.

In column 10, line 60, delete "101" and insert -- $101_1$ --, therefor.

Signed and Sealed this

Fifteenth Day of July, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# Exhibit E

Case 1:24-cv-00054-GBW   Document 7-1   Filed 02/21/24   Page 95 of 142 PageID #: 283

US006850866B2

## (12) United States Patent
### Couchot et al.

(10) Patent No.: **US 6,850,866 B2**
(45) Date of Patent: **Feb. 1, 2005**

(54) **MANAGING PERFORMANCE METRICS DESCRIBING A RELATIONSHIP BETWEEN A PROVIDER AND A CLIENT**

(75) Inventors: **John T. Couchot**, McKinney, TX (US); **John R. Davey**, Plano, TX (US); **Joseph M. Donovan**, San Diego, CA (US); **James D. Hall**, Plano, TX (US); **Laura L. Wetzel**, The Colony, TX (US); **Minzhi Wang**, Plano, TX (US)

(73) Assignee: **Electronic Data Systems Corporation**, Plano, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 121 days.

(21) Appl. No.: **10/242,881**

(22) Filed: **Sep. 12, 2002**

(65) **Prior Publication Data**

US 2003/0078756 A1 Apr. 24, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/324,647, filed on Sep. 24, 2001.

(51) Int. Cl.$^7$ ............................................ **G06F 15/173**
(52) U.S. Cl. ..................... **702/182**; 702/185; 702/187; 709/224; 709/202
(58) Field of Search ................................ 702/182, 186, 702/187, 188; 709/224, 225, 226

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,726,056 A | 2/1988 | An et al. | 379/114.01 |
| 5,185,785 A | 2/1993 | Funk et al. | 379/111 |
| 5,758,071 A | 5/1998 | Burgess et al. | 709/220 |
| 5,905,868 A | 5/1999 | Baghai et al. | 709/224 |
| 5,923,741 A | 7/1999 | Wright et al. | 379/114.01 |
| 5,926,794 A | 7/1999 | Fethe | 705/11 |
| 6,112,239 A | 8/2000 | Kenner et al. | 709/224 |
| 6,418,467 B1 | 7/2002 | Schweitzer et al. | 709/223 |

| | | | |
|---|---|---|---|
| 6,449,588 B1 * | 9/2002 | Bowman-Amuah | 703/21 |
| 6,463,454 B1 * | 10/2002 | Lumelsky et al. | 718/105 |
| 6,516,350 B1 * | 2/2003 | Lumelsky et al. | 709/226 |
| 6,643,614 B2 * | 11/2003 | Ding et al. | 702/186 |
| 2002/0091817 A1 | 7/2002 | Hill et al. | 709/224 |

OTHER PUBLICATIONS

*Informix Product Family*, IBM Software: Database and Data Management: Informix Product Family: Overview; http://www–4.ibm.com/software/data/informix/, Oct. 17, 2001, 1 page.

*Solutions: Business Intelligence*, IBM Software: Database and Data Management: Informix Product Family: Business Intell, http://www–4.ibm.com/software/data/informix/solutions/bi.html, Oct. 17, 2001, 1 page.

*Informix Product Family: Solutions*, IBM Software: Database and Data Management: Informix Product Family: Solutions, http://www–4.ibm.com/software/data/informix/solutions/, Oct. 17, 2001, 2 pages.

*Solutions: Transactions* (*OLTP*), IBM Software: Database and Data Management: Informix Product Family: Transactions, http://www–4.ibm.com/software/data/informix/solutions/oltp.html, Oct. 17, 2001, 1 page.

(List continued on next page.)

*Primary Examiner*—Kamini Shah
(74) *Attorney, Agent, or Firm*—Baker Botts L.L.P.

(57) **ABSTRACT**

Managing performance metrics includes accessing a metric catalog comprising a number of metrics, where each metric is associated with a threshold value. A selection of a subset of metrics of the number of metrics is received, and a service is defined using the subset of metrics. Metric values describing performance of the service are determined, where each metric value corresponds to a threshold value associated with a metric of the subset of metrics. The metric values and the corresponding threshold values are compared, and the performance of the service is evaluated in accordance with the comparison.

**17 Claims, 13 Drawing Sheets**



**US 6,850,866 B2**

Page 2

## OTHER PUBLICATIONS

*Inforay Procurement Monitors*, http://www.inforay.com/main.html, Oct. 17, 2001, 6 pages.

*mySAP Financials—Strategic Enterprise Management*, SAP The Best–Run E–Businesses Run SAP, SAP—Strategic Enterprise Management, http://www.sap.com/sem/. 2001 SAP AG., 32 pages.

*Consulting and Training Services*, Tenacity Client Retention Consultants, http:/www.accountingmanagement.com/consulting training/mid.html, Oct. 18, 2001, 7 pages.

*Electronic Survey Software*, Survey Software, Online Surveys, Web Surveys, Customer Surveys and Questionnaires, Catapult Systems Corp., http://www.inquisitesurveysoftware.com/inq8, Oct. 18, 2001, 8 pages, 1997–2001.

*Global Carrier Uses Real–Time Feedback from Satmetrix Systems to Drive Organization Change*, Satmetrix Systems, Inc., Customer Success Story, Cable & Wireless, http://www.satmetrix.com/public/solution/products/rel.html, Oct. 24, 2001, 5 pages.

Patent Pending Application U.S. Appl. No. 10/008,098, entitled "Processing Performance Data Describing A Relationship Between A Provider And A Client," by Charles H. Kiser, et al., 67 total pages, Nov. 13, 2001.

Patent Pending Application, U.S. Appl. No. 10/243,168, entitled "Evaluating Performance Data Describing A Relationship Between A Provider And A Client," by Kevin T. Richards, 61 total pages, Sep. 12, 2002.

Patent Pending Application, U.S. Appl. No. 10/061,429, entitled "Reporting Performance Data Describing A Relationship Between A Provider And A Client," by John T. Couchot, et al., 74 total pages, Feb. 1, 2002.

* cited by examiner



*FIG. 1*



FIG. 2

FIG. 3A

START
420 GENERATE SURVEY PROFILE
WRITE PROFILE INFORMATION
421 WEBSITE?
NO
YES
423 INITIATE PROCESS FOR NON-WEBSITE NON-ENGLISH
422 ENGLISH?
NO
YES
424 NOTIFY CLIENT CONTACT
426 DESIGNATE AND APPROVE PARTICIPANTS
WRITE PARTICIPANT INFORMATION
SURVEY PROFILE
READ PARTICIPANT ADDRESSES
428 SEND SURVEY LINK TO PARTICIPANTS
430 INITIATE SURVEY PROCESS
WRITE SURVEY ANSWERS
432 MONITOR SURVEY RESULTS
CHECK FOR NEW SURVEY RESULTS
SURVEY RESULTS
NEW RESULTS?
NO
434 YES
FIRST RESPONDENT?
NO
RATED RESULTS
436 YES
RATED SURVEY
CHANGE LINK 438
ACTIVATE LINK 440
READ SURVEY ANSWERS
PROCESS SURVEY RESULTS 442
READ AND REMOVE
MOVE OLD SURVEY RESULTS
WRITE
HISTORICAL SURVEY
444
END

*FIG. 3B*





FIG. 4



*FIG. 5*



FIG. 6



FIG. 7

*FIG. 8*





FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13

US 6,850,866 B2

**1**

## MANAGING PERFORMANCE METRICS DESCRIBING A RELATIONSHIP BETWEEN A PROVIDER AND A CLIENT

### RELATED APPLICATIONS

This application claims benefit under 35 U.S.C. § 119(e) of U.S. Provisional Application Ser. No. 60/324,647, entitled "PROCESSING PERFORMANCE DATA DESCRIBING A RELATIONSHIP BETWEEN A PROVIDER AND A CLIENT," filed Sep. 24, 2001.

This application is related to U.S. patent application Ser. No. 10/008,098, entitled "PROCESSING PERFORMANCE DATA DESCRIBING A RELATIONSHIP BETWEEN A PROVIDER AND A CLIENT," filed Nov. 13, 2001; U.S. patent application Ser. No. 10/243,168, entitled "EVALUATING PERFORMANCE DATA DESCRIBING A RELATIONSHIP BETWEEN A PROVIDER AND A CLIENT," filed concurrently with this application; and U.S. patent application Ser. No. 10/253,792, entitled "MONITORING SUBMISSION OF PERFORMANCE DATA DESCRIBING A RELATIONSHIP BETWEEN A PROVIDER AND A CLIENT," filed Sep. 23, 2002.

### TECHNICAL FIELD OF THE INVENTION

This invention relates generally to the field of performance evaluation and more specifically to managing performance metrics describing a relationship between a provider and a client.

### BACKGROUND OF THE INVENTION

Both a provider of a service and the client that receives the service may want to have an evaluation of the performance of the service. Evaluation of a service, however, may be inconsistent across multiple clients or even within the provider. Consequently, existing techniques for effectively evaluating performance of a service may be unsatisfactory for many needs.

### SUMMARY OF THE INVENTION

In accordance with the present invention, a method, a system, and logic for managing performance metrics are provided that substantially eliminate or reduce the disadvantages and problems associated with previously developed techniques.

According to one embodiment of the present invention, managing performance metrics includes accessing a metric catalog comprising a number of metrics, where each metric is associated with a threshold value. A selection of a subset of metrics of the number of metrics is received, and a service is defined using the subset of metrics. Metric values describing performance of the service are determined, where each metric value corresponds to a threshold value associated with a metric of the subset of metrics. The metric values and the corresponding threshold values are compared, and the performance of the service is evaluated in accordance with the comparison.

Certain embodiments of the invention may provide the following technical advantage. A technical advantage of one embodiment may be that a service is defined using a set of metrics that is agreed to by the client. Each metric is associated with an aggregation method and a threshold value, which define how to combine and evaluate performance data. Accordingly, the service may be consistently evaluated in the specific manner allowed by the client.

Other technical advantages are readily apparent to one skilled in the art from the following figures, descriptions, and claims.

**2**

### BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of the present invention and for further features and advantages, reference is now made to the following description, taken in conjunction with the accompanying drawings, in which:

FIG. **1** is a block diagram of an example of a system for processing performance data;

FIG. **2** is a flowchart illustrating one example of a method for processing performance data;

FIGS. **3**A and **3**B are flowcharts illustrating one example of a process for gathering client data or provider data;

FIG. **4** is a flowchart illustrating one example of a method for evaluating client data or provider data;

FIG. **5** is a block diagram of one example of a quantitative data module;

FIG. **6** is a flowchart illustrating one example of a process for extracting data;

FIG. **7** is a flowchart illustrating one example of a process for transforming data;

FIG. **8** is a flowchart illustrating one example of a process for loading data;

FIGS. **9**, **10**, and **11** illustrate examples of displays for reporting performance data;

FIG. **12** illustrates an example of a screen for adding a metric to a metric catalog; and

FIG. **13** illustrates an example of a screen for defining an aggregation method for a metric.

### DETAILED DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an example of a system **10** for processing performance data. System **10** receives performance data describing a relationship between a provider and a client. The relationship may involve, for example, a service or product that the provider provides to the client. In the illustrated example, a service provider provides a service to the client.

Performance data may include qualitative data such as client data gathered from the client that describes the client's perspective of the service and provider data gathered from the provider that describes the provider's perspective of the service. Qualitative data may include performance perception data. The performance data may include quantitative data comprising measurements of the service taken with respect to a number of metrics. Quantitative data may include actual performance data. The performance data may comprise information from any combination of some or all of these types of data: client data, provider data, and quantitative data. System **10** evaluates and reports the performance data to the provider and/or the client. A method for processing performance data using system **10** is described in more detail with reference to FIG. **2**.

Referring to FIG. **1**, system **10** includes a provider data module **12**, a client data module **14**, a quantitative data module **16**, and a data reporter **18**. System **10** receives data from a provider computer system **20**, a client computer system **24**, and a quantitative data database **30**.

Provider computer system **20** may gather and send performance data generated by a provider, and may also be used to report evaluated performance data. A client computer system **24** may gather and send performance data generated by a client, and may also be used to report evaluated performance data. Application security, operating system security, digital certificates, or other suitable security measures may be used to restrict user access to the performance

US 6,850,866 B2

**3**

data. For example, a provider may not want a client to access specific comments describing the client.

Quantitative data database **30** stores quantitative data, which may include measurements of the service. Database manager **32** manages the data of quantitative data database **30**. A provider database **22** may be used to store performance data. A client database **26** may be used to store performance data. Databases **22**, **26**, and **30** may be combined or other databases or database configurations may be used without departing from the scope of the invention.

Provider computer system **20** and client computer system **24** may include appropriate input devices, output devices, mass storage media, processors, memory, or other components for receiving, processing, storing, and/or communicating information. As used in this document, the term "computer" is intended to encompass a personal computer, workstation, network computer, wireless data port, wireless telephone, personal digital assistant, one or more processors within these or other devices, or any other suitable processing device.

Provider data module **12** receives performance data from provider computer system **20**, and processes and evaluates the data. Client data module **14** receives client performance data from client computer system **24**, and processes and evaluates the data. Provider data module **12** and client data module **14** may receive performance data using any suitable data path. An example of processing and evaluating data that may be used by provider computer system **20** and/or client computer system **24** is described with reference to FIG. **4**.

Quantitative data module **16** receives quantitative data from quantitative data database **30**. Quantitative data module **16** processes and evaluates quantitative data. Quantitative data module **16** is described in more detail with respect to FIG. **5**. The functions of each module **12**, **14**, **16**, and **18** could be combined into a lesser number of modules or more modules could be used without departing from the scope of the invention. Where multiple clients and/or providers are involved, multiple copies of each module could be used or a single copy could be used.

Data reporter **18** such as a reporting engine receives evaluated provider data from provider data module **12**, evaluated client data from client data module **14**, and evaluated quantitative data from quantitative data module **16**. Data reporter **18** organizes the data to be reported to the provider and/or the client. The evaluated performance data may be reported using provider computer system **20** and/or client computer system **24**.

