# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAP AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> VALTRUS INNOVATIONS LIMITED, PATENT PLATFORM SERVICES, LLC. <br><br> Defendants. | C.A. No. 24-cv-54-GBW |

## STIPULATION AND ORDER TO EXTEND TIME AND PAGE LIMITS

The parties, subject to the approval of the Court, hereby stipulate and agree that the deadline for Defendants to answer, move, or otherwise respond to the Amended Complaint (D.I. 7) is extended to March 20, 2024.

It is further stipulated by the parties, subject to the approval of the Court, that given the addition of new causes of action and new defendant entity by the Plaintiff in its recently filed amended complaint, the page limit for any brief in support of a joint motion to dismiss filed by Defendants are expanded by 5 pages for a total of 25 pages. The parties further agree that Plaintiffs' page limit for any brief in opposition to Defendant's motion to dismiss shall be expanded by 5 pages for a total of 25 pages as well.

| | |
|---|---|
| Dated: February 29, 2024 | Respectfully submitted, |
| DUANE MORRIS LLP | FARNAN LLP |
| /s/ *Monté T. Squire* <br> Monté T. Squire (No. 4764) <br> mtsquire@duanemorris.com <br> 1201 North Market Street, Suite 501 <br> Wilmington, DE 19801 <br> Telephone: (302) 657-4900 <br> Facsimile: (302) 657-4901 | /s/ *Michael J .Farnan* <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 N. Market Str., 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 777-0300 <br> Fax: (302) 777-0301 |

*Attorneys for Plaintiff*

bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendant*
*(special appearance for purposes of this stipulation only)*

IT IS SO ORDERED this ____ day of _____, 2024.

_____
The Honorable Gregory B. Williams