IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | | |
|---|---|---|
| **SAP America, Inc.** | § § § | |
| **Plaintiff** | § § | |
| v. | § § | CIVIL ACTION NO. 24-cv-54-GBW |
| | § § | JURY TRIAL DEMANDED |
| **Valtrus Innovations Ltd. and Patent Platform Services, LLC** | § § § | |
| **Defendants.** | | |

### DEFENDANTS' MOTION TO DISMISS
### FOR LACK OF PERSONAL JURISDICTION OR, ALTERNATIVELY, TO TRANSFER

Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), Defendants Valtrus Innovations Ltd. and Patent Platform Services, LLC respectfully moves the Court for an Order dismissing Plaintiff's Amended Complaint (D.I. 7) with prejudice for lack of personal jurisdiction (in the case of Valtrus), under the first-to-file rule (also in the case of Valtrus), and for failure to state a claim upon which relief can be granted (in the case of both Valtrus and Patent Platform Services). Valtrus moves to dismiss under the first-to-file rule and for failure to state a claim, only in the alternative, in the event the Court denies its motion on personal jurisdiction grounds. The grounds for this motion are set forth in Defendants' Opening Brief in Support of its Motion to Dismiss for Lack of Personal Jurisdiction, Under the First-to-File Rule, and for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6) filed contemporaneously.

1

Dated: March 20, 2024

Of Counsel:

Matthew G. Berkowitz (PHV forthcoming)—LEAD ATTORNEY
Patrick Colsher (PHV forthcoming)
Navid Bayar (PHV forthcoming)
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
nbayar@reichmanjorgensen.com

Khue V. Hoang (PHV forthcoming)
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Defendants*