## **RULE 7.1.1 CERTIFICATION**

The undersigned hereby certifies that, after conferring with Plaintiff's counsel, Plaintiff opposes the alternative relief requested in the foregoing motion.


/s/ Michael J. Farnan
Michael J. Farnan (Bar No. 5165)