IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | | |
|---|---|---|
| **SAP America, Inc.** | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 24-cv-54-GBW |
| | § § | JURY TRIAL DEMANDED |
| **Valtrus Innovations Ltd. and Patent Platform Services, LLC** | § § § | |
| Defendants. | | |

**<u>DECLARATION OF MATTHEW BERKOWITZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TRANSFER</u>**

I, Matthew Berkowitz, declare as follows:

1. I make this declaration behalf of defendants Valtrus Innovations Ltd. ("Valtrus") and Patent Platform Services, LLC ("PPS") (PPS and Valtrus, collectively, "Defendants"). I am a partner at Reichman Jorgensen Lehman & Feldberg LLP, which represents Defendants in this lawsuit and in related litigation matters discussed herein, and I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently to the matters set forth herein. I submit this declaration in support of Defendants' Motion to Dismiss or Transfer pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure in the above-captioned action.

2. U.S. Patent No. 6,871,264, at issue in *Valtrus Innovations Ltd. vs. SAP America, Inc. and SAP, SE* in the Eastern District of Texas (Case No. 2:24-cv-00021), is also at issue in a consolidated case against Verizon, T-Mobile, and OnePlus in the Eastern District of Texas (2:23-cv-00443 (lead case)), all of which are pending before Judge Gilstrap.

3. Many of the same products, including SAP Hana and SAP Integration Suite, are issue in both the above-captioned action and in *Valtrus Innovations Ltd. vs. SAP America, Inc. and SAP, SE* in the Eastern District of Texas (Case No. 2:24-cv-00021).

4. SAP has previously been sued in the Eastern District of Texas for patent infringement and has not moved to transfer or otherwise dismiss the cases based on improper venue or lack of jurisdiction, including in *Proven Networks, LLC v. SAP America, Inc. et al.* (Case No. 2:21-cv-00100-JRG).

5. Attached as **Exhibit A** is a true and correct copy of the complaint in *Valtrus Innovations Ltd. vs. SAP America, Inc. and SAP, SE* in the Eastern District of Texas (Case No. 2:24-cv-00021).

6. Attached as **Exhibit B** is a true and correct copy of Valtrus's Notice of Filing for *Valtrus Innovations Ltd. vs. SAP America, Inc. and SAP, SE* in the Eastern District of Texas (Case No. 2:24-cv-00021) showing that Valtrus filed its complaint at 4:00 P.M. CST / 5:00 PM EST.

7. Attached as **Exhibit C** is a true and correct copy of a filing receipt that Defendants received from Plaintiff's counsel for the complaint filed in this case (D.I. 1).

8. Attached as **Exhibit D** is a true and correct copy of HPE's list of US locations showing that HPE's corporate headquarters is in Spring, Texas with another facility in Frisco, Texas.

9. Attached as **Exhibit E** is a true and correct copy of an affidavit of service on SAP America's registered agent CT Corporation System in Dallas, Texas.

* * *

-3-

      I declare under penalty of perjury under the laws of the United States of America that the forging is true and correct.

| | |
|---|---|
| Dated: March 20, 2024 | <u>*/s/ Matthew Berkowitz*</u><br>Matthew Berkowitz |