# Exhibit B

**Complaints and Other Initiating Documents**
2:24-cv-00021 Valtrus Innovations Ltd. v. SAP America, Inc. et al

**U.S. District Court**

**Eastern District of TEXAS [LIVE]**

**Notice of Electronic Filing**

The following transaction was entered by Henry, Claire on 1/15/2024 at 4:00 PM CST and filed on 1/15/2024
**Case Name:**   Valtrus Innovations Ltd. v. SAP America, Inc. et al
**Case Number:**   2:24-cv-00021
**Filer:**   Valtrus Innovations Ltd.
**Document Number:** 1

**Docket Text:**
COMPLAINT against SAP America, Inc., SAP, SE ( Filing fee $ 405 receipt number ATXEDC-9919063.), filed by Valtrus Innovations Ltd.. (Attachments: # (1) Exhibit 1 - U.S. Patent 6,823,409, # (2) Exhibit 2 - U.S. Patent 6,889,244, # (3) Exhibit 3 - U.S. Patent 7,152,182, # (4) Exhibit 4 - U.S. Patent 7,313,575, # (5) Exhibit 5 - U.S. Patent 6,691,139, # (6) Exhibit 6 - U.S. Patent 7,936,738, # (7) Exhibit 7 - U.S. Patent 6,871,264, # (8) Exhibit 8 - '409 Claim Chart, # (9) Exhibit 9 - '244 Claim Chart, # (10) Exhibit 10 - '182 Claim Chart, # (11) Exhibit 11 - '575 Claim Chart, # (12) Exhibit 12 - '139 Claim Chart, # (13) Exhibit 13 - '738 Claim Chart, # (14) Exhibit 14 - '264 Claim Chart, # (15) Civil Cover Sheet)(Henry, Claire)