# Exhibit C

| | |
|---|---|
| From: | do_not_reply@psc.uscourts.gov |
| Sent: | Monday, January 15, 2024 5:02 PM |
| To: | Morton, Catherine |
| Subject: | Pay.gov Payment Confirmation: DELAWARE DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Clerk Office at 3025736170.

Account Number: 6815822
Court: DELAWARE DISTRICT COURT
Amount: $405.00
Tracking Id: ADEDC-4314649
Approval Code: 142644
Card Number: ************1009
Date/Time: 01/15/2024 05:01:43 ET

NOTE: This is an automated message. Please do not reply