# Exhibit D



# Contact HPE

United States

Call Sales: **1-888-342-2156**
Contract Support: **1-800-633-3600**

Warranty support - support.hpe.com

HOME / CONTACT HPE

- Sales & Support
- HPE Offices
- Feedback

## Contact Sales or Support

**Contact Sales** | Contact Support

### Contact Sales

**Products and Solutions**

1-888-342-2156

- Email us →
- Chat with us →
- Get a quote →
- Find an HPE Partner near you →

**Products and Solutions Inquiries**

Have a question about purchasing a product or solution that you are interested in? We're here to help.

- First Name
- Last Name
- Business Email
- Country/Region
- Business Phone: +1
- Company

+ more

## HPE offices and executive briefing centers

Use our list of locations to find your way to one of our office headquarter locations or Executive Briefing Centers. To find an official HPE Partner near you, use our Find a Partner locator.

View our worldwide office locations →

**WW Corporate Headquarters - Spring, TX - United States**
1701 E Mossy Oaks Rd
Spring, TX 77389
See location using Google Maps →

**Roseville, CA - United States**
8000 Foothills Boulevard
Roseville, CA 95747
See location using Google Maps →

**HPE Nimble Storage - Durham, NC - United States**
1015 Swabia Court
Durham, NC 27703
See location using Google Maps →

**New York, NY - United States**
461 Fifth Avenue
New York, NY 10017
See location using Google Maps →

**Alpharetta, GA - United States**
5555 Windward Parkway
Alpharetta, GA 30004
See location using Google Maps →

**Frisco, TX Office**
3001 Dallas Parkway
Frisco, TX 75034-8660
See location using Google Maps →

**San Jose, CA - United States**
6280 America Center Drive
San Jose, CA 95002
See location using Google Maps →

**Fort Collins, CO - United States**
3404 E Harmony Road
Fort Collins, CO 80528
See location using Google Maps →

## General website feedback

We welcome all suggestions to help us improve our HPE.com experience. Given the volume of submissions, we are not able to respond directly but do utilize this data to enhance our website.

If you are looking for **sales or support**, please use the sales or support contact options above.

If you want to **manage HPE communications**, you may update subscription preferences here.

If you need **contacts in media relations**, you can find our global communications team here.

Submit your feedback →

## How can we help?

- How to Buy
- Product Support
- Email Sales
- Contact HPE



**COMPANY**
- About HPE
- Accessibility
- Careers
- Contact Us
- Corporate Responsibility
- Global Diversity & Inclusion
- HPE Modern Slavery Transparency Statement (PDF)
- Hewlett Packard Labs
- Investor Relations
- Leadership
- Public Policy

**LEARN ABOUT**
- Artificial Intelligence
- Cloud Computing
- Containers
- Machine Learning
- Enterprise Glossary

**NEWS AND EVENTS**
- Newsroom
- HPE Discover
- Events
- Webinars
- Local Events

**PARTNERS**
- Partner Ready program
- Partner Ready Vantage program
- Find a Partner
- Certifications
- HPE GreenLake Marketplace

**SUPPORT**
- Product Support
- Software & Drivers
- Warranty Check
- Enhanced Support Services
- Education and Training
- Product Return and Recycling
- OEM Solutions

**COMMUNITIES**
- HPE Community
- Aruba Airheads
- HPE Tech Pro Community
- HPE Developer
- All Blogs and Forums

**CUSTOMER RESOURCES**
- Customer Stories
- How To Buy
- Financial Services
- HPE Customer Centers
- Email Signup
- HPE MyAccount
- Resource Library
- Video Gallery
- Voice of the Customer Signup

**FOLLOW HPE**
   

UNITED STATES (EN)

© Copyright 2024 Hewlett Packard Enterprise Development LP

Privacy | Terms of Use | Ad Choices & Cookies | Do Not Sell or Share My Personal Information | Sitemap