IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| **SAP America, Inc.** § <br> § <br> **Plaintiff** § <br> § <br> v. § <br> § <br> § <br> **Valtrus Innovations Ltd. and Patent** § <br> **Platform Services, LLC** § <br> § <br> **Defendants.** | **CIVIL ACTION NO. 24-cv-54-GBW** <br><br> **JURY TRIAL DEMANDED** |

### DECLARATION OF KALPANA KUMAR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR TRANSFER

I, Kalpana Kumar, declare as follows:

1. I make this declaration based upon my personal knowledge and my investigation of the facts below. If called as a witness, I could and would testify competently to the matters set forth herein. I submit this declaration in support of Defendants' Motion to Dismiss or Transfer pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure in the above-captioned action.

2. I currently reside at 705 Freedom Lane, Aubrey, Texas, and have done so since May 2020. Prior to that time, I was a New Jersey resident, and had been so for over two decades.

3. I am a founder and Chief Operating Officer of Patent Platform Services LLC ("PPS"). PPS is a Delaware limited liability company with a principal place of business in Frisco, Texas.

4. PPS has a contractual agreement with Key Patent Innovations, Ltd. ("KPI") to provide patent licensing services to KPI and its subsidiaries, one of which is Valtrus Innovations

Limited ("Valtrus"). I have primary responsibility for managing PPS's support of the Valtrus licensing program, and oversee all aspects of that engagement. I am also the licensing lead responsible for all of Valtrus's discussions with SAP, and was directly involved in essentially all communications with SAP regarding those licensing efforts.

5. PPS has one corporate office which is located at 7460 Warren Parkway, Suite 100, Frisco, Texas 75034. Currently, six of PPS's thirteen employees reside within commuting distance of the Frisco office. The remaining PPS employees reside in New Jersey and Pennsylvania, as well as one employee (Stephen Pomraning) who joined PPS in May 1, 2023 and currently resides in Delaware. Mr. Pomraning, however, has not provided any services for PPS on behalf of Valtrus, and has not supported or participated in any licensing discussions with third parties (including SAP) regarding the licensing of the Valtrus portfolio. Other than Mr. Pomraning, PPS has had no employees with a Delaware residence.

6. I had primary responsibility for handling, in conjunction with PPS's Valtrus team, all aspects of Valtrus's licensing discussions with SAP. I served as the primary contact for those discussions. I handled most of those discussions from Texas (and none from Delaware) and, on information and belief, after discussion with my team members, none of the PPS employees met with anyone from SAP (or any other company for that matter) in Delaware concerning Valtrus's patents. Nor is PPS aware of any individuals involved in such discussions from the SAP side residing in Delaware.

7. In supporting Valtrus's licensing efforts, I was assisted by Jin-Meng Ho (a vice president and IP Fellow of PPS) and Anthony Grillo (a licensing executive and legal counsel for PPS). Dr. Ho, who resides in Plano, Texas, and has done so continuously since he began his employment with PPS in March 1, 2021, was the PPS employee responsible for

preparing claim charts and other technical materials in support of Valtrus's patent licensing discussions with SAP. Mr. Grillo, who resides in Pennsylvania and has done so continuously since he began his employment with PPS in February 1, 2021, assisted with the preparation and presentation of claim charts and participated with me in many of the business discussions with SAP. Two of my other PPS colleagues – Paul Seaman and Paul Riley, who reside in New Jersey and Pennsylvania, respectively, and have done so since PPS's inception – each also participated with me in telephonic conferences with SAP, and both Mr. Seaman and Mr. Riley confirmed for me that they were not located in Delaware during any such call.

* * *

I declare under penalty of perjury under the laws of the United States of America that the forging is true and correct.

*Kalpana Kumar*
Kalpana Kumar