IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | | |
|---|---|---|
| SAP America, Inc. | § § § § | |
| Plaintiff | § § § § | |
| v. | § § § § | CIVIL ACTION NO. 24-cv-54-GBW |
| | | JURY TRIAL DEMANDED |
| Valtrus Innovations Ltd. and Patent Platform Services, LLC | § § § | |
| Defendants. | | |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants Valtrus Innovations Ltd. ("Valtrus") and Patent Platform Services, LLC ("PPS") state the following:

Defendant Valtrus's parent entity is Key Patent Innovations, Ltd. ("KPI"), which is an Irish entity with a principal place of business at The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin A96 VR66, Ireland. No public corporation owns ten percent or more of Valtrus's stock.

Defendant PPS is a Delaware limited liability company with a principal place of business at 7460 Warren Parkway, Suite 100, Frisco, Texas 75034. No public corporation owns ten percent or more of its stock.

Dated: March 21, 2024

Of Counsel:

Matthew G. Berkowitz
Patrick Colsher
Navid C. Bayar
Reichman Jorgensen Lehman &

Respectfully submitted

Farnan LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor

1

| | |
|---|---|
| Feldberg LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, California 94065<br>Telephone: (650) 623-1401<br>mberkowitz@reichmanjorgensen.com<br>pcolsher@reichmanjorgensen.com<br>nbayar@reichmanjorgensen.com<br><br>Khue V. Hoang<br>Reichman Jorgensen Lehman & Feldberg LLP<br>400 Madison Avenue, Suite 14D<br>New York, NY 10017<br>Tel: (212) 381-1965<br>khoang@reichmanjorgensen.com | Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br><br><br><br><br><br><br>*Attorneys for Defendants* |