March 27, 2024

**VIA CM-ECF**

The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      Re: *SAP America, Inc. v. Valtrus Innovations Limited, et al.*, C.A. No. 24-cv-54-GBW

Dear Judge Williams:

      The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

      The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet and-confer by telephone on the following date: March 27, 2024.

Delaware Counsel: Monté T. Squire (Plaintiff); Brian E. Farnan (Defendants)

Lead Counsel: Thomas M. Melsheimer and Michael A. Bittner (Plaintiff); Matthew G. Berkowitz and Navid C. Bayar (Defendants)

      The dispute requiring judicial attention is whether Plaintiff SAP America, Inc. is allowed to obtain limited jurisdictional discovery for use in response and to address issues raised in Defendants' Motion to Dismiss for Lack of Personal Jurisdiction and supporting papers (D.I. 14-18) filed March 20, 2024.

      Respectfully submitted,

| | |
|---|---|
| **DUANE MORRIS LLP** | **FARNAN LLP** |
| */s/ Monté T. Squire* | */s/ Brian E. Farnan* |
| Monté T. Squire (No. 4764) | Brian E. Farnan (No. 4089) |
| 1201 N. Market St., Suite 501 | Michael J. Farnan (No. 5165) |
| Wilmington, DE 19801 | 919 N. Market Street, 12th Floor |
| Telephone: (302) 657-4900 | Wilmington, DE 19801 |
| mtsquire@duanemorris.com | Telephone: (302) 777-0300 |
| | bfarnan@farnanlaw.com |
| *Attorneys for Plaintiff* | mfarnan@farnanlaw.com |
| | *Attorneys for Defendants* |

DM2\19387705.1