IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAP AMERICA, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>VALTRUS INNOVATIONS LIMITED,<br>PATENT PLATFORM SERVICES, LLC,<br><br>   Defendants. | C.A. No. 24-cv-54-GBW |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS the current deadline for Plaintiff SAP America, Inc. ("SAP") to file its answering brief or otherwise respond to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 14-18) ("Motion to Dismiss") is April 10, 2024;

WHEREAS SAP has requested a discovery teleconference (D.I. 20) seeking the Court's permission to obtain limited jurisdictional discovery for use in response and to address issues raised in Defendants' Motion to Dismiss;

WHEREAS the Court has ordered the parties to submit opening and responsive letter briefing setting forth their respective positions on SAP's request for limited jurisdictional discovery to be filed on April 3, 2024 and April 5, 2024, respectively (D.I. 22); and

WHEREAS the parties agree that it would be an efficient use of time and resources to refrain from further briefing on Defendants' Motion to Dismiss until after the Court decides SAP's request for limited jurisdictional discovery;

The parties, subject to the approval of the Court, hereby stipulate and agree to the following:

2

(a)     Should the Court grant SAP's request for limited jurisdictional discovery, the deadline for SAP to file its answering brief or otherwise respond to Defendants' Motion to Dismiss is extended to fourteen (14) days after the completion of jurisdictional discovery.

(b)     Alternatively, should the Court deny SAP's request for limited jurisdictional discovery, the deadline for SAP to file its answering brief or otherwise respond to Defendants' Motion to Dismiss is extended to fourteen (14) days after entry of the Court's denial.

| | |
|---|---|
| Dated: April 3, 2024 | Respectfully submitted, |
| DUANE MORRIS LLP | FARNAN LLP |
| */s/ Monté T. Squire* <br> Monté T. Squire (No. 4764) <br> 1201 North Market Street, Suite 501 <br> Wilmington, DE  19801 <br> Telephone: (302) 657-4900 <br> Fax: (302) 657-4901 <br> mtsquire@duanemorris.com <br><br> *Attorneys for Plaintiff* | */s/ Michael J. Farnan* <br> Brian E. Farnan (No. 4089) <br> Michael J. Farnan (No. 5165) <br> 919 N. Market Street, 12th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 777-0300 <br> Fax: (302) 777-0301 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com <br><br> *Attorneys for Defendants* |

IT IS SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Gregory B. Williams