**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAP AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VALTRUS INNOVATIONS LIMITED,<br>PATENT PLATFORM SERVICES, LLC.<br><br>Defendants. | C.A. No. 24-cv-54-GBW |

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that on June 3, 2024, a copy of Defendants Valtrus

Innovations Limited and Patent Platform Services, LLC′s Responses to Plaintiff SAP America,

Inc.′s Jurisdictional Interrogatories was served on the following as indicated:

<u>Via E-Mail</u>
Monté T. Squire
DUANE MORRIS LLP
1201 N. Market Street, Suite 501
Wilmington, DE 19801
mtsquire@duanemorris.com

*Attorneys for Plaintiff*

Dated: June 3, 2024

<u>Via E-Mail</u>
Aleksander J. Goranin
DUANE MORRIS LLP
agoranin@duanemorris.com

Thomas M. Melsheimer
Michael A. Bittner
WINSTON & STRAWN, LLP
tmelsheimer@winston.com
mbittner@winston.com

*Attorneys for Plaintiff*

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301

bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Matthew G. Berkowitz (admitted *pro hac vice*)
Patrick Colsher (admitted *pro hac vice*)
Navid C. Bayar (admitted *pro hac vice*)
Reichman Jorgensen Lehman &
Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
mberkowitz@reichmanjorgensen.com
pcolsher@reichmanjorgensen.com
nbayar@reichmanjorgensen.com

Khue V. Hoang (admitted *pro hac vice*)
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

*Attorneys for Defendants*