# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAP AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VALTRUS INNOVATIONS LIMITED, and PATENT PLATFORM SERVICES, LLC,<br><br>Defendants. | C.A. No. 24-cv-54-GBW<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

SAP America, Inc. ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses without prejudice all claims by Plaintiff against Valtrus Innovations Limited and Patent Platform Services, LLC ("Defendants"). Defendants have not served either an answer or a motion for summary judgment. Each party shall bear its own costs, expenses, and attorneys' fees.

*[SIGNATURE PAGE FOLLOWS.]*

Dated: June 27, 2024

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Monté T. Squire*

**OF COUNSEL:**

Aleksander J. Goranin (*pro hac*)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone:  (215) 979-1000
agoranin@duanemorris.com

Thomas M. Melsheimer (*pro hac*)
Michael A. Bittner (*pro hac*)
**WINSTON & STRAWN, LLP**
2121 N. Pearl Street, Suite 900
Dallas, TX  75201
Telephone: (214) 453-6500
tmelsheimer@winston.com
Mbittner@winston.com

Monté T. Squire (No. 4764)
1201 N. Market Street, Suite 501
Wilmington, DE  19801
Telephone:  (302) 657-4900
mtsquire@duanemorris.com

*Counsel for SAP America, Inc.*

SO ORDERED this _____ day of June, 2024.

_____
The Honorable Gregory B. Williams
United States District Court Judge

2