

June 27, 2024

<u>**V**IA **E**-**F**ILING AND **H**AND **D**ELIVERY</u>
Randall C. Lohan, Clerk of Court
844 N. King Street
Unit 18
Wilmington, DE 19801

The Honorable Gregory B. Williams
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801

      RE:    *SAP America, Inc. v. Valtrus Innovations Ltd., et al.* **(C.A. No. 24-cv-756-UNA)**
             *SAP America, Inc. v. Valtrus Innovations Ltd., et al.* **(C.A. No. 24-cv-54-GBW)**

Dear Ms. Lohan and Judge Williams:

      Defendants in the above-captioned cases respectfully request that the Court mark the duplicative action that SAP America, Inc. ("SAP") filed yesterday as related to Case No. 24-cv-54-GBW.  In short, Defendants had moved to dismiss SAP's first declaratory judgment action for lack of personal jurisdiction or to otherwise transfer the case to the Eastern District of Texas (D.I. 14).[1]  But instead of timely responding to the motion or moving to amend its initial complaint, SAP re-filed a *new action* asserting the same patents (plus the six additional patents at issue in the Eastern District of Texas case).  Just today, SAP America, Inc. voluntarily dismissed C.A. No. 24-cv-54-GBW (D.I. 36).

      It is unclear why SAP did not properly mark its new action as related to the action pending before Judge Williams (C.A. No. 24-cv-54-GBW).  The local rules and the District's Civil Cover Sheet required it to have done so.  *See* D. Del LR 3.1(b) ("Indication of Related Actions. Counsel for a plaintiff in a civil action shall indicate on the civil cover sheet if said action is related to any other civil action previously decided or pending in this or any other federal district court.  Civil actions are related if they: …(2) Involve the same or substantially the same parties or property; (3) Involve the same patent or the same trademark…").

      Thus, Defendants respectfully request that the Court mark these actions related to achieve the Court's stated purpose of efficiency and non-duplication of efforts.

      We are available at the Court's convenience should Ms. Lohan or Your Honor have any questions.

---

[1] The parties have had an overlapping case pending before J. Gilstrap since January (Case No. 2:24-cv-00021).

Respectfully submitted,

/s/ Michael J. Farnan

cc: Counsel of Record (Via E-Filing)   Michael J. Farnan