Existing techniques for providing information about a relationship may include software that displays information about the relationship. This type of software includes the STRATEGIC ENTERPRISE MANAGEMENT software by SAP AG, CORMANAGE and CORBUSINESS software by CORVU CORPORATION, COGNOS BUSINESS INTELLIGENCE PLATFORM by COGNOS INCORPORATED, and the CUSTOMER RESPONSIVENESS MONITOR by INFORAY, INC. This type of software, however, typically displays only quantitative measures of the relationship, not qualitative feedback from the client or the provider.

Other existing techniques for providing information about a relationship may include processes for gathering feedback from the client. These techniques include conducting personal or electronic interviews or surveys of the client to gather client feedback, and reporting the client feedback to the provider. Companies such as TENACITY, INC. provide such client retention services. Software such as INQUISITE by CATAPULT SYSTEMS, CORP. and SATMETRIX by

**4**

SATMETRIX SYSTEMS may be used to electronically survey clients to gather the client feedback. These techniques, however, generally do not provide quantitative information about the relationship or performance of the provider.

FIG. **2** is a flowchart illustrating one example of a method for processing performance data. According to the method, performance data describing a relationship between a provider and a client is gathered. Performance data may comprise data from one or more sources, for example, client data, provider data, or quantitative data. The gathered performance data may be evaluated and reported. The performance data may be reported to the provider at a provider site and/or the client at a client site. A provider site may comprise a computer that a provider may use to access system **10**, and client site may comprise a computer that a client may use to access system **10**.

Referring to FIG. **2**, steps **40** through **48** describe processing quantitative data. Steps **52** and **54** describe processing client data, and steps **56** and **58** describe processing provider data.

The method begins at step **40**, where metrics are defined. A metric may measure features of a service to provide quantitative data. A metric may describe, for example, deliverables delivered on time or orders and payments processed. For example, a metric may be used to determine that 95% of deliverables are delivered on time or that 95% of orders received are processed. Certain metrics may be standardized across a number of different industries. Other metrics may be specific to an industry or specific to a particular client or group of clients.

A set of metrics may be used to define a service or product for a specific client. For example, a service may be defined in part using a metric that describes on-time deliverables and a metric that describes computer uptime. The metric for on-time deliverables may have a threshold value of 95%, and the metric for computer uptime may have a threshold value of 99%. A service that fails to meet the threshold values may be deemed as unsatisfactory. Different clients may have different threshold values for the same metric. A service may be marketed using the metrics that define the service.

A metric may have a minimum threshold value and a target threshold value. A provider may try to provide a service that meets the target threshold value. If the service does not meet the target threshold value, system **10** may provide a warning to the provider. If the service fails to meet the minimum threshold value, the service may be deemed unsatisfactory.

Quantitative data is gathered at step **42** according to the metrics. Quantitative data includes measurements of the service taken according to the metrics. For example, the number of deliverables delivered on time may be measured. Quantitative data may be gathered in any suitable manner such as, for example, retrieving data from quantitative data database **30**, receiving input from clients or providers, or receiving data from other databases or systems. The quantitative data is stored at step **43**.

The quantitative data is transformed by quantitative data module **16** at step **44**. This step may be omitted for data that does not get transformed. Transforming the quantitative data may involve, for example, validating and mapping the quantitative data. Validating the quantitative data may involve checking whether the data is received from an authorized source, whether the data is complete, and whether the data includes valid values. Mapping may

US 6,850,866 B2

5

include checking to see whether the data values are mapped to appropriate fields.

The quantitative data is aggregated at step **46**. This step may be omitted for data that does not get aggregated. Data aggregation may involve summarizing values associated with multiple parts of an entity in order to obtain a value describing the entity as a whole. For example, data values describing sales at a number of locations of a client may be summarized to obtain a data value describing the sales for the client as a whole.

At step **48**, performance ratings are determined from the quantitative data using a performance routine. This step may be omitted for data that is not associated with a performance rating. A metric may have one or more corresponding threshold values associated with it. Quantitative data gathered at step **42** may be compared (either in raw form, transformed form, or aggregated form) with the threshold values in order to determine a performance rating. After determining the performance ratings, the quantitative data including the performance ratings may be stored at step **50**.

Client data is gathered from the client at step **52**. The client data describes the service from the client's perspective. Client data may be gathered in any suitable manner. For example, the client may be interviewed in person. Alternatively or additionally, the client may complete a survey presented in any suitable manner. For example, the survey may be presented using a website with a query web page displaying a number of performance queries. The survey may also be presented in an electronic mail message or on paper. A process for gathering client data or provider data is described with reference to FIGS. **3**A and **3**B. The client data is stored at step **53**. Client data module **14** determines performance ratings from the client data at step **26**. A method for determining performance ratings is described with respect to FIG. **4**. The method then proceeds to step **50** to store the client data including the performance ratings. As was the case above, this step may be omitted if no performance rating is associated with particular data.

Provider data is gathered from the provider at step **56**. Provider data describes the service from the provider's perspective. The provider data may be gathered in any suitable manner, for example, using the techniques described with respect to step **52**. Alternatively, a provider may directly enter provider data. The provider data is stored at step **57**. Provider data module **12** determines performance ratings from the provider data at step **58**. A method for determining performance ratings is described with respect to FIG. **4**. The method proceeds to step **50** to store the provider data, including the performance ratings. As was the case above, this step may be omitted if no performance rating is associated with particular data.

The performance data is organized at step **60**. For example, certain data may be selected to be reported to the provider, and other data may be selected to be reported to the client. The performance data is reported to the provider at the provider site at step **62**. Examples of displayed data are described with reference to FIGS. **9** and **10**. The reported performance data may include client data, provider data, and quantitative data. Performance data is reported to the client at the client site at step **64**. The reported performance data may also include client data, provider data, and quantitative data. The performance data reported at the client site may be different from or similar to the performance data reported at the provider site.

In each case the reported data may be all or a subset of the stored data. Access to some or all of the stored data may be

6

restricted with respect to the client, the provider, or certain personnel thereof.

At step **65**, if the ratings are satisfactory, the method terminates. If the ratings are not satisfactory, the method proceeds to step **66**. At step **66**, the provider and the client may respond to the reported performance data. For example, if the performance data indicates a problem with the service, the provider may initiate a critical response procedure, which may involve obtaining feedback from the client. The method then returns to steps **40**, **52**, and **56**.

FIG. **3**A is a flowchart illustrating an example of a process for gathering data from a client using a survey generator of client data module **14**. The process may also be used to gather data from a provider using provider data module **12**. The process begins at step **420**, where a survey profile is generated, and profile information from the survey profile is stored in a survey profile database. The survey profile may be generated by a user conducting the survey, for example, representative of the provider. Profile information may include the types of questions, or performance queries, selected for the survey and the language in which the questions are to be presented.

The illustrated example process may initiate other processes. For example, if the questions are not to be presented using a website at step **421**, a process for conducting non-website surveys may be initiated at step **423**. An example of such a process is described with reference to FIG. **3**B. Other processes, however, may be initiated or the process for gathering data may be terminated without departing from the scope of the invention. If the questions are to be presented using a website, the process proceeds to step **422**. Alternatively or additionally, for example, if the questions are not to be presented in English at step **422**, a process for conducting non-English surveys may be initiated at step **423**. Other processes, however, may be initiated or the process for gathering data may be terminated without departing from the scope of the invention. If the questions are to be presented in English at step **422**, the process proceeds to step **424**.

Client data module **14** notifies a client contact of the survey at step **424**. The client contact may comprise a representative of the client who is designated as a contact person for the provider. The client contact may be notified by an electronic mail message that includes a link back to client data module **14**. At step **426**, the client contact designates the participants to be surveyed and provides approval to survey the participants. The client contact may submit information about the participants and the approval using the link to client data module **14**. Participant information such as the participants' names and electronic mail addresses is written into a survey profile database.

A survey link that allows participants to access the survey is sent to the participants at step **428**. The survey link may comprise a uniform resource identifier (URI) address pointing to the survey. Client data module **14** reads the participants' electronic mail addresses from the survey profile database and sends the participants an electronic mail message that includes the survey link. The survey process is initiated at step **430**. The survey process may use electronic survey software such as INQUISITE by CATAPULT SYSTEMS, CORP.

The survey responses, or query responses, are written into a survey results database. The survey results database is monitored for new survey results at step **432**. If there are no new survey results at step **434**, client data module **14** returns to step **432** to continue to monitor the survey results. If there

US 6,850,866 B2

7

are new survey results at step **434**, the process proceeds to step **436**, where client data module **14** determines whether the survey results are from the first respondent of the survey. If the survey results are from the first respondent, the process proceeds to step **438** to change a link on a display describing the last survey taken by the client. Examples of displays that include such links are described with respect to FIGS. **9** and **10**. The link points to the new survey information, and may allow a user of system **10** to access the information. The link is activated at step **440** and the process proceeds to step **442**. If the results are not from a first respondent at step **436**, the process proceeds directly to step **442**.

In the illustrated example, the survey results are processed at step **442**. The survey results are extracted, transformed, and loaded into a rated survey database of data reporter **18**. Extracting, transforming, and loading data are described in more detail with reference to FIGS. **5** through **8**. Other methods of processing the survey results, however, may be used without departing from the scope of the invention. Old survey results are moved from the rated survey database of data reporter **18** and to a historical survey database at step **444**. After moving the old survey results, the process terminates.

FIG. **3B** is a flowchart illustrating one example of a process for conducting surveys such as non-website or non-English surveys using client data module **14**. The method may also be used with provider data module **12**. The illustrated example process for conducting surveys may be used with the process for gathering data described with reference to FIG. **3A**. The process for gathering data, however, may use other suitable processes for conducting surveys without departing from the scope of the invention.

The process begins at step **460**, where client data module **14** receives a survey request. The survey request may be sent to client data module **14** from a provider representative responsible for a client. In response, client data module **14** may display a survey status as "request pending" and a participant status as "pending activation."

The survey is activated at step **462**. The provider representative may review and approve a list of survey participants prior to activating a survey. The provider representative may send a request to client data module **14** to activate the survey. In response, the client data module **14** may update the survey status to "active" and the participant status to "awaiting response". At step **464**, the surveys are distributed. Client data module **14** may provide the surveys in any of a number of languages. Any suitable method for distributing the surveys in a selected language may be used, for example, electronic versions of the surveys may be provided to the participants via electronic mail or via a website. Alternatively or additionally, paper copies of the survey may be printed and sent to the participants.

The responses are received and recorded at step **466**. The responses may be received in any suitable manner, for example, the responses may be received by paper or by electronic mail message. The responses may be recorded in client data module **14** in any suitable manner. For example, the responses may be recorded by hand or may be scanned using a scanning device.

The illustrated example may provide for translating surveys. This feature, however, may be omitted without departing from the scope of the invention. In the illustrated example, if a translation is needed at step **468**, the process proceeds to step **470** to translate the responses. The surveys may be translated from one language to another language such as English or other suitable language. The responses

8

may be translated by any suitable manner, for example, by using a human translator or by using translating software. If the surveys do not need to be translated at step **468**, the process proceeds directly to step **472**, where the responses are reported. The responses may be reported to the client and the provider. After reporting the responses, the process terminates.

FIG. **4** is a flowchart illustrating one example of a method for evaluating client data, provider data, or quantitative data. According to the method, questions regarding the performance of the provider are presented to a client or a provider. Responses to the questions are evaluated and assigned ratings, which are reported to the provider and/or the client. In the illustrated example, client data is evaluated.

The method begins at step **80**, where questions regarding the performance of the provider are presented. The questions may include, for example, the following to which a response of poor, fair, average, good, excellent, or not applicable is requested:

1. Overall, you would rate the provider's performance as:
2. The reference you would provide about the provider today is:
3. The likelihood that you would renew your business with the provider is:
4. Overall, you would rate the value the provider provides to your business as:

Other questions of a similar type may be included or other questions of a different type may be included without departing from the scope of the invention. Also, these questions are only examples and some or all of them could be omitted.

The questions may be presented in any suitable format. For example, the questions may be presented using a paper survey or an electronic survey included in an electronic mail message or on a website. Alternatively, the client may be interviewed in person to obtain responses. The responses to the questions are received by client data module **14** at step **82**. The responses may be automatically received from an electronic survey or may be input using provider computer system **20** or client computer system **24**.

A list of questions to be evaluated and reported is generated at step **83**. All or a subset of the questions may be evaluated and reported. For example, Questions 1 and 2 may be selected. A next question from the list is selected at step **84**.

Steps **86** through **102** describe an example technique for evaluating responses to a question to determine a rating for an attribute of the service described by the question. Other techniques for evaluating responses, however, may be used without departing from the scope of the invention. At step **85**, client data module **14** determines whether the responses are "not applicable." If the responses are "not applicable", the responses are given a "not applicable" rating, and the method proceeds to step **104**. Otherwise the method proceeds to step **87**. At step **87**, the ratio of the number of excellent responses to the question divided by the total number of responses to the question is calculated. If the ratio is greater than or equal to a predetermined target percentage, for example, 51 percent, the method proceeds to step **88**, where the responses to the question are rated as excellent. The method then proceeds to step **104**, where client data module **14** determines whether there is a next question on the list. If the ratio is less than the target percentage, the method proceeds to step **90**.

At step **90**, if the ratio is the number of good plus excellent responses divided by the total number of responses is greater

US 6,850,866 B2

9

than or equal to the target percentage, the method proceeds to step 92, where the responses to the question are rated as good. The method then proceeds to step 104. If the ratio is less than the target percentage, the method proceeds to step 94. At step 94, if the ratio of the number of average plus good plus excellent responses divided by the total number of responses is greater than or equal to the target percentage, the method proceeds to step 96, where the responses to the question are rated as average. The method then proceeds to step 104. If the ratio is less than the target percentage, the method proceeds to step 98.

At step 98, if the number of fair plus average plus good plus excellent responses divided by the total number of responses is greater than or equal to the target percentage, the method proceeds to step 98, where the responses to the question are rated as fair. The method then proceeds to step 104. If the ratio is less than the target percentage, the method proceeds to step 102, where the responses to the question are rated as poor. The method then proceeds to step 104. While one example way to evaluate responses has been described, others could be used without departing from the scope of the invention. For example, the total percentage or absolute number of a type of response could simply be computed.

Client data module 14 determines whether there is a next question of the list at step 104. If there is a next question, the method returns to step 84 to select the next question. If there is no next question, the method proceeds to step 106, where data reporter 18 reports the ratings of the responses of the questions. Data reporter may assign a status indicator to represent a specific rating. For example, an excellent rating may be represented by a blue diamond, a good rating may be represented by a green circle, an average rating may be represented by a yellow triangle with a plus sign, a fair rating may be represented by a yellow triangle with a minus sign, and a poor rating may be represented by a red square. After reporting the ratings, the method terminates.

FIG. 5 is a block diagram of one example of a quantitative data module 16. Quantitative data module 16 includes an extractor 180, a transformer 182, and a reporter database 184. Extractor 180 obtains data from a data source 186 such as quantitative data database 30. A source profile table 188 identifies data sources 186 that supply data to extractor 180. Source profile table 188 may describe contact information associated with data source 186, a method for retrieving data from data source 186, the location of data source 186, and identifiers and passwords that data source 186 needs to access actual data module 16 or vice versa. Data may be pulled from a data source 186b that is structured to support data pulls and may be transmitted directly to transformer 182. Alternatively, data may be pushed from a data source 186a that does not support data pulls into an inbox 187, which structures and transmits the data to transformer 182.

Transformer 182 validates, evaluates, and aggregates performance data received from extractor 180. As discussed above, not all of these operations are necessarily performed on all performance data. A validation module 192 checks the validity of the received data. Validating the performance data may involve checking whether the data for a metric is received from an authorized source, whether the data is complete, and whether the data includes valid values. Validation module 192 may return invalid data for correction and resubmission. Validation module 192 may access a metric catalog 199 in order to determine how to validate a metric.

Metric catalog 199 may include, for example, a definition of each metric, a collection procedure for collecting data for

10

each metric, a validation procedure for the collected data, a formula or aggregation method for calculating a metric value from collected data, and threshold values that may be used to determine a rating from the calculated metric value. A client may be associated with specific client threshold values, which may reflect a level of service selected by the client. Default threshold values such as market values may be used in the absence of client threshold values. Market values may reflect a standard level of service in an industry. Metric catalog 199 may also include reporting periods for collecting data for a metric and a lifetime for collected data. Metric catalog 199 may also describe whether a metric may be viewed by a particular client.

TABLES 1 through 5 illustrate examples of information that may be included in metric catalog 199. Metric catalog 199 may include different or additional information without departing from the scope of the invention.

TABLE 1 describes a metric and any associated service.

TABLE 1

| Line(s) of Business | Line of Business(s) to which the metric is associated. |
| Service Offering(s) | Service Offering(s) to which the metric is associated. |
| Metric Name | Name of the metric. |
| Description | Description of the metric measurement. |
| Unit of Measure | Description of the unit of measure for the metric. |
| Client Viewable | Indicates whether the metric is viewable by the client. |

TABLE 2 includes information for evaluating and reporting metric data.

TABLE 2

| Default Target Threshold | The threshold value that represents the target level of service. A rating of a metric that meets a target threshold value is displayed using a green indicator. |
| Comparison Method | Describes a comparison method, for example, <, <=, =, >, or >=. |
| Default Minimum Threshold | The threshold value that represents the minimum acceptable level of service. A rating of a metric that meets a minimum threshold value, but not a target threshold value, is displayed using a yellow indicator. Otherwise, the rating is displayed using a red indicator. |
| Inclusion/ Exclusion Criteria | This criteria states approved adjustments to the metric data across all clients to ensure a common result. |
| Level of Service Name | Name of the Level of Service. |
| Level of Service Description | Description of the Level of Service. |
| Level of Service Target Threshold | The threshold value that represents the target level of service for a specific level of service. A rating of a metric that meets a target threshold value is displayed using a green indicator. |
| Level of Service Minimum Threshold | A threshold value that represents the minimum acceptable level of service for a specific level of service. A rating of a metric that meets a minimum threshold value, but not a target threshold value, is displayed using a yellow indicator. Otherwise, the rating is displayed using a red indicator. |

US 6,850,866 B2

**11**

TABLE 3 includes information for collecting metric data.

TABLE 3

| Process Requirements | Technical information that may be used for data collection, for example, tools, techniques, measurement points, or assumptions. |
|---|---|
| Time Granularity (Frequency) | The minimum frequency at which data is collected and retained at a collection point to support reporting links. |
| Location Granularity | The minimum granularity of locations at which data is collected and retained at a collection point to support reporting links. |
| Client Granularity | The minimum granularity of client definition at which data is collected and retained at a collection point to support reporting links. |
| Point of Delivery | The lowest level of granularity for the metric in the definition of delivery location. |

TABLE 4 includes information for reporting metric data.

TABLE 4

| Time Granularity (Frequency) | The frequency at which data is aggregated at a collection point to support reporting links. |
|---|---|
| Location Granularity | The granularity of location at which data is aggregated at a collection point to support reporting links. |
| Client Granularity | The granularity of client definition at which data is aggregated at a collection point to support reporting links. |

Table 5 includes information for aggregating metric data.

TABLE 5

| Aggregation Calculation | The calculation for deriving the metric values from the aggregated values defined below. |
|---|---|
| Variable Name | Name of the variable. |
| Data Type | Data type, for example, numeric or character. |
| Aggregation Method | The rule for combining data from multiple points of delivery. The rule defines how variables are accumulated prior to re-executing the calculation at each level of summarization. |
| Validation Method | Describes the validation method. |
| Validation Values | Values used to validate a variable. |
| Description | Description of the variable. |

A staging database **190** receives and stores data from validation module **192**. A mapping module **194** may map received data values to the appropriate fields. A calculator **198** calculates a metric value from the received data. Calculator **198** may retrieve a formula for calculating the metric value from a metric catalog **199** that includes information describing the defined metrics.

An evaluator **200** may be used to determine a rating from a metric value according to a threshold value. For example, evaluator **200** may determine that a rating is "good" if the metric value is greater than or equal to a threshold value, or that a rating is "bad" if the metric value is less than the threshold value. A metric may have multiple threshold values that define multiple ratings. Threshold values may include client's specific threshold values that are used to calculate ratings for a specific client. Market thresholds may be used to determine a rating if a client specified threshold is not available.

Aggregator **202** combines and summarizes data. Aggregator **202** may aggregate validated, mapped data received from mapping module **194** and send the aggregated data to calculator **198** and evaluator **200** for evaluation. Data may

**12**

be aggregated at any level. For example, data collected for a metric at a regional level may be aggregated in order to determine a rating for the metric at the regional level. Aggregator **202** may aggregate data to be sent to an outbox **204** or to be stored in an archive **206**. Outbox **204** may send data to another site, and archive **206** may maintain backup copies of files. Aggregated data may also be sent to reporter database **184** to be reported to a client and/or provider. Instructions for aggregating data may be stored in metric catalog **199**.

Reporter database **184** may include a current database **208** managed by a current database manager **210** and a history database **212** managed by a history database manager **214**. Current database manager **210** receives aggregated data from aggregator **202** and stores the received data in current database **208**. Current database manager **210** may copy existing data to history database manager **214** and then overwrite the existing data with newly received data in order to optimize space in current database **208**. Data reporter **18** may receive data from current database manager **210** and history database manager **214**.

The modules of quantitative data module **16** may have an alternative configuration without departing from the scope of the invention. Other modules may be included, and some modules may be omitted. The functions of quantitative data module **16** may be performed in an alternative manner.

FIG. **6** is a flowchart illustrating an example of a process for extracting data that may be used by extractor **180**. The process begins at step **350**, where a comma separated values (CSV) file is created at an originating site associated with the client. The CSV file includes quantitative data collected according to metrics, and may be created according to published guidelines. The CSV file is sent to inbox **187** at step **352**. Inbox **187** may comprise an inbox that receives electronic mail messages. At step **354**, the CSV file is moved to a directory associated with the originating site. The CSV file may be moved automatically or by users monitoring inbox **187** for incoming CSV files. Input CSV files are processed at step **356**.

The process may check the directories for CSV files at step **358**. If there are no CSV files, the process terminates. If there are CSV files, the process proceeds to step **360**. At step **360**, the file is opened and a batch number is assigned to the file. The version of the input format of the file is determined at step **362**. The version of the file is validated at step **364**. If the version is not valid, the process proceeds to step **366** to reject the file. The rejected file is copied to an archive and sent to outbox **204** at step **367**, which transmits the file to the originating site, and the process returns to step **358**. A version that is merely outdated but not invalid may be updated to a current input format.

If the version is valid at step **364**, the process proceeds to step **368**. At step **368**, an archive copy of the file is created as a backup copy, and saved in archive **206**. At step **372**, a batch copy of the file is created to be used in the validation process. The batch copy of the file is saved to archive **206**, and the process returns to step **358**.

FIG. **7** is a flowchart illustrating an example of a process for transforming data that may be used by transformer **182**. The process begins at step **382**, where transformer **182** retrieves a batch copy of a file from archive **206**. The records of the batch copy of the file are validated by validation module **192** at step **384**. According to one example, validation module **192** may perform the following validation procedure. An output indicator may be checked to determine whether the data is to be aggregated, rated and returned to

US 6,850,866 B2

13

the originating site, or aggregated, rated, and reported to data reporter **18**. If the output indicator has an invalid value, the record may be rejected. A site code may be checked to determine that the originating site is a valid site, and a site-metric authorization may be checked to determine if the site is authorized to send data for the metric.

A client field and client identifier may be checked to determine whether the client is valid. A location field may be checked to determine whether the geographical area associated with the record is valid. Reporting period information such as starting and ending dates may be checked to see if the reporting period is valid. Metric information may be checked to ensure that the metric is valid. A metric element aggregation method field may be read to determine a procedure for aggregating data associated with the metric.

Records that are valid are saved in a temporary table of staging database **190** at step **386**. Records that are not valid are sent to outbox **204** for transmittal to the originating site at step **388**. The invalid records may include a message identifying the problem with the record, so that the originating site may correct the record.

At step **390**, the data is aggregated, calculated, and rated. The data is aggregated according to the metric element aggregation method associated with the record. A metric value is calculated from the aggregated data. The metric value is compared to a threshold value associated with the metric in order to determine a rating. At step **392**, transformer **182** determines whether the rated data is to be reported to the originating site. If the data is to be reported, the process proceeds to step **393**, where the rated data is sent to outbox **204** for transfer to the originating site, and the process proceeds to step **394**.

If the file is not to be reported, the process proceeds directly to step **394**. At step **394**, transformer **182** determines whether the data is to be reported to data reporter **18**. If the data is not to be reported, the process returns to step **382**. If the data is to be reported, the process proceeds to step **396**, where the data is sent to data reporter **18**. The rated data is saved in rated table of staging database **190** at step **398**, and a list of the processed records is saved in a control table of staging database **190** at step **399**. After saving the list of records, the process terminates.

FIG. **8** is a flowchart illustrating an example of a process for loading data that may be used by reporter database **184**. The process begins at step **402**, where history records are moved from a temporary table of staging database **190** to history database **212**. History records may include validated records, and may be restricted to include validated records but not invalid records. Data is moved from staging database **190** to a data reporter database at step **404**. Rated data may be moved from a rated table of staging database **190** to a rated table of data reporter database. A list of processed records may be moved from a batch table of staged database **190** to a batch table of data reporter database.

At step **406**, a data reporter database is updated. A list of processed records is retrieved from the batch table, and rated data is retrieved from the rated table. Data associated with a line of business may be stored in a metric table of the data reporter database prior to display. Data associated with a region and identified by a URI address may be stored in a table of the data reporter database prior to display. At step **407**, the data is reported. Data may be reported to a user using a display. Examples of displays are described with reference to FIGS. **9** and **10**.

According to one example, when a user requests data by, for example, activating a link, an active server page (ASP)

14

is executed. The ASP calls on software components such as Microsoft Component Object Model components, which in turn call on stored procedures in the data reporter database. The stored procedures retrieve the requested data. The ASP formats the data into, for example, hypertext markup language (HTML) for display. After reporting the data, the process terminates.

FIG. **9** illustrates an example of a display **230** for reporting performance data. Display **230** may report any combination of client data, provider data, and/or quantitative data for a number of clients. A view button **232** may be used to customize the view to selected clients, and a search button **234** may be used to search for specific clients.

Clients may be searched by filtering for attributes of the clients. Attributes may include, for example, status, line of business, region, industry, and tier attributes. The filters may be set to search for zero or more values for the attributes. The status attribute describes the status of a client, and may have status values such as active and inactive values.

The line of business attribute may describe the lines of business provided by the provider. The line of business values may include, for example, electronic solutions, information solutions, or business process management solutions. The region attribute may describe a geographic region, and may be defined as a sub-attribute of the lines of business to accommodate situations where different lines of business have different regions. For example, one line of business may divide the United States into three regions, such as the east, west, and midwest regions, but another line of business may divide the United States into five regions, such as the northeast, southeast, midwest, west, and southwest regions. A user may be given the option to select a line of business in all regions encompassed by the line of business or to select a specific region of the line of business.

The industry attribute may describe the industry to which a client belongs. Industry values may include, for example, manufacturing, financial, and government. The tier attribute may describe, for example, the size of a client. Tier values may include, for example, enterprise, strategic, key, and general values. A tier value such as a multiple client group value may be used to describe a number of smaller clients reported as one client. The filter settings may be stored as part of a user's profile, so that they persist from one user session to the next user session.

Clients are listed by client name **236**. Selecting a specific client name **236** displays a detailed view of the client, which is described in more detail with respect to FIG. **10**. Contact information **237** of a provider employee responsible for a client may be displayed along with the client name **236**.

An overall status section **238** describes the overall performance of the provider from the perspectives of the client and of the provider. This information may be gathered using, for example, the responses to Question 1 of the survey described with reference to FIG. **4**. A change column **240** describes a change in the overall status with respect to the previous assessment. A number of days column **242** indicates the number of days since the previous assessment. This section could be omitted or formatted differently without departing from the scope of the invention.

A provider ratings column **244** indicates a rating of the overall status calculated using provider data. A client ratings column **248** indicates a rating of the overall performance of the provider calculated using client data. The ratings and the corresponding status indicators may be determined in a manner substantially similar to the technique described with respect to FIG. **4**. A blue diamond **218** may represent an

US 6,850,866 B2

**15**

excellent rating, a green circle **220** may represent a good rating, a yellow triangle with a plus sign **222** may represent an average rating, a yellow triangle with a minus sign **224** may represent a fair rating, and a red square **226** may represent a poor rating. Other symbols or rating types could of course be used without departing from the scope of the invention. These columns could also be omitted.

A reference status section **250** describes the referenceability of the provider. Referenceability may be determined using Question 2 of the survey described with reference to FIG. **4**. A provider ratings column **252** indicates a rating of referenceability calculated using provider data, and a client ratings column **254** indicates a rating of referenceability calculated using client data. This section could be omitted or formatted differently without departing from the scope of the invention.

A service composite section **260** reports quantitative data describing services provided by the provider. A service may be associated with a set of metrics that may be used to collect quantitative data in order to evaluate the service. A composite bar **262** may be used to indicate the proportion of services that have specific ratings. A red portion **264** of composite bar **262** may represent the proportion of service offerings that have a poor rating, a yellow portion **266** may represent the proportion of service offerings that have an average rating, and a green portion **268** may represent the proportion of service offerings that have a good rating. For example, composite bar **262a** may indicate that one of fourteen services is red, six services are yellow, and seven services are green. Placing a cursor over composite bar **262** may display the total number of services, the number of services that are rated at a particular color, and the percentage of services that are rated at a particular color. This section could be omitted or formatted differently without departing from the scope of the invention.

A business measures section **261** reports quantitative data that a provider may use to monitor a client. Metrics that may be used include, for example, profitability metrics such as an accounts receivable metric. A composite bar may be used to indicate the proportion of metrics that have specific ratings.

An "as of" section **270** displays the dates of the latest client data or provider data input. Providers ratings columns **272** displays the date of the last provider data input, and a client ratings column **274** displays the date of the last client data input. This section could be omitted or formatted differently without departing from the scope of the invention.

The sections of display **230** may have a different arrangement. Other sections may be included, and some sections may be omitted or formatted differently. Information may be displayed using any suitable arrangement.

FIG. **10** illustrates one example of a display **302** reporting details of a specific client. Display **302** reports client data, provider data, and/or quantitative data for a client. Display **302** may include contact information **304** for a provider employee responsible for the client.

An overall indicator section **310** describes client data and provider data. Indicators may include an overall status indicator **312**, a referenceability indicator **314**, a renewability indicator **316**, and a value indicator **318**. Other indicators may be used without departing from the scope of the invention. Data for these indicators may be gathered using any suitable procedure, for example, using Questions 1 through 4, respectively, of the survey described with respect to FIG. **4**. A provider performance column **320** displays a rating for each indicator. A metric composite column **322**

**16**

describes quantitative data, and is described in more detail below. A comments section **324** displays comments that may be entered by the provider. Links **326** allow a user to access, for example, client survey responses. A client surveys column **328** displays the proportion of surveys that have specific ratings. This section may be omitted or formatted differently without departing from the scope of the invention.

A business measures section **329** reports quantitative data that a provider may use to monitor a client. Metrics for this section may include, for example, profitability metrics such as an accounts receivable metric. A services section **330** reports quantitative data describing services provided to the client. A service may be associated with a set of metrics used to collect quantitative data in order to evaluate the service. A services column **332** lists the services. Services may be listed according to a service type **334**. In the illustrated example, services of the information solution service type include application development and management services, centralized systems services, and network management services.

Provider performance column **320** displays ratings of the metrics. Metric composite column **322** displays composite bars, where each composite bar describes the proportion of a metric that has a specific rating. Other ratings and indicators may be used without departing from the scope of the invention. Comments section **324** displays comments regarding the services that may be entered by the provider. This section may be omitted or formatted differently without departing from the scope of the invention.

The sections of display **302** may have a different arrangement. Other sections may be included, and some other sections may be omitted or formatted differently. Information may be displayed using any suitable arrangement.

FIG. **11** illustrates one example of a display **500** that may be used to report performance data to a client. Display **500** includes a client detail section **504**. An overall indicator section **506** describes client data and provider data. Indicators may include an overall status indicator **508**, a referenceability indicator **510**, and a renewability indicator **512**. Other indicators may be used without departing from the scope of the invention. Data for these indicators may be gathered using any suitable procedure, for example, using questions 1 through 3, respectively, of the survey described with respect to FIG. **4**. A provider rating column **514** displays a rating for each indicator generated from the provider data, and a client rating column **516** displays a rating for each indicator generated from the client data. A provider comments section **518** displays comments that may be entered by the provider.

A services section **520** reports qualitative and quantitative data describing the services provided to the client. A services column **522** lists the services. A provider rating column **524** displays ratings for the services generated from the provider data. A service composite column **526** displays ratings for the services generated from quantitative data. A provider comments section **528** displays comments entered by the provider.

A client history link **530** may be used to access ratings from previous rating periods. These ratings may be displayed in any suitable graphical form. An email link **533** may be used to display a window that a client may use to submit an email message to the provider. The email message may include information about the performance data reported to the client at the time email link **533** was activate. A provider contact name **535** may also be selected to send

US 6,850,866 B2

17

an email message to the provider contact. A client feedback link 534 may be used to access client interviews and/or client surveys. An authorized users link 536 may be used to display information about the client. A provider contacts link 538 may be used to display provider representatives whom the client may contact.

The sections of display 500 may have any suitable arrangement. Other sections may be included, and some sections may be omitted or formatted differently. Information may be displayed using any suitable arrangement.

FIG. 12 illustrates one example of a screen 600 that may be used to add a metric to metric catalog 199. Screen 600 includes a location indicator 610 that indicates the location of the added metric within metric catalog 199. In the illustrated example, a metric is being added to a financial process management/consumer network services reporting category subfolder of a business process management line of business folder of metric catalog 199.

Screen 600 may also include tabs 612 that can be selected in order to describe a metric. A definition tab 612a is used to define a metric, and a value threshold tab 612b is used to define threshold values for a metric. A collection specifications tab 612c is used to define collection procedures, and a reporting specifications tab 612d is used to define reporting procedures. An aggregation calculation tab 612e is used to define the aggregation method for a metric. Screen 600 may include additional or other tabs 612 without departing from the scope of the invention.

A definition section 614 may be selected using definition tab 612a. Definition section 614 may include a line of business indicator 616 and a report category indicator 618. Line of business indicator 616 identifies the line of business to which the added metric is associated, and report category indicator 618 identifies the reporting category to which the added metric is associated.

The name of a metric may be entered in a metric name window 620, and a description of the added metric may be entered in a business description window 624. The unit of measure for the data collected for the metric may be entered in a unit of measure window 626. A client viewable menu 627 may be used to designate whether the metric is client viewable. An okay button 628 may be used to submit data entered into windows 620, 624, and 626, and an undo button 630 may be used to delete data entered into windows 620, 624, and 626. Definition section 614 may be omitted or formatted differently without departing from the scope of the invention. The sections of screen 600 may have a different arrangement, and information may be displayed using any suitable manner.

FIG. 13 illustrates one example of a screen 640 that may be used to define aggregation information for a metric. An aggregation calculation section 642 may be displayed upon selection of aggregation calculation tab 612e. Aggregation calculation section 642 includes a status window 644 that displays, for example, whether a metric has been added or published. A formula for calculating a metric value from aggregated data may be entered into an aggregation calculation window 646.

Variables used in the formula may be defined using a variables section 648. The name of a variable may be entered in a variable name window 650. The data type of the variable may be defined using a data type window 652, and an aggregation method may be selected using an aggregation method window 654. A validation method may be selected using window 656, and validation values may be entered in a validation values window 658.

18

A variable may be described using a description window 660. A delete button 662 may be used to delete a variable, and a publish button 664 may be used to publish the metric. An okay button 666 may be used to submit information entered into aggregation calculation section 642, and an undo button 668 may be used to undo the information. A delete button 670 may be used to delete the metric.

Aggregation calculation section 642 may be omitted or formatted differently without departing from the scope of the invention. The sections of screen 640 may have a different arrangement, and information may be displayed using any suitable manner.

Although an embodiment of the invention and its advantages are described in detail, a person skilled in the art could make various alterations, additions, and omissions without departing from the spirit and scope of the present invention as defined by the appended claims.

To aid the Patent Office, and any readers of any patent issued on this application in interpreting the claims appended hereto, applicants wish to note that they do not intend any of the appended claims to invoke ¶ 6 of 35 U.S.C. § 112 as it exists on the date of filing hereof unless "means for" or "step for" are used in the particular claim.

What is claimed is:

1. A method for managing performance metrics, comprising:

   accessing a metric catalog comprising a plurality of metrics, each metric associated with a threshold value;

   receiving a selection of a subset of metrics of the plurality of metrics;

   defining a service using the subset of metrics;

   determining a plurality of metric values describing performance of the service, each metric value corresponding to a threshold value associated with a metric of the subset of metrics;

   comparing the metric values and the corresponding threshold values; and

   evaluating the performance of the service in accordance with the comparison, the evaluation comprising determining that the performance is not satisfactory if a metric value fails to satisfy a threshold value comprising a minimum value.

2. The method of claim 1, further comprising:

   defining the plurality of metrics;

   defining the threshold values associated with the metrics; and

   storing the metrics and the threshold values in the metric catalog.

3. The method of claim 1, further comprising:

   defining an aggregation method associated with a metric of the subset of metrics;

   storing the aggregation method in the metric catalog;

   receiving data associated with the metric;

   combining the data in accordance with the aggregation method; and

   determining a metric value associated with the metric from the combined data.

4. The method of claim 1, further comprising:

   defining a collection procedure associated with a metric of the subset of metrics;

   storing the collection procedure in the metric catalog; and

   collecting data associated with the metric in accordance with the collection procedure.

US 6,850,866 B2

**19**

**5**. The method of claim **1**, wherein evaluating the performance of the service in accordance with the comparison comprises:

determining that the performance is satisfactory if the metric values satisfy the threshold values, each threshold value comprising a target value; and

sending a notification if otherwise.

**6**. A system for managing performance metrics, comprising:

a metric catalog comprising a plurality of metrics, each metric associated with a threshold value, the metric catalog operable to:

receive a selection of a subset of metrics of the plurality of metrics; and

define a service using the subset of metrics;

a calculator coupled to the metric catalog and operable to determine a plurality of metric values describing performance of the service, each metric value corresponding to a threshold value associated with a metric of the subset of metrics; and

an evaluator couple to the calculator and to the metric catalog and operable to:

retrieve the metric values and the threshold values;

compare the metric values and the corresponding threshold values; and

evaluate the performance of the service in accordance with the comparison, the evaluation comprising determining that the performance is not satisfactory if a metric value fails to satisfy a threshold value comprising a minimum value.

**7**. The system of claim **6**, the metric catalog further operable to:

define the plurality of metrics;

define the threshold values associated with the metrics; and

store the metrics and the threshold values.

**8**. The system of claim **6**, wherein:

the metric catalog is further operable to:

define an aggregation method associated with a metric of the subset of metrics; and

store the aggregation method; and

the system comprises an aggregator coupled to the metric catalog and operable to:

receive data associated with the metric;

combine the data in accordance with the aggregation method; and

determine a metric value associated with the metric from the combined data.

**9**. The system of claim **6**, the metric catalog is further operable to:

define a collection procedure associated with a metric of the subset of metrics; and

store the collection procedure, data associated with the metric being collected in accordance with the collection procedure.

**10**. The system of claim **6**, wherein the evaluator is further operable to evaluate the performance of the service in accordance with the comparison by:

determining that the performance is satisfactory if the metric values satisfy the threshold values, each threshold value comprising a target value; and

sending a notification if otherwise.

**11**. Software for managing performance metrics, the software embodied in a medium and operable to:

access a metric catalog comprising a plurality of metrics, each metric associated with a threshold value;

**20**

receive a selection of a subset of metrics of the plurality of metrics;

define a service using the subset of metrics;

determine a plurality of metric values describing performance of the service, each metric value corresponding to a threshold value associated with a metric of the subset of metrics;

compare the metric values and the corresponding threshold values; and

evaluate the performance of the service in accordance with the comparison, the evaluation comprising determining that the performance is not satisfactory if a metric value fails to satisfy a threshold value comprising a minimum value.

**12**. The software of claim **11**, further operable to:

define the plurality of metrics;

define the threshold values associated with the metrics; and

store the metrics and the threshold values in the metric catalog.

**13**. The software of claim **11**, further operable to:

define an aggregation method associated with a metric of the subset of metrics;

store the aggregation method in the metric catalog;

receive data associated with the metric;

combine the data in accordance with the aggregation method; and

determine a metric value associated with the metric from the combined data.

**14**. The software of claim **11**, further operable to:

define a collection procedure associated with a metric of the subset of metrics;

store the collection procedure in the metric catalog; and

collect data associated with the metric in accordance with the collection procedure.

**15**. The software of claim **11**, operable to evaluate the performance of the service in accordance with the comparison by:

determining that the performance is satisfactory if the metric values satisfy the threshold values, each threshold value comprising a target value; and

sending a notification if otherwise.

**16**. A system for managing performance metrics, comprising:

means for accessing a metric catalog comprising a plurality of metrics, each metric associated with a threshold value;

means for receiving a selection of a subset of metrics from the plurality of metrics;

means for defining a service using the subset of metrics;

means for determining a plurality of metric values describing performance of the service, each metric value corresponding to a threshold value associated with a metric of the subset of metrics;

means for comparing the metric values and the corresponding threshold values; and

means for evaluating the performance of the service in accordance with the comparison by determining that the performance is not satisfactory if a metric value fails to satisfy a threshold value comprising a minimum value.

US 6,850,866 B2

21

**17**. A method for managing performance metrics, comprising:

accessing a metric catalog comprising a plurality of metrics, each metric associated with a threshold value, the threshold values comprising a plurality of target values and a plurality of minimum values;

receiving a selection of a subset of metrics of the plurality of metrics, and defining a service using the subset of metrics;

defining a plurality of aggregation methods, each aggregation method associated with a metric of the subset of metrics, and storing the aggregation methods in the metric catalog;

defining a plurality of collection procedures, each collection procedure associated with a metric of the subset of metrics, and storing the collection procedures in the metric catalog;

22

collecting data associated with the metric in accordance with the collection procedures, and combining the data in accordance with the aggregation methods;

determining a plurality of metric values from the combined data, the metric values describing performance of the service, each metric value corresponding to a threshold value associated with a metric of the subset of metrics; and

comparing the metric values and the corresponding threshold values, and evaluating the performance of the service in accordance with the comparison by:

determining that the performance is satisfactory if the metric values satisfy the corresponding threshold values comprising target values; and

determining that the performance is not satisfactory if a metric value fails to satisfy a corresponding threshold value comprising a minimum value.

* * * * *

# Exhibit F

US009229984B2

(12) **United States Patent**

George

(10) Patent No.: **US 9,229,984 B2**

(45) Date of Patent: **Jan. 5, 2016**

(54) **PARAMETER EXPRESSIONS FOR MODELING USER DEFINED FUNCTION EXECUTION IN ANALYTICAL DATA PROCESSING SYSTEMS**

(75) Inventor: **Muthian George**, Fremont, CA (US)

(73) Assignee: **Hewlett Packard Enterprise Development LP**, Houston, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 606 days.

(21) Appl. No.: **13/272,598**

(22) Filed: **Oct. 13, 2011**

(65) **Prior Publication Data**

US 2012/0191690 A1      Jul. 26, 2012

**Related U.S. Application Data**

(63) Continuation-in-part of application No. PCT/US2011/022437, filed on Jan. 25, 2011.

(51) **Int. Cl.**
*G06F 17/30* (2006.01)

(52) **U.S. Cl.**
CPC ................................ *G06F 17/30471* (2013.01)

(58) **Field of Classification Search**
CPC .............. G06F 17/30864; G06F 17/30; G06F 17/30389; G06F 17/30424; G06F 17/30448; G06F 17/30867; G06F 17/30967; G06F 21/6227
USPC ........................................................ 707/759
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,067,542 A | 5/2000 | Carino, Jr. | |
| 6,385,604 B1 | 5/2002 | Bakalash et al. | |
| 6,473,750 B1 | 10/2002 | Petculescu et al. | |
| 2003/0037048 A1 | 2/2003 | Kabra et al. | |
| 2006/0010159 A1 | 1/2006 | Mirchandani et al. | |
| 2006/0136415 A1 | 6/2006 | Ramsey et al. | |
| 2010/0036801 A1* | 2/2010 | Pirvali et al. ...................... | 707/2 |
| 2010/0250572 A1 | 9/2010 | Chen et al. | |
| 2011/0082868 A1* | 4/2011 | Musuluri ...................... | 707/749 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0459683 A3 | 4/1993 | |
| EP | 0455447 A3 | 6/1993 | |

* cited by examiner

*Primary Examiner* — Truong Vo

(74) *Attorney, Agent, or Firm* — Tarolli, Sundheim, Covell & Tummino L.L.P.

(57) **ABSTRACT**

Systems and apparatuses are provided for analytical data processing. A system includes a processor and a non-transitory computer readable medium, comprising machine readable instructions executable by the processor. The instructions include a query compiler to identify a call to a user defined function within a query. The call to a user defined function includes an input argument and a parameter expression defining a parameter value for the user defined function. A processing engine executes the user defined function to provide a function output according to the input argument and the defined parameter value.

**15 Claims, 2 Drawing Sheets**





FIG. 1



FIG. 2



100
102
IDENTIFY A CALL TO A FIRST USER DEFINED FUNCTION INCLUDING AN INPUT ARGUMENT AND A PARAMETER EXPRESSION DEFINING A PARAMETER VALUE
104
EVALUATE PARAMETER VALUE
1
2
106
EXECUTE THE USER DEFINED FUNCTION USING THE INPUT ARGUMENT TO PRODUCE AN OUTPUT REPRESENTING A FIRST ANALYTICAL MODEL
108
EXECUTE THE USER DEFINED FUNCTION USING THE INPUT ARGUMENT TO PRODUCE AN OUTPUT REPRESENTING A SECOND ANALYTICAL MODEL

FIG. 3

-200-
206
SYSTEM MEMORY
208
MEMORY DEVICE
210
MEMORY DEVICE
202
BUS
216
DISPLAY
218
INPUT DEVICE
204
PROCESSING UNIT
212
COMMUNICATION INTERFACE
214

FIG. 4

US 9,229,984 B2

**1**

## PARAMETER EXPRESSIONS FOR MODELING USER DEFINED FUNCTION EXECUTION IN ANALYTICAL DATA PROCESSING SYSTEMS

### RELATED APPLICATIONS

The present invention claims priority from and is a Continuation-in-Part of PCT/US11/22437 filed on 25 Jan. 2011, which is herein incorporated by reference.

### TECHNICAL FIELD

This invention relates to information processing, and more particularly, to the application of parameter expressions for modeling user defined function execution in data processing systems.

### BACKGROUND

Analytical processing systems consume tables of data which are typically linked together by relationships that simplify the storage of data and make queries of the data more efficient. A standardized query language, such as Structured Query Language (SQL), can be used for creating and operating relational databases. Analytics involving statistical and other numerical procedures is the application of computer technology to solve problems in business and industry. The science of analytics is concerned with extracting useful properties of data using computable functions, and generally speaking, involves the extraction of desired properties of data sets from large databases. Analytics therefore bridges the disciplines of computer science, statistics, and mathematics.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates an example of an analytical data processing system in which user defined functions (UDFs) use parameter expressions to represent general application program models.

FIG. **2** illustrates one example of the integration of an analytical processing system into a database system, such that specific instances of a general application program model, represented by a user defined function, can be invoked through parameter expressions within a call to the function.

FIG. **3** illustrates one method for executing a query having a user defined function with parameter expressions.

FIG. **4** is a schematic block diagram illustrating an exemplary system of hardware components capable of implementing examples of the systems and methods for user defined function execution with parameter expressions disclosed in FIGS. **1-3**.

### DETAILED DESCRIPTION

Many databases have the framework for processing a limited number of relatively straightforward in-built analytic functions. Unfortunately, real-world analytical problems in databases go beyond the analytical problems natively supported, and datasets in databases that require intensive analytical processing often end up using third party analytical packages for analytical processing. In situations where the datasets are large, they are often retained outside the databases due to the limited analytical capabilities available in databases. These packages require data to be retrieved from databases, persisted outside the database, and reformatted before processing. Since these approaches move data away

**2**

from the secure database tables to a location associated with the analytical processes, the result is a replication of same large raw data sets in different formats in multiple locations, with the accompanying security and data governance risk for confidential data. Further, this approach results in excessive manpower cost, licensing costs for analytics processing, and hardware cost for data retrieval, management, and storage. The complexity in processing results in significant latency, making it impractical for real-time analytics.

User defined functions are of varied in nature and can include general statistical and numerical computations that are commonly used across different applications as well as specialty analytics that apply to vertical markets. In order to integrate user defined functions into the database engine, the systems and methods described below standardize the syntax and usage of user defined function in a query. This standardized syntax allows for the invocation of user defined functions that represent more than a single instance of an application program model. The user defined functions are adaptable via a parameter expression to represent the program model in a more general fashion. This ability of the function to provide multiple, different instantiations of a general application program model, referred to herein as function polymorphism, allows for a reduction in the overall number of function implementations necessary to implement the desired functionalities in a single user defined function. Further, integrating such user defined functions into a database engine for execution through a SQL query significantly reduces the analytical application processing time, thus, allowing the results to reflect the truth of the data universe at the time of performing the analytics.

FIG. **1** illustrates an example of an analytical processing system **10** in which user defined functions (UDFs) use parameter expressions to represent general application program models. For example, the system **10** of FIG. **1** can represent a database system, a data warehouse, a data mart, an in-memory database, a standalone OLAP engine, a business intelligence report generation system, a data mining system, or a federated query processing system. The system **10** includes a processor **12** and a memory **14** connected to a communications interface **16**. It will be appreciated that the communication interface **16** can include any appropriate hardware and machine readable instructions for receiving database queries from an associated query source (not shown) and returning the results of the queries to the query client. Accordingly, the communications interface **16** can include any or all of a bus or similar data connection within a computer system or a wired or wireless network adapter. The memory **14** can include any appropriate standard storage devices suitable for use with computer systems, such as magnetic and optical storage media.

The device memory **14** can include a query compiler **22**, a processing engine **24** to compile and execute queries on data tables **26**, and a user defined function (UDF) **28**. The query compiler **22** can utilize any appropriate query language, for example, structured query language (SQL) or multidimensional expression (MDX) language. In one implementation, the user defined function **28** is stored as one of a shared object or a dynamic link library and loaded into an analytical data processing system such as a database. The query compiler **22** identifies a call to the user defined function **28** with a list of input, output and parameter expressions associated with the function call. The query compiler **22** retrieves the input, output and parameter metadata from the user defined function **28** and validates and resolves the lists of input, output and parameter expressions in the call to the user defined function in the query. It will be appreciated that not every function will have

US 9,229,984 B2

**3**

an input, for example, table-valued user defined functions generally do not have input field arguments. Similarly, not every user defined function has parameter expressions. When output fields are not specified in a call to the user defined function, default output fields defined in the metadata of the user defined function can be used for mapping the output table object. It will further be appreciated that the list of output expressions in a call to the user defined function can represent a subset (i.e., less than all) of the output fields associated with the user defined function. The output fields can be mapped in any order irrespective of the order in which they are mapped in the output metadata of the user defined function. The database engine **24** starts the execution process to the user defined function by composing input and output table and parameter objects from the arguments in the user defined function call in the query and proceeds to execute the function using input rows set in the input table object. When result rows are produced from the user defined function in the output table object, they are retrieved by the database engine **24**.

To facilitate the generation of the input and output table objects, the user defined function **28** exposes input, output and parameter metadata fields to the query compiler **22** and the processing engine **24**. In the illustrated implementation, the metadata fields of input, output and parameters of the user defined function can include a field name, a description of the field and an associated data type for each field. Output fields additionally have an indicator to indicate if the field is used as a default field. When a call to the user defined function does not explicitly map output field expressions, the default output fields are used for composing the output table object. The metadata can further include a defined class type, parameter fields for customizing the function to a particular application and other processing instructions for the user defined function **28**. In one instance, the exposed metadata can further include an application programming interface (API) comprising rules for validating and resolving arguments within the call to the user defined function. It will be appreciated, however, that for the majority of user defined functions, a generalized API function pointer in the metadata will validate and resolve arguments unless the user defined function requires a specific function for special handling for resolving input, output and parameter arguments. The user defined function metadata also includes a second function pointer to construct a processing object instance for the user defined function.

User defined functions representing application program models can specify one or more parameters in parameter expressions for generating concrete instances of application program models. Depending on the user defined function, parameter metadata fields can be set as optional or mandatory, and optional parameter metadata fields can, but do not need to, provide default parameter values. The application program models utilizing these parameter expressions can be conceptualized in three general categories. One category of application program model uses integer parameter expressions to define variable input and output fields to represent multiple variant fields in a call to the user defined function to generate a given analytical model. Variable field defines a class of fields for the generation of zero, one, or multiple concrete field instances at runtime of the user defined function. A variable input or output metadata field is often set to depend upon a parameter metadata field of integer data type. An output metadata field may be set to depend upon an input metadata field which is resolved either by a parameter metadata field or by computation from the total number of input argument fields and fixed input metadata fields if there is only one input variable field. A variable field application program model is ideal for fitting statistical application models such as

**4**

least-squares, maximum likelihood, multiple regression and multivariate analytics with varying input fields to match the variable fields and parameters to define the statistical models. This usage of integrated parameterization allows for efficient implementation of statistical model fitting analytics such as least-squares, multiple regression, maximum likelihood and multivariate analytics where each model variant is expressed in terms of one or more variable fields. A second category of application program model uses parameter values to provide values needed for internal application configuration and processing. A third category of application model is represented by parameter values for providing connectivity to external application processes and appropriate query or program script for a given external application process. In general, the systems and methods described here utilize parameters to determine the interrelationship between input, output and processing scenarios of user defined functions that support application program models.

User defined functions (e.g., **28**) that represent application program models define parameters associated with the models in the form of parameter metadata fields. A parameter field is defined with a field name or key, a description, a parameter field data type, an indicator to show if it is an optional parameter field and a default parameter value for the optional field, if it has one. A user defined function **28** representing an application program model might utilize one or more parameters, and they are defined in an array of parameter fields as a part of the user defined function metadata. User defined function expressions in queries are validated and resolved by the query compiler **22**. For user defined functions that represent application program models, processing instances are generated at the processing engine **24**. User defined functions with variable input and output fields are validated with the help of their supporting parameter field value. For variable fields, the number of concrete field instances are generated using the integer parameter value and discrepancies between user defined function expression and requirement are thrown as exceptions.

FIG. **2** illustrates one example of the integration of an analytical processing system into a database system **50**, such that specific instances of a general application program model, represented by a user defined function (UDF), can be invoked through parameter expressions within a call to the function. The system **50** includes a processor **52** and a memory **54** connected to a communications interface **56**. It will be appreciated that the communication interface **56** can comprise any appropriate hardware and machine readable instructions for receiving database queries from an associated query source (not shown) and returning the results of the queries to the query source. Accordingly, the communications interface **56** can include any or all of a bus or similar data connection within a computer system or a wired or wireless network adapter. The memory **54** can include any appropriate standard storage devices associated with computer systems, such as magnetic and optical storage media.

The device memory **54** can include a query complier **62** and a database engine **64** to compile and execute queries on a database table **66**. The query complier **62** includes a query parser **72** that identifies a call to a user defined function and any input, output, and parameters expressions that may be available in the call to the user defined function. To this end, the query parser **72** processes a call to a user defined function in a database query using a standardized user defined function syntax to distinctly map the input, output, and parameter expressions to appropriate objects. For expressions in UDF inputs, the processing engine **64** evaluates the expressions and passes the evaluated values for the respective UDF input

US 9,229,984 B2

**5**

fields. For expressions in UDF output fields, the compiler **62** separates the expressions from the UDF output fields. The compiler **62** sets up a unique list of output fields for the UDF to process so that all the UDF output expressions can be computed in a call to the user defined function. The processing engine **64** retrieves the values from the UDF output fields and evaluates the output expressions for each output row.

In one implementation, the user defined functions are built in a UDF library **74**, for example, as shared objects or dynamic link libraries, and registered with the database engine. As described previously, each user defined function exposes a self-describing UDF metadata **76** that can be retrieved by the query compiler **62** for query resolution and validation. The metadata object of a UDF is a self contained and describing object. It contains the function pointers for the UDF processing factory constructor, and the validation and resolution utility function. It has the arrays of input, output and parameter fields. The UDF metadata object can include the UDF name, UDF description, class type, and an indicator to denote if the UDF requires all the input records together while processing.

The UDF metadata **76** can include output field metadata providing for each field a name, a description, a data type, an indicator to denote if the field is a variable field, a variable field resolving parameter field name, a size of the field, a null indicator, a resolving input metadata field name for output fields, and an indicator to denote if an output field is returned as a default field when the query does not map output fields. If the variable field indicator for a given field is set, the field is a variable field. If it is not set, it is a fixed output field, and will represent only a single field occurrence in the output returned for the query. The data type of the field can be set to one of a valid data types or set to an undefined type. If the data type of the output field is set as undefined, the output field can inherit the data type associated with its resolving input field name and the corresponding input argument. When the data type of the resolving input field metadata is undefined, the input metadata field gets first defined at the time of query compilation with the input argument field from the query table field which, in turn, resolves the dependent output field. In such a case, the size of the field and the null indicator are also inherited from the input argument in the query. Through the default output indicator field, the metadata for each UDF designates a list of fields as default output fields. For example, these default fields can be determined by a developer based on the general usage of the analytic function represented by the UDF. When UDFs in queries do not explicitly map output fields, the default fields are returned from the UDF in the order of their occurrence in the UDF output metadata. There must be at least one default output field for a user defined function. When queries map UDF output fields explicitly in a call to the user defined function, the default output fields are ignored. There is no restriction in using default output fields in the explicit output field mapping list.

Function input fields are extracted from query fields, and composed as an input table object. Similarly, output fields for the function call can be resolved and validated from the list of output field metadata for the function. The query compiler **62** structures these input and output fields into self-describing table objects with field names, data types and data size to standardize processing of all user defined function class types capable of handling multiple records simultaneously. Each table object has its own metadata to describe each field of the rows in the table object in terms of its field name, data type, data length, and indicator showing if the field has null values. Tables also have the ability to store and retrieve rows of data

**6**

based on row number. They are capable of handling large row sets with the ability to manage memory overflow into disk files.

Each output field has a unique name within a UDF, specified in the UDF output field metadata. There is one UDF output field metadata object for each output field, such that for N output fields for a UDF, there are N output field metadata objects in an array. Similarly, there are arrays of input and parameter field metadata objects. Input, output and parameter metadata arrays are packaged together in a UDF metadata object along with additional information. The UDF metadata object is specified by the UDF developer as an immutable static object that is compiled along with the UDF processing code. The UDF processing code consists of an implementation of a UDF interface class, a factory constructor function to create an instance of the UDF processing object and, optionally, a utility function for validating and resolving the UDF specification in a query at query compile time. In most of the cases, a general purpose utility function is sufficient for the validation and resolution of UDF specification in a query. UDF specific validation and resolution utility functions are built only for special validation and resolution requirements. For example, a given utility function can validate the data type of any parameter expression according to data type provided by the parameter field metadata such that the utility function evaluates the integer parameter expression to determine the repetition count for any variable input or output fields.

The listing of fields in the output expression allows the output of a user defined function to be mapped to a list of fields provided within the output metadata. When the number of output fields in the query is less than the number of output fields from a call to the user defined function, the user defined function returns only the fields that are mapped in the query. Output fields can be mapped in any order in queries, using either the field name or field position identifier. If output variable fields are mapped using position identifiers, the validation and resolution function substitutes position identifiers with output field names and sets data type and size in the output table object at query compile time.

The metadata **76** for each user defined function can also include an associated class type for each function out of a plurality of function class types **78** to assist in the optimization of the query. The user defined function class types **78** implicitly set the rules for data processing in the database engine along with the cardinality of their output results. For example, user defined functions belonging to some class types will be processed in OLAP windows, whereas such processing is inappropriate for other class types of functions. Unlike inbuilt functions that return only one output field, all the user defined function class types may return one or multiple output fields.

A query optimizer **80** establishes a plan for executing the received query, including any user defined functions in the query. The query optimizer **80** retrieves metadata describing the associated class types of the user defined functions, and uses the associated class type of each user defined function to determine if the number of rows in the output of the function is known or determinate and if the output to the function is unknown or indeterminate. For class types having known outputs, the query optimizer **80** can proceed normally. Functions having indeterminate outputs are handled as part of an alternative optimization process, in which the potential impact of a function having a large number of output rows is mitigated. Each of the data objects extracted by the query parser **72** and the query plan developed at the query optimizer **80** are provided to the database engine **64** to execute the query, including the user defined function.

US 9,229,984 B2

7

The database engine **64** uses the extracted query plan objects including the user defined function objects to execute the query plan to provide a query result, and returns the query result to the query source via the communications interface **56**. During runtime, data are loaded into the input table object according to the requirements of the user defined function class type. With the input and output table objects as arguments, the data processing API of the user defined function is called to process data. The user defined function emits output into the output table object which is retrieved each time the processing function is called. In case there is no input, as in the case of table-valued user defined functions, the processing function is called with an empty input table object.

In the illustrated implementation **50**, each UDF represents an application program model in conjunction with parameter metadata, a generic application model capable of generating a variety of invariant or concrete analytical functions at runtime. The properties of the runtime instance of an analytical function generated at each call to the functions are controlled via input parameter values. Parameters are arbitrary in nature and are dependent upon each UDF application program model. To allow for the recognition of parameter expressions within the system, each parameter associated with a given UDFs is captured within parameter field metadata at the time of UDF development. Each UDF can have zero, one, or multiple parameter fields expressed as an array of parameter metadata fields in the UDF metadata. A UDF parameter metadata field contains the parameter field name or key, its description, data type, an indicator to show if field is an optional parameter and, a default parameter value for optional parameter fields, if any.

Parameter data types are Boolean, integer, double, string, date, time, timestamp, and their array types. Array parameter values are expressed as comma separated values. Each parameter expression consists of a key and a value pair connected by an equal sign, '=', where key is the name of the parameter field metadata and the value is a constant or an expression that evaluates to a constant value at the time of invoking the user defined function. Multiple parameter expressions for a user defined function are separated by a colon, ':', character. A UDF requires all the parameter fields except the ones that are optional. If optional parameter fields have default values, they are automatically collected and supplied to the UDF when the optional fields are not specified in the UDF parameter expression in the query. Default values are given for those parameters in UDFs that often use the default parameter value for computations. For example, in the stock market, a 50 bar moving average is the most commonly used window frame size. When 50 is given as the default frame window size value, the use of such UDF without the parameter expression automatically gets the default value for moving average computations. When the application requires a different window frame size for the computation, the parameter value is explicitly presented in the UDF expression in the query to override the default value.

It will be appreciated that the basic syntax for all user defined functions, regardless of their associated class type, can be standardized, such that they are parsed in a similar manner at the query parser **72**. In this syntax, input arguments consist of fields or expressions composed from fields from the SQL query table that can be composed into an input table object, output arguments consist of output fields or expressions composed from output metadata fields from the user defined function that can be composed into an output table object, and parameter arguments are provided in the form of key/value pairs, where the key is the metadata parameter field name of the user defined function and the values for the field

8

represented by the key can be composed into a parameter object. Parameter key/value pairs are separated from one another by a colon character. In SQL queries, the input arguments for UDFs come from query table fields and GROUP BY or OLAP PARTION BY expressions produce subsets of rows into a table object with one or more input fields. Therefore, field arguments from the query table are separated from parameters to simplify UDF syntax in queries, which helps in processing different class types of UDFs. One example of the standardized syntax for expressing a user defined function in a query can include an expression such as:

<UDF name> ([<Input Expression List>]) [OUTPUT(<Output Expression List>)] [[WITH] PARAMETER (<key=valueExpression>[: . . . ])]

In the above user defined function expression, items within brackets are optional, items within parentheses are mandatory, and items given within chevrons (<>) are replaced with appropriate expressions. The names of the user defined functions are unique and case-insensitive. The user defined functions support variable input and output fields composed as table objects. The various expression lists can comprise a series of comma separated items. The input expression list, if present, can include columns or expressions composed using columns from query table. A mapping for the output fields of the user defined function is provided using the keyword OUTPUT, with the output expression list comprising of one or more output fields or expressions composed from output fields. Output fields are field names from the user defined function output metadata or field position identifiers using "$#" syntax, where $ represents a special character and # represents an ordinal number of the output field left to right starting from one. When the output is not explicitly mapped in a query, default output fields defined within the user defined function can be returned. When output fields are represented by '*' as in OUTPUT(*), all the output fields from the user defined function are returned. Parameters are given as "key=valueExpression" separated by colons, using WITH PARAMETER syntax when a user defined function requires parameters. The "key" is the field name in the user defined function parameter metadata. The "valueExpression" is a constant or an expression that evaluates to a constant. The parameters defined in the expression can be dates, time, timestamps, integers, decimal values (double values), character strings, or comma separated array constants formed from one of these data types.

The query compiler **62** parses the UDF expression and renames the output result of the expression with the user defined alias name when expressions are renamed. This is particularly important when the UDF output fields or ordinal numbers or expressions composed using them need to be renamed into application specific meaningful names. When UDF output fields are defined in terms of ordinal numbers, renaming them with unique alias names across the query makes them usable in other places in the query.

There are a number of UDFs that require variable input and output fields to support variable application program models. Statistical applications that fit analytic application models such as least-squares, multivariate analysis, multiple regression and maximum likelihood fall under this category. For example, the number of independent measure traits required for processing multiple regression models vary for each application instance for which parameter specifying the number of independent number of measure traits is required. There are application program models that require more than one variable field such as least-squares. Least-squares analyses often require a number of independent discrete factors, such as sex type, age-group, year, and quarter in a model, for

US 9,229,984 B2

**9**

which one parameter to specify the number of independent factors is required. Many least-squares models also require independent continuous or measure traits, such as advertisement cost and capital investment dollar amount to fit the least-squares model on dependent field sales value, for which another parameter for expressing the number of independent measure traits is required. Additional parameters may also be required for expressing the interaction between different independent factors. Thus, each variable field represents a group of fields at the time of a call to the user defined function. Each variable field will require a different parameter metadata field for generating the variants while calling the user defined function. It is possible that some variable fields share the same integer parameter field when they need the same number of variant fields to be generated in a call to the user defined function.

To allow for flexibility in such applications, input and output fields can be marked as fixed or variable types in the input and output metadata of each user defined function. It will be appreciated that a given user defined function requires a standard order and number of inputs, as defined in the input metadata for the function. Each field is referenced by a corresponding input argument field or fields in the query. Specifically, fixed fields will have only one corresponding input argument field and variable fields can have zero, one or multiple consecutive input argument fields in the query

Input and output fields can have fixed or undefined data types within the metadata. When the data type of an input field is undefined, the field obtains its data type from the data type of the corresponding input field argument in the query. The query input field defines if the field has null value or not. Therefore, UDF implementations have to consider the possibility of null values and perform appropriate processing. For fields having a fixed data type, data from the input query field is converted to the required input field type of the user defined function at runtime when the data types do not match and the data type promotion is valid. When the data type is undefined in an output field, it is set to depend upon a specific input field for resolution. At the query complier **62**, undefined output fields are resolved from the input fields. Specifically, if an output field is a variable field, a resolving parameter field name can be set. If this variable output field is not set to depend upon a parameter field, an associated resolving input field name from the input field metadata can be used to provide the resolution. If no parameter field or input field is given for resolving a variable output field, then it is an exception.

When parameters are given to fit an application program model, the parameter value is used for generating the number of concrete fields from the variable field in a call to the user defined function. The input fields in the query expression must match the order requirements of the fields including the variable fields. Concrete generated fields from the variable fields occur in consecutive order starting from the occurrence location of the variable field in the metadata. The UDF framework uses this sequence order for input field resolution and validation. In the case of output variable fields, the fields obtain their generated field names in consecutive order at the time of validation and resolution of the UDF expression in the query. The validation and resolution function of the UDF framework generates a full complement of all the output fields internally, according to the designated parameter, and each of such generated output field gets an ordinal number starting from one. Therefore, in a call to the user defined function, each output field gets a unique and fixed ordinal number that can be identified by the $# syntax. However, the query application is at liberty to use either the generated field name or the ordinal number of the output field using the $#

**10**

syntax for selecting and mapping the output fields to match the output requirements of the query application.

In the case of output variable fields, they could be set to depend upon an input variable field or a parameter field. When they are set to depend upon an input variable field, the input variable field is generally set to depend upon a parameter field. It will be appreciated that when there is only one variable input field for the UDF, the number of fields can be computationally determined from a total number of input arguments and the number of fixed fields. When concrete data type is given for the variable output field, the generated output field obtains the concrete data type from the metadata. However, when the data type is set as undefined, the output fields inherit the data type from the input variable field. When the output field is set to depend upon a parameter field, the parameter field value is used for expanding the output fields. Output variable metadata fields depending only upon parameter fields must always have a concrete data type. Output field metadata having undefined data type must always depend upon an input field metadata for its data type resolution at runtime.

The number of concrete generated fields represented by each variable field, whether determined computationally or via an associated parameter, is referred to as a repetition count. Each variable field can have any repetition count as the upper limit. When a variable field is marked to start with a minimum number of zero count, a parameter field can supply a repetition count of zero just to let the user defined function to ignore the field completely. However, when a variable field is set with a minimum repetition count of one, there must be at least one input argument field for the field at the time of processing the query. If there is only one variable field and it is marked to have a minimum repetition count of zero or one in the metadata, it can be deduced and validated without a parameter specification at the time of compilation. It will be appreciated that variable fields can occur at any input or output position, and there can be multiple variable fields in input and output metadata. The repetition count of a variable field for a given instance of the function can be provided, for example, as an integer parameter expression. The parameter expression can also be used to define scalar or array values of integer, double, date, time, timestamp and character parameters used for processing in the user defined function itself. The system **50** generates the concrete fields at the place of occurrence of the variable field in consecutive order. Each of such generated field obtains a new field name by appending the ordinal number to the base field name of the variable field. The ordinal numbers start from one to the number of fields generated. For example, if the base name of a variable field is 'foo' and the variant repetition count is three, field with variant field names 'foo1', 'foo2' and 'foo3' are generated.

Repetition variants from the variable fields are generated contiguously starting from the position of the field in the metadata. For example, if there are five output fields for a UDF with two variable fields at position two and four with repetition counts two and three respectively, the total output fields generated, along with their ordinal numbers in parentheses, would be:

1. FieldA ($1)
2. FieldB1 ($2), FieldB2 ($3)
3. FieldC ($4)
4. FieldD1 ($5), FieldD2 ($6), FieldD3 ($7)
5. FieldE ($8)

For the above UDF, the query can retrieve all the output fields with OUTPUT(*) mapping which results in the output of all the fields in the order given above. Given the above list of output fields for the query, the query can use either the field

US 9,229,984 B2

11

names or the ordinal numbers in any order to select the required output fields. For UDFs with variable fields, the variable field names and the ordinal numbers of the fields vary according to the repetition count of each variable field at query compilation time. When UDF output fields are mapped with the ordinal number of output fields, the resolution and validation utility function determines the repetition count and resolves the ordinal numbers into appropriate output field names.

The fixed data type of all the variable input and output fields is used for all the variant fields generated in a call to the user defined function. If any variable input fields have an undefined data type, the data type of the variable input field is resolved by the data type of the corresponding input field arguments in the query. A general purpose function supplied with the system can be used to validate input and output fields and resolve their data types and lengths at the query compiler **62** when an explicit validation and resolution function is not supplied by the user defined function as a function pointer in the metadata. When UDF input variable metadata fields are defined as a double data type or a similar concrete data type, the UDF processing infrastructure converts the input field arguments to match the UDF data type at the time of processing. When UDF input variable fields are defined as undefined data type, input argument types are passed as such to the UDF and the UDF must perform data conversion if needed. The UDF metadata has the provision to specify a set of fields to be converted to the highest data type in case data type uniformity is required for processing in the UDF. For example, when a set of field arguments belonging to such a group consist of short, unsigned short, int and int64 data types, in one instance they are all implicitly converted to int64, the highest data type in the group when one of the fields has int64 type.

One example of an analytic function that can be implemented in the database system using variable input and output fields governed by parameter expressions is a multiple regression user defined function. It will be appreciated that in a multiple regression analysis, the number of independent measure traits varies according to the regression model fitted which is illustrated in the example below. Accordingly, a user defined function to perform this function will have variable output fields for beta coefficients and averages for independent measure traits, with the count of these variable fields being defined by an integer parameter value representing the number of independent measures in the desired model. The user defined function, for example, can be implemented as an aggregate class type of user defined function because it returns one output row for N input rows processed.

An example query using a specific instantiation of the general multiple regression function is presented below. For example, the query could be used for studying how three independent expenses are affecting the dependent sales figures using a sales and cost database table, for example, data for ten years, with four quarters each, at each region and city in each country:

SELECT country,
  MultipleRegression(salesDollarValue, salespersonTrainingCost, advertizementCampaignCost, couponPromotionCost)
  OUTPUT(countObservations, alphaIntercept, beta1 AS betaSalespersonTrainingCost, beta2 AS betaAdvertizementCampaignCost, beta3 AS betaCouponPromotionCost, avgIndependent1 AS avgSalespersonTrainingCost, avgIndependent2 AS avgAdvertizementCampaignCost, avgIndependent3 AS avgCouponPromotionCost, avgDependent AS avgSalesDollarValue)

12

WITH    PARAMETER(COUNT_INDEPENDENT-_VAR=3)
  FROM salesAndCost
  GROUP BY country;

In the above example, the first input field is the dependent field which is a fixed field. The second input field is the starting point for the independent fields which is marked as a variable field with a minimum count of one in the metadata, giving the user defined function two input fields. A first output field is the alpha intercept, 'alphaIntercept' and a second output is the average of the dependent measure trait, 'avgDependent,' each of which are fixed fields. A third output field, 'countObservations,' is a fixed field representing the number of observations. A fourth field, marked as a variable field, is named 'beta' and represents the beta coefficients produced by the regression analysis. A fifth field, also marked as a variable field, is named 'avgIndependent' and represents the average values of the independent measure traits.

Note that the fourth field can be repeated until all the beta co-efficient fields are mapped. As described previously, the names of the fields are generated by appending an integer starting from one. Thus, in the given example, there are three beta co-efficient fields with field names beta1, beta2 and beta3 that are generated from the output variable field base name 'beta'. The fifth field, avgIndependent starts only after all the beta fields are mapped and repeats similarly with number appended to it starting from one. Using the output field names or the ordinal number, output fields can be mapped in any order in a query.

The user defined function requires one parameter and looks for COUNT_INDEPENDENT_VAR keyword, that is, the parameter field name in the parameter object to decide which multiple regression model to fit. In case the parameter is not given, since there is only one input variable field, the validation and resolution API function computes the correct repetition number from the total number of input argument fields. In this example given, the model specifies three independent traits and, therefore, three output fields each for 'beta' and 'avgIndependent' are generated. Note that, in the metadata, the variable output fields, beta and avgIndependent, are marked for dependency resolution from the second input variable field. If the query does not map the 'avgIndependent' output fields from independent traits or any other field, the user defined function understands it from the output fields requested by the user query in the output table object and does not project results for them.

A second category of parameters for use in the illustrated system **50** relate to internal processing of the user defined function. Parameter specification for UDFs is a general mechanism to design any application program model for use in SQL queries. To support a variety of known and unknown analytic application requirements, parameters provide a general mechanism to abstract application program models in a UDF framework. Once such UDF framework is built and integrated in the SQL engine, it provides the opportunity to build any type of application as a UDF. To provide specific instantiations of the application program model from this framework, the UDFs can be provided with a variety of internal parameter input values that aid in the internal application configuration and processing.

For example, a number of UDFs require constant values, such as the regression constant value to fit the regression line for the input argument. Alternatively, the function can be provided with a source description to obtain constant values. For example, when UDFs require a number of values for computation or lookup, large data sets can be kept in a local file for which the source description can be given in the UDF

US 9,229,984 B2

**13**

parameter. Different kinds of large lookup datasets can be built as trees or sorted records in files or in hosted server applications and consumed while processing the UDF input.

In a number of situations, UDFs require parameters to identify what input fields represent, particularly when it comes to variable input fields. For example, when interaction effects are studied between independent discrete factors in least-squares equations, there is a need to specify the interaction sets of independent factors. When UDFs are built for supporting different related applications using the same input data, parameter values can be used for indicating the desired application computation required for the input. Parameters can also be used to supply runtime program scripts to a UDF or a file name containing program script, allowing the UDF to compile the program script and generate execution code to process the input rows. Large-size scripts can be developed in files, with parameters used for supplying the script file names to the UDFs.

A third category of parameters for use in the illustrated system **50** relate to connectivity with external sources of data utilized by the user defined function. A number of UDF applications require connecting with and processing in external application processes where UDFs act as a client to an external application server. Parameters are needed to model this external application processing. For example, in an enterprise, operational databases are configured to continuously receive and store data as and when the data are generated by various live transacting application processes. Each such application generates only a subset of the enterprise data that impacts other processes in one way or other. Thus, databases are the hubs for many application processes in an enterprise, and can be configured to supply data to external application processes as new rows are inserted into tables. UDFs serve as external gateways for databases where such gateways are usually not accessible. In order to support communication with external processes in databases in a non-intrusive way, UDF parameters play an important role in abstracting connectivity and application processing information. For example, row sending UDFs can be configured with parameters for sending rows to live applications from databases as a database triggering UDF execution at row insert or delete or update operation.

In order to connect to external processes, connection information can be provided via parameters in a call to a UDF. The connection information can specify, for example, means for accessing the external process, such as a shared memory key, or an address and port of a TCP/IP, multicast, or UDP connection. For applications that require authentication services, parameters defining a user name and password can also be provided. Similarly, when UDFs require accessing a web-site through a web-server, a uniform resource locator (URL) can be supplied through a parameter. Some UDF applications require processing information in addition to connection information. UDFs that mediate federated query processing, such as table valued user defined functions (TVUDF), can utilize an SQL query for an external database to process. There are innumerable external query service processes that process semi-structured or unstructured data sources and return a table of rows, and each application may require a specific query or script conforming to its own syntax and semantics. To allow a given UDF to utilize any of these processes, application processing queries or scripts are supplied in the form of parameters in UDF queries.

The illustrated database system makes it possible to model complex analytic applications, including statistical applications, in SQL queries. Data processing analytical functions are varied in nature and exhibit different levels of complexity.

**14**

Using the systems and methods provided herein, many analytic applications can be represented as model program designs capable of solving a variety of application problems with varying datasets and representation of the processing models with parameters. When analytic application program models are built as user defined functions with distinct mapping of input and output, and parameters to describe the processing model, complex analytic problems can be abstracted in simple syntactic expressions for use in SQL queries. This simplifies UDF expressions in SQL queries and makes UDF queries easier to formulate and use. Essentially, by defining a common syntax for UDF expressions in queries and the semantics of processing such expressions, SQL queries can be used to solve complex business analytic problems within the context of the database SQL query processing system.

Using the syntax, categories of analytic application models are abstracted with parameters for modeling variable input and output fields, and variants of user defined function models for internal and external processing can be utilized. The use of the parameter field allows for user defined functions general enough to allow processing of many analytical application models by varying only parameters in queries. Statistical applications such as multiple regression, least-squares, multivariate analytics and frequency distribution can be implemented with different statistical models depending upon the requirements of a given analysis simply by changing the parameter field of the query. Accordingly, parameterization makes it easier to represent complex models in simple key/value pair of parameters.

FIG. **3** illustrates one method **100** for executing a query. At **102**, a call to a user defined function, representing an application program model, is identified in a structured query language (SQL) query by a query compiler, including input arguments, mapping of output fields and a parameter expression defining parameter values for the user defined function. At **104**, the parameter value is evaluated at a processing engine. If it is determined that the parameter expression defines a parameter with a first value (1), the processing engine executes the user defined function using the input argument to provide a function output representing the results of a first value of the parameter to perform a first analytical model at **106**. If it is determined that the parameter expression defines a second parameter value (2), the processing engine executes the user defined function using the input argument to provide a function output representing the results of a second value of the parameter to perform a second analytical model at **108**.

FIG. **4** is a schematic block diagram illustrating an exemplary system **200** of hardware components capable of implementing the example systems and methods for user defined function integration disclosed in FIGS. **1**-**3**. The system **200** can include various systems and subsystems. The system **200** can be a personal computer, a laptop computer, a workstation, a computer system, an appliance, an application-specific integrated circuit (ASIC), a server, a server blade center, a server farm, or any other appropriate processing component.

The system **200** can include a system bus **202**, a processing unit **204**, a system memory **206**, memory devices **208** and **210**, a communication interface **212** (e.g., a network interface), a communication link **214**, a display **216** (e.g., a video screen), and an input device **218** (e.g., a keyboard and/or a mouse). The system bus **202** can be in communication with the processing unit **204** and the system memory **206**. The additional memory devices **208** and **210**, such as a hard disk drive, server, stand alone database, or other non-volatile memory, can also be in communication with the system bus

US 9,229,984 B2

15                                                                16

**202**. The system bus **202** operably interconnects the processing unit **204**, the memory devices **206**-**210**, the communication interface **212**, the display **216**, and the input device **218**. In some examples, the system bus **202** also operably interconnects an additional port (not shown), such as a universal serial bus (USB) port.

The processing unit **204** can be a computing device and can include an application-specific integrated circuit (ASIC). The processing unit **204** executes a set of instructions to implement the operations of examples disclosed herein. The processing unit can include a processing core.

The additional memory devices **206**, **208** and **210** can store data, programs, instructions, database queries in text or compiled form, and any other information that can be needed to operate a computer. The memories **206**, **208** and **210** can be implemented as computer-readable media (integrated or removable) such as a memory card, disk drive, compact disk (CD), or server accessible over a network. In certain examples, the memories **206**, **208** and **210** can comprise text, images, video, and/or audio.

Additionally, the memory devices **208** and **210** can serve as databases or data storage. Additionally or alternatively, the system **200** can access an external data source or query source through the communication interface **212**, which can communicate with the system bus **202** and the communication link **214**.

In operation, the system **200** can be used to implement a database system that executes user defined functions within or outside of an online analytics processing (OLAP) framework in response to an appropriate query. The queries can be formatted in accordance with various query database protocols, including SQL. Computer executable logic for implementing the real-time analytics system resides on one or more of the system memory **206**, and the memory devices **208**, **210** in accordance with certain examples. The processing unit **204** executes one or more computer executable instructions originating from the system memory **206** and the memory devices **208** and **210**. The term "computer readable medium" as used herein refers to a medium that participates in providing instructions to the processing unit **204** for execution.

What have been described above are examples of the present invention. It is, of course, not possible to describe every conceivable combination of components or methodologies for the purpose of describing the present invention, but one of ordinary skill in the art will recognize that many further combinations and permutations of the present invention are possible. Accordingly, the present invention is intended to embrace all such alterations, modifications, and variations that fall within the scope of the appended claims.

What is claimed is:

**1**. An analytical data processing system comprising:
a processor;
a non-transitory computer readable medium, comprising machine readable instructions executable by the processor, the instructions comprising:
    a query compiler to identify a call to a user defined function, including an input expression that defines input values for the user defined function and a parameter expression, comprising a key and a value pair where key is the name of the parameter field metadata and the value is a constant or an expression that evaluates to a constant value at the time of invoking the user, for the user defined function, within a query; and
    a processing engine to execute the user defined function to provide a function output according to the input expression and the parameter expression.

**2**. The analytical data processing system of claim **1**, wherein the user defined function represents an application program model, such that the function output represents the results of a first analytical model, evaluated using the defined input values, for a first parameter expression and the function output represents the results of a second analytical model, evaluated using the defined input values, for a second parameter expression.

**3**. The analytical data processing system of claim **2**, wherein the user defined function has a variable field defining a class of fields for the generation of zero, one, or multiple concrete field instances at runtime of the user defined function, the variable field being one of a variable input field and a variable output field, the parameter expression evaluating to an integer repetition count defining a number of variant fields represented by the variable field.

**4**. The analytical data processing system of claim **3**, the variable field comprising a variable output field and the user defined function having metadata exposed to the query compiler and the processing engine, the metadata including a base field name for the variable output field, and the variant fields represented by the variable output field having names generated in an output table object formed from the base field name and an ordinal number.

**5**. The analytical data processing system of claim **3**, wherein the variable field has associated metadata comprising a field indicating a minimum repetition count, such that if the minimum repetition count is one, the variable field must occur in a call to the user defined function, and if the minimum repetition count is zero, the variable field can be omitted from a call to the user defined function.

**6**. The analytical data processing system of claim **1**, the query complier accessing a utility function associated with the user defined function, the utility function validating an associated data type of the parameter expression according to a data type provided by metadata associated with the user defined function and evaluating the parameter expression.

**7**. The analytical data processing system of claim **1**, the user defined function comprising parameter metadata defining an associated data type for the parameter expression, the associated data type comprising any of Boolean, integer, double, string, date, time, timestamp, and their array types.

**8**. The analytical data processing system of claim **1**, the user defined function comprising parameter metadata indicating, for each of a plurality of parameters associated with the user defined function, whether a parameter is mandatory, such that a parameter expression associated with the parameter must be present in a call to the user defined function, or optional, such that no parameter expression associated with the parameter is necessary in a call to the user defined function.

**9**. The analytical data processing system of claim **8**, the parameter metadata further comprising, for a parameter indicated as optional, a default value, such that when no parameter expression associated with the parameter is present in the call to the user defined function, the default value is used for the execution of the user defined function.

**10**. The analytical data processing system of claim **2**, wherein the parameter expression provides a constant parameter value for an internal processing requirement of the user defined function.

**11**. The analytical data processing system of claim **2**, the parameter expression supplying a runtime program script or a file name containing a program script for the user defined function, the user defined function compiling the program script to generate an execution code and to process input rows represented by the input expression.

US 9,229,984 B2

**17**

12. The analytical data processing system of claim **1**, wherein the parameter expression comprises information for one of connecting, accessing, processing and generating output from an external data processing system.

13. An analytical data processing system comprising:

a processor;

a non-transitory computer readable medium, comprising machine readable instructions executable by the processor, the instructions comprising:

a query compiler to identify a call to a user defined function, the user defined function representing an application program model and including an input expression that defines input values for the user defined function and an parameter expression, comprising a key and a value pair where key is the name of the parameter field metadata and the value is a constant or an expression that evaluates to a constant value at the time of invoking the user, defining a parameter value for the user defined function, within a query; and

a processing engine to execute the user defined function to provide a function output according to the input expression and the defined parameter value, such that the function output represents the results of a first analytical model, evaluated using the defined input values, for a first parameter expression and the function output represents the results of a second analytical model, evaluated using the defined input values, for a second parameter expression.

**18**

14. The analytical data processing system of claim **12**, wherein the user defined function has an associated variable field and the defined parameter value represents a number of variant fields represented by the variable field.

15. A non-transitory computer readable medium storing machine executable instructions, the machine executable instructions comprising:

a query compiler to identify a call to a user defined function, an input expression defining a variable input field, representing a class of fields for the generation of zero, one, or multiple concrete input field instances at runtime of the user defined function, and an output expression defining a variable output field, representing a class of fields for the generation of zero, one, or multiple concrete input field instances at runtime of the user defined function, for the function within a query, and an integer parameter expression defining a number of concrete input field instances represented by each variable field and generate an input table object and an output table object for the user defined function, the generated output object containing the fields represented by the variable input field and the variable output field; and

a processing engine to execute the user defined function with the input and parameter expressions and populate the fields represented by the variable output field in the output table object with the output of the user defined function.

* * * * *

Exhibit G



March 4, 2022

Christian Klein
Chief Executive Officer (CEO)
SAP SE
Dietmar-Hopp-Allee 16
69190 Walldorf
Germany

Re: Valtrus Innovations Limited

Dear Mr. Klein:

Valtrus Innovations Limited ("Valtrus") is the owner of an extensive portfolio of patents originating from Hewlett Packard Enterprise Company (HPE). Valtrus' portfolio covers a range of products and technologies including communication devices such as personal computers, tablets and smartphones, networking devices, memory, processors, WLAN, network analytics, power and many more related technologies. The portfolio includes patents whose use are ubiquitous in these areas. Valtrus is focused on licensing these patents to established players and new entrants in the applicable markets. Further details regarding Valtrus may be found on our website at: www.valtrusinnovations.ie.

Valtrus has been studying its portfolio, as well as specific products and services offered, made and sold by SAP SE "SAP", and believes that SAP requires a license from Valtrus.  Our preliminary analysis reveals that SAP is currently making, using, selling, or offering for sale products and services that infringe (directly or indirectly) one or more of the Valtrus patents.  The attached Table 1 is an exemplary list of products and services that infringe one or more claims of at least the listed patents.  As we continue to analyze Valtrus' patents with respect to SAP, we will bring additional patents and/or additional SAP offerings to your attention as appropriate.

In bringing this matter to your attention, we want to assure you that our intention is to allow SAP to continue its use of these patents through a license from Valtrus.

We would like to arrange for a meeting with representatives of SAP to discuss these patents and licensing terms.  Please kindly contact me with a proposed date and time for a meeting.  I can be reached at either angela@keypatentinnovations.ie  or +353 87 917 1202.



I look forward to hearing from you.

Sincerely,

Angela Quinlan
Managing Director
Valtrus Innovations Limited
www.valtrusinnovations.ie

Copy to:
Kapu Kumar - Patent Platform Services



**Table 1**
Exemplary List of Valtrus Patents Infringed by SAP

| Valtrus Patent Number | Title | Exemplary Infringed Claim(s) | Exemplary Products |
|---|---|---|---|
| US6816809 | Hardware Based Utilization Metering | 13 | SAP products and services featuring a multicore processor, including but not limited to SAP S/4 HANA on AMD EPYC |
| US6823409 | Coherency Control Module For Maintaining Cache Coherency In A Multi-Processor-Bus System | 10 | SAP products and services featuring a multicore processor, including but not limited to SAP S/4 HANA on AMD EPYC |
| US6871264 | System And Method For Dynamic Processor Core And Cache Partitioning On Large-Scale Multithreaded, Multiprocessor Integrated Circuits | 1 | SAP products and services featuring a multicore processor, including but not limited to SAP S/4 HANA on AMD EPYC |
| US7383471 | Diagnostic Memory Dumping | 1 | SAP products and services using Red Hat Enterprise Linux (RHEL) 7.0 or later, including but not limited to<br>- SAP BusinessObjects BI Platform 4.x<br>- SAP HANA Solutions<br>- SAP S/4 HANA Cloud |
| US7533109 | Item Queue Management | 16 | SAP products and services using Red Hat Enterprise Linux (RHEL) 7.0 or later, including but not limited to<br>- SAP BusinessObjects BI Platform 4.x<br>- SAP HANA Solutions<br>- SAP S/4 HANA Cloud |
| US7620984 | Method Of Managing Computer System | 1 | SAP products and services using Red Hat Enterprise Linux (RHEL) 7.0 or later, including but not limited to<br>- SAP BusinessObjects BI Platform 4.x<br>- SAP HANA Solutions<br>- SAP S/4 HANA Cloud |

Exhibit H



7 September 2022

Christian Klein
Chief Executive Officer (CEO)
SAP SE
Dietmar-Hopp-Allee 16
69190 Walldorf
Germany

Re: Valtrus Innovations Limited

Dear Mr. Klein:

This letter is in follow up to my letter (attached) dated March 4, 2022 regarding the Valtrus Innovations Limited ("Valtrus") patent portfolio.

As I previously explained, Valtrus has been continuing to study its portfolio, as well as specific products and services offered, made and sold by SAP SE, "SAP", and believes that SAP requires a license from Valtrus. At this time, our preliminary analysis reveals that SAP is currently making, using, selling, or offering for sale products and services that infringe (directly or indirectly) the Valtrus patents in the attached Table 1 shown with an exemplary list of products and services that infringe one or more of its claims.

In bringing this matter to your attention, we want to assure you that our intention is to allow SAP to continue its use of these patents through a license from Valtrus.

We would like to arrange for a meeting with representatives of SAP to discuss these patents and licensing terms. Please kindly contact me with a proposed date and time for a meeting. I can be reached at either angela@keypatentinnovations.ie or +353 87 917 1202.

I look forward to hearing from you.

Sincerely,

Angela Quinlan
Managing Director
Valtrus Innovations Limited
www.valtrusinnovations.ie

The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin, A96 VR66, Ireland



Copy to:

Anthony DiBartolomeo - SVP, Chief IP Officer
anthony.dibartolomeo@sap.com
SAP America
3999 West Chester Pike, Newtown Square, PA 19073

Kapu Kumar - Patent Platform Services



Table 1
Exemplary List of Valtrus Patents Infringed by SAP

| Valtrus Patent Number | Title | Exemplary Infringed Claim(s) | Exemplary Products |
|---|---|---|---|
| US6557005 | Method And System for Dynamically Generating Web Forms in A Variety of Languages | 5 | SAP Business Technology Platform |
| US6850866 | Managing Performance Metrics Describing a Relationship Between a Provider and a Client | 1 | SAP Solution Manager |
| US6889160 | Simulation Of Network Service Test Environments | 18 | SAP products with SAPUI5, including but not limited to SAP Mock Server |
| US6889244 | Method And Apparatus for Passing Messages Using a Fault Tolerant Storage System | 1 | SAP Integration Suite |
| US6996605 | Overview Subsystem for Information Page Server | 1 | SAP Service Operation software and/or hardware, including but not limited to<br>- SAP Omnichannel Service<br>- SAP Commerce Cloud<br>- SAP Service Cloud and Contact Center 365 |
| US7003591 | Configurable Mapping of Devices to Bus Functions | 20 | SAP products and services using PCIe, including but not limited to<br>- SAP S/4 HANA on AMD EPYC |
| US7222121 | Platform and Method for Monitoring and Analyzing Data | 30 | SAP Solution Manager |
| US7251588 | System for Metric Introspection in Monitoring Sources | 13 | SAP Solution Manager |
| US7472398 | Method And System for Hosting an Application with a Facade Server | 6 | SAP products with SAPUI5, including but not limited to SAP Mock Server |
| US7672929 | Database Modification History | 1 | SAP HANA |
| US7930539 | Computer System Resource Access Control | 1, 2, 7, 8, 9, 10, and 12. | SAP products and services featuring an ARMv7-A based processor, including but not limited to<br>- SAP S/4 HANA on AMD EPYC |

The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin, A96 VR66, Ireland



| US8166173 | Inviting Assistant Entity into A Network Communication Session | 1 | SAP's sap.com and Service Operation software and/or hardware, including but not limited to<br>- SAP Omnichannel Service<br>- SAP Commerce Cloud<br>- SAP Service Cloud and Contact Center 365 |
|---|---|---|---|
| US8230204 | Migration Of System Images | 1 and 6 | SAP products and services running Red Hat Enterprise Linux (RHEL) 7.0 or later, including but not limited to<br>- SAP BusinessObjects BI Platform 4.x<br>- SAP HANA Solutions<br>- SAP S/4 HANA Cloud |
| US8379538 | Model-Driven Monitoring Architecture | 7 and 13 | SAP Solution Manager